AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number: 04-553 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Manuel Vieira

I certify that I am admitted to practice in this court.

6/3/05
Date

x [signature] Coia + Lepore
Signature

David A Ursillo | 6620
Print Name | Bar Number

226 S. Main St
Address

Prov | RI | 02903
City | State | Zip Code

401-751-5522 | 401-751-8383
Phone Number | Fax Number