**UNITED STATE DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S RULE 37(A)(2) MOTION TO COMPEL ALL PLAINTIFFS [IN CHMURA] TO ANSWER FIRST SET OF INTERROGATORIES PROPOUNDED AND SERVED ON MAY 10, 2005**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and hereby moves the Court for an Order compelling each of the 35 Plaintiffs in the Chmura case, C.A. No. 04-553S, who were served interrogatories on May 10, 2005, to answer the interrogatories within thirty (30) days of the Court's consideration of this Motion, pursuant to Rule 37(a)(2). In support hereof, Defendant Richardson served a separate set of interrogatories upon each of 35 Plaintiffs in the Chmura case (C.A. No. 04-553S) on May 10, 2005 pursuant to Rule 5(b)(2)(B). No request or Motion to Enlarge the time for said Plaintiffs to answer said interrogatories beyond the 30 day period required by Fed. R. Civ. P. 33 has been sought or filed. More importantly, no responses or answers to any of the sets of interrogatories has been served upon counsel for the Defendant Richardson to date.

A representative copy of the set of interrogatories served upon all Plaintiffs is appended hereto as Exhibit A. [A representative set is being appended due the sheer volume of the 35 separate sets of interrogatories that were served upon Plaintiffs in Chmura. The same (i.e. Exhibit A) interrogatories were served upon all Chmura Plaintiffs at the same time. If the Court desires a copy of all 35 sets of interrogatories that were served upon each of the Chmura Plaintiffs, Defendant will be happy to file the same with the Court.]

Defendant Richardson requests a thirty (30) day Order.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: July 1, 2005

## RULE 37(a)(2)(B) CERTIFICATION

I certify that on June 14, 2005, I mailed a letter to Plaintiffs' two counsel of record, which included a written request that they provide the requested answers to interrogatories within ten (10) days and without Defendant seeking the prayed-for court action, in a good faith effort to confer with Plaintiffs counsel to resolve the issue as required by Rule 37(a)(2)(B). No reply to said written request has been received by counsel for Defendant Richardson from

Plaintiffs' counsel.

## CERTIFICATE OF SERVICE

I certify that on July 1, 2005, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903