Referred to Magistrate Judge Martin
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/13/05

FILED
JUL 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 15 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**UNITED STATE DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S RULE 37(A)(2) MOTION TO COMPEL ALL PLAINTIFFS [IN CHMURA] TO PRODUCE THE DOCUMENTS AND MATERIALS REQUESTED IN DEFENDANT RICHARDSON'S FIRST REQUEST FOR PRODUCTION SERVED ON MAY 5, 2005**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and hereby moves the Court for an Order compelling each of the 35Plaintiffs in the Chmura case, C.A. No. 04-553S, to produce the documents and materials requested of all Plaintiffs in Defendant Richardson's First Request for Production that was served on May 5, 2005, and to do so within thirty (30) days of the Court's consideration of this Motion, pursuant to Rule 37(a)(2). In support hereof, Defendant served his First Request for Production to All Plaintiffs on May 5, 2005, pursuant to Rule 5(b)(2)(B). A copy of said First Request is appended hereto as Exhibit 1. No responses, nor any of the requested documents or materials from any of the Plaintiffs have been served upon counsel for the Defendant Richardson to date. No request to extend the time for Plaintiffs to respond to said Request, nor no Motion to Enlarge, has been received or filed to

or filed to date.

Defendant Richardson requests a thirty (30) day Order.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: July 1, 2005

**RULE 37(a)(2)(B) CERTIFICATION**

I certify that on June 14, 2005, I mailed a letter to Plaintiffs' two counsel of record, which included a written request that they provide the requested documents and materials within ten (10) days and without Defendant seeking the prayed-for court action, in a good faith effort to confer with Plaintiffs counsel to resolve the issue as required by Rule 37(a)(2)(B). No reply to said written request has been received by counsel for Defendant Richardson from Plaintiffs' counsel.

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903