`UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| vs. | : | C.A. No. 04-304-S |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| vs. | : | C.A. No. 04-553-S |
| CITY OF PROVIDENCE, et al. | : | |

MOTION FOR PROTECTIVE ORDER

Now comes the Defendant, Vincent A. Cianci, Jr., and moves that the court will enter an order of protection quashing the notice of deposition for oral testimony dated for October 5, 2005 as the Plaintiff has failed to obtain leave of court pursuant to Federal Rule of Civil Procedure, Rule 30 (a)(2). It is a matter of public record that the Defendant, Vincent A. Cianci, Jr., is confined in a facility of the United States Bureau of Prisons. The Plaintiffs served the summons on Defendant at Federal Correctional Institution, Fort Dix, New Jersey 08640. Therefore, the Plaintiffs are aware of his location.

The notice of deposition requiring him to appear at the Laws Offices of Murphy & Fay on October 7, 2005 is irregular and out of order and ought to be stricken.

Vincent A. Cianci, Jr.
By his attorney,

George J. West, Esq., #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 fax

CERTIFICATION

I, the undersigned, hereby certify that I have this 29th day of August, 2005, forwarded a copy of the foregoing by facsimile to Mark A. Fay, Esq. to 401-490-3207 and by U.S. Mail to Mark A. Fay, Esq., 127 Dorrance Street, 2nd Floor, Providence, RI 02903, and Carolyn A. Mannis, Esq. 170 Westminster Street, Suite 800, Providence, RI 02903.

George Weiss