# EXHIBIT B

# MURPHY & FAY, L.L.P.

ATTORNEYS AT LAW

William J. Murphy
Mark A. Fay

Norman L. Landroche, Jr.
Steven H. Crawford

127 Dorrance Street
2nd Floor
Providence, Rhode Island 02903
Telephone 401-490-3200
Facsimile 401-490-3207
E-mail: murphyandfay@aol.com

August 16, 2005

Kevin F. McHugh, Esquire
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, RI 02903

RE: Thomas Walden, et als. Vs. City of Providence, et als.
John Chmura, et als. Vs. City of Providence, et als.

Dear Mr. McHugh:

We tried unsuccessfully to reach you today via telephone and were told that you were away on vacation this week. We recently retained Edward Baker as one of our experts and at this time require access to the Total Recall Servers and any other hardware which we understand is currently being held by Internal Affairs.

We assume that the hard drive is also in possession of Internal Affairs. It was not produced in response to our subpoena. Nor, were any copies produced. Our expert would like to inspect the entire system and make a mirror image copy of the main hard drive. Further, we are requesting copies of any copies of the hard drives that presently exist. Specifically, but not limited to, we request a copy of the hard drive utilized by Detective John F. Killion, in completing his investigation.

Upon your return from vacation, please contact this office so that the appropriate arrangements can be made to facilitate the above. In the interim, we have enclosed a request for production of these items.

Very truly yours,

Mark A. Fay

Carolyn A. Mannis

# EXHIBIT C