# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

| | | |
|---|---|---|
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

PLAINTIFFS'
FIRST REQUEST FOR PRODUCTION
ADDRESSED TO DEFENDANT CITY OF PROVIDENCE

Now come the Plaintiffs and hereby request that Defendant City of Providence et al. produce for inspection and/or copying pursuant to Fed.R.Civ.P. 34 the following items:

1. The Total Recall Servers at issue in this lawsuit.
2. Any and all hardware relating to the Total Recall system at issue in this lawsuit.
3. The original hard drive of the Total Recall System at issue in this lawsuit.
4. Any and all copies of the hard drive of the Total Recall System at issue in this lawsuit.
5. Copies of the hard drive utilized by Detective John F. Killian in conducting his investigation.

Plaintiffs
By their Attorneys:

Mark A. Fay #4208
MURPHY & FAY, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
401.490.3200 Tel.
401.490.3207 Fax

Carolyn A. Mannis #4275
170 Westminster St., Suite 800
Providence, RI 02903
401.454.4466 Tel.
401.351.3914 Fax

CERTIFICATION

I hereby certify that on the 16 day of August, 2005, that I mailed postage prepaid a true copy of the within to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

George L. Santopietro, Esq.
226 South Main Street
Providence, RI 02903

Michael A. Calise, Esq.
Kevin F. McHugh, Esq.
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima