# EXHIBIT D

JOSEPH M. FERNANDEZ
City Solicitor

DAVID N. CICILLINE
Mayor

RECEIVED
SEP 15 2005
J WILLIAM W HARSCH

**Department of Law**

September 14, 2005

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, Rhode Island 02903

RE: Thomas Walden v. City of Providence

Dear Ms. Mannis:

I cannot allow your expert to take a mirror image of the hard drive. However, he is free to examine the machine. Please let me know what date he is available so that we can set something up.

I look forward to hearing from you.

Very truly yours,

Kevin F. McHugh
Senior Assistant City Solicitor

KFM:cmr

275 Westminster Street, Suite 200 • Providence, Rhode Island 02903-1845
(401) 421-7740 (Voice) • (401) 751-0203 (TDD) • (401) 351-7596 (Facsimile)