UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et als. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE | : | |

PLAINTIFFS' MOTION
TO ENLARGE TIME

Now come the Plaintiffs in the above-captioned matter and hereby move to enlarge the time set by this Court's Pre-Trial Order (as Amended on June 6, 2005) with respect to the Interrogatories that are presently due by October 3, 2005 and with respect to the deposition of Defendants Prignano, Cianci, Vieira, Lennon, and Richardson which must be completed by November 7, 2005.

Plaintiffs seek to and including December 5, 2005 with respect to the interrogatories and to and including January 9, 2006 with respect to the depositions.

In support of their motion, Plaintiffs rely on their attached memorandum of law.

Plaintiffs
By their attorneys:

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 26 day of Sept, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kimdra Lima

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et als. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE | : | |

PLAINTIFFS' MEMORANDUM
IN SUPPORT OF THEIR MOTION
TO ENLARGE TIME

I. INTRODUCTION

This matter is before this Honorable Court on the Motion of the Plaintiffs in the above-captioned consolidated action to enlarge the time set by this Court's Pre-Trial Order (as Amended on June 6, 2005) with respect to the Interrogatories that are presently due by October 3, 2005 and with respect to the deposition of Defendants Prignano, Cianci, Vieira, Lennon, and Richardson which must be completed by November 7, 2005.

Plaintiffs seek to and including December 5, 2005 with respect to the interrogatories and to and including January 9, 2006 with respect to the depositions. Given the facts and circumstances in this case, Plaintiffs submit that an extension is warranted in order to complete the discovery in a manner that will facilitate orderly discovery that avoids repetition and irrelevant matters.

## II. ARGUMENT

### A. An Extension with Respect to Interrogatories is Sought.

Pursuant to this Court's Amended Pre-Trial Order dated June 6, 2005, factual discovery is closed on June 1, 2006. However, with respect to a uniform set of interrogatories served on each Plaintiff (of which there are presently one hundred and fifty-three (153)) Plaintiffs were required to answer interrogatories by October 3, 2005. Plaintiffs have been working diligently to answer the interrogatories (and requests for production) served upon the Plaintiffs by Defendant Richardson. Presently these answers are due on October 1, 2005. The answers with respect to the Walden Plaintiffs are under a conditional order of dismissal. The answers with respect to the Chmura Plaintiffs are under an order compelling the answers.

This Court will recall that Plaintiffs are in the process of eliminating claims with respect to personal injuries. Once this is accomplished, much of the discovery will be moot. For example there will be no need to provide medical records to the extent the Plaintiffs are not seeking recovery for medical losses. Obviously, this cannot be done piecemeal as the duplication of efforts would be substantial. To date, every Plaintiff we have contacted has agreed to waive all claims for personal injuries. There are, however, a hand full of Plaintiffs we have had difficultly contacting and/or meeting with in order to determine his or her claims in this regard.

Thus, Plaintffs seek an additional two months to re-contact these Plaintiffs for the purposes of obtaining additional discovery responses to the interrogatories presently due on or before October 3, 2005 pursuant to this Court's Amended Pre-Trial Order.

B. <u>An Extension with respect to the Individual Defendants is Sought.</u>

In addition to the extension with respect to interrogatories, an extension is also sought with respect to the taking of the depositions of Prignano, Cianci, Vieira, Lennon and Richardson. Plaintiffs had anticipated being in a position to take these depositions and have noticed these depositions on dates from September 29 through October 7, 2005. After having one of their experts review the material produced pursuant to subpoena, however, it was learned that a mirror image of the hard drive and the servers was not produced. Plaintiffs contacted counsel for the City on August 16, 2005 and in addition sent a request for production of documents with respect to the items needed by the experts.

On September 14, 2005 counsel for the City informed Plaintiffs that he would not release the items to the Plaintiffs voluntarily. (This is true despite that fact that no objection or privilege was ever claimed by the City with respect to these items either pursuant to the subpoena or the request for production). A motion to adjudge in contempt or in the alternative to compel production is presently pending before this Court with respect to these matters.

Additionally, Plaintiffs have not received the materials subpoenaed from the Attorney General's Office and the State Police. Following hearing on the AG's and State Police's motion for Protective Order, they were ordered to complete a privilege log with respect to the material in question. Plaintiffs have neither received the log or the materials contained in the log to date.

The deposition of Cianci has also been delayed. Cianci has taken the position that additional leave of court was necessary before his deposition could be scheduled.

Plaintiffs had believed that the pre-trial order (as amended) entitled them to convene the deposition of Cianci with out the need for additional leave of court as required by Rule 30(a)(2) (just as the limit on ten depositions was lifted in the preceding sentence with respect to defendants). The Magistrate Judge ordered Plaintiffs to seek additional leave and the matter is presently scheduled for hearing on October 7, 2005.

Thus, the Plaintiffs anticipate that to the extent the depositions of these defendants were to be completed, it is highly probable that Plaintiffs would need to seek to re-convene the depositions after the outstanding discovery need from the City is provided. Therefore, Plaintiffs propose an extension to complete these depositions through and including January 7, 2006.

## III. CONCLUSION

For the reasons stated herein, Plaintiffs seek and order extending the time to serve answers to interrogatories with respect to the uniform set of twenty-five (25) interrogatories through and including December 5, 2006. Additionally, Plaintiffs seek through and including January 9, 2005 within which to take the depositions of Defendants Prignano, Cianci, Vieira, Lennon and Richardson.

Plaintiffs
By their attorneys:

Mark A. Fay, Esq. # 4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
(401) 490-3200 (Tel)
(401) 490-3207 (Fax)

Carolyn A. Mannis, Esq. #4275
170 Westminster Street, Suite 800
Providence, RI 02903
(401) 454-4466 (Tel.)
(401) 351-3914 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 26 day of Sept, 2005, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Financial Plaza, Suite 1500
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima