**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S RENEWED RULE 37(b)(2)(C) MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL AGAINST PLAINTIFFS MICHAEL BATES, AND RICHARD J. HUGHES [IN CHMURA] FOR FAILURE TO COMPLY WITH CONDITIONAL ORDER OF DISMISSAL AS EXTENDED**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and pursuant to Fed. R. Civ. P. 37(b)(2)(C), hereby renews his Motion to the Court for Entry of Judgment of Dismissal against the Plaintiffs **Michael Bates and Richard J. Hughes** [in the Chmura case, C.A. No. 04-553S], for their failure to Comply with the Court's November 18, 2005 Conditional Order of Dismissal requiring said Plaintiffs to answer the interrogatories served upon them on or before December 16, 2005, and as extended by stipulation up to and including February 6, 2006.

A Memorandum of Law in support of the instant motion is filed simultaneously herewith.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: February 14, 2006

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.

Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903

[signature]

**UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**MEMORANDUM IN SUPPORT OF DEFENDANT JOSEPH RICHARDSON'S RENEWED RULE 37(b)(2)(C) MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL AGAINST PLAINTIFFS MICHAEL BATES AND RICHARD J. HUGHES [IN CHMURA] FOR FAILURE TO COMPLY WITH CONDITIONAL ORDER OF DISMISSAL AS EXTENDED**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and pursuant to Fed. R. Civ. P. 37(b)(2)(C), hereby supports his Renewed Motion to the Court for Entry of Judgment of Dismissal against the Plaintiffs **Michael Bates and Richard J.Hughes** [in the Chmura case, C.A. No. 04-553S], for their failure to Comply with the Court's November 18, 2005 Conditional Order of Dismissal requiring said Plaintiffs to answer the interrogatories served upon them on or before December 16, 2005, and as extended by stipulation up to and including February 6, 2006. (See Exhibit I, paragraph 1, and Exhibit II, paragraph 1, attached hereto.)

By the terms of the Court's Order of November 18, 2005, which was entered by the Court by agreement of the parties, all thirty-five (35) of the Chmura Plaintiffs were required to

furnish "answers to defendant, Joseph Richardson's interrogatories on or before December 16, 2005", and failing that, the Court's "order of dismissal shall become final without further motion and hearing thereon". While 27 of the 35 Chmura Plaintiffs have filed responses (which are the subject of a separate motion for Entry of Judgment before the Court), Plaintiffs Michael Bates and Richard J. Hughes, (along with six other Chmura Plaintiffs, who are the subjects of another pending Motion for Entry of Judgment before the Court), have failed to file any answers or other form of response to the Defendant Richardson's set of interrogatories by the (extended) deadline of February 6, 2006.

Thus, Plaintiffs Michael Bates and Richard J. Hughes have failed to comply with the Court's Conditional Order of Dismissal. Accordingly, by the terms of the Order, the dismissal of the Complaint by Plaintiffs **Michael Bates and Richard J. Hughes** has occurred, and Judgment against them should be entered as well.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.

56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: February 14, 2006

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road

Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903

______________________