UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**STIPULATION**

1. It having been represented by Plaintiffs' counsel that Michael Bates has been unavailable to Plaintiffs' counsel for An extended period of time and through no fault of his own, it is hereby agreed by counsel that the time in which (Chmura) Plaintiff Michael Bates may comply with the Court's Conditional Order of Dismissal (in Chmura) dated November 18, 2005, is hereby extended from December 16, 2005 to February 6, 2006. Plaintiff Bates will have up to and including February 6, 2006 to file his answers to Defendant Richardson's Interrogatories.

2. It having been further represented by Plaintiffs' counsel that, except for his response to Interrogatory number 1, Plaintiff Bates' Answers to Defendant Richardson's interrogatories will be identical in substance to the answers to interrogatories served by 27 other Chmura Plaintiffs who are the subjects of "Defendant Richardson's Rule 37 (b)(2)(C) Motion for Entry of Judgment of Dismissal against 27 Plaintiffs (in Chmura) for failure to comply with Conditional Order of Dismissal or Alternative Motion to Strike". Plaintiff Bates now may be considered by the Court as a subject of the pending said "Defendant Richardson's Rule 37(b)(2)(C) Motion for Entry of Judgment of Dismissal against 27 plaintiffs (in Chmura) for failure to comply with Conditional Order of Dismissal or Alternative Motion to Strike" and bound by the Court's determination thereof.

3. Accordingly and by agreement, Plaintiff Richard Hughes also may be removed (without prejudice) as a subject pending "Defendant Richardson's Rule 37(b)(2)(C) Motion for Entry of Judgment of Dismissal against plaintiffs Karen Tibbets, Theresa J. Mancini, Linda Isherwood, Madelaine DeRobbio, Eileen Calcagni, Michael Bates, Sandra Manning and Richard J. Hughes (in Chmura) for failure to comply with Conditional Order of Dismissal".

4. Plaintiff Richard J. Hughes, the subject of a separate stipulation filed simultaneously herewith, may also be removed without prejudice as a subject of the

ENTER.

David L. Martin

DAVID L. MARTIN, USMJ
January 17, 2006

above referenced pending Richardson Motion for Entry of Judgment of Dismissal against Plaintiffs Karen Tibbets et al". Said Motion otherwise remains pending before the Court for decision as to the remaining six Chmura Plaintiffs."

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT
JOSEPH RICHARDSON

Kevin J. McAllister, Esquire
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300