**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THOMAS WALDEN, ET ALS | : | |
| VS. | : | C.A. NO.: 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | |
| JOHN C. CHMURA, ET ALS | : | |
| VS. | : | C.A. NO.: 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | |

**STIPULATION**

1. By agreement of counsel, the time in which Plaintiff Richard J. Hughes may comply with the Court's Conditional Order of Dismissal (in Chmura) dated November 18, 2005 is hereby extended from December 16, 2005 to February 6, 2006. Accordingly and by agreement, Plaintiff Richard Hughes may be removed (without prejudice) as a subject of the pending "Defendant Richardson's Rule 37 (b)(2)(C) Motion for Entry of Judgment of Dismissal against Plaintiffs Karen Tibbetts, Theresa J. Mancini, Linda Isherwood, Madelaine DeRobbio, Eileen Calcagni, Michael Bates, Sandra Manning and Richard J. Hughes (in Chmura) for failure to comply with Conditional Order of Dismissal.

2. Plaintiff Michael Bates, the subject of a separate stipulation files simultaneously herewith, may also be removed (without prejudice) as a subject of the above referenced pending Motion for Entry of Judgment of Dismissal. Said Motion otherwise remains pending before the Court for decision as to the remaining named six Chmura Plaintiffs'.

ATTORNEY FOR PLAINTIFFS

Mark A. Fay, Esquire (#4208)
Murphy & Fay, L.L.P.
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200

ATTORNEY FOR DEFENDANT JOSEPH RICHARDSON

Kevin J. McAllister, Esquire
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
January 17, 2006