**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET AL

VS C.A. NO. 04-304S

CITY OF PROVIDENCE, ET AL

**CONSOLIDATED WITH**

JOHN C. CHMURA, ET AL

VS C.A. NO. 04-553S

CITY OF PROVIDENCE, ET AL

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO MAKE THEIR EXPERT DISCLOSURE**

Now come the Defendants in the above-entitled matter and hereby move for an extension of time up to and including March 13, 2006, within which to make their expert disclosures. As reasons therefore, the Defendants state the following:

The Defendants' expert disclosure date is February 28, 2006. The Defendants retained Dr. Victor Fay-Wolfe as their expert on February 24, 2006. On February 27, 2006, Dr. Fay-Wolfe called the City's counsel and informed him that he now realized he had a problem being the City's expert in this case in that he is the brother-in-law of Plaintiff's Counsel, Mark Fay, and that several months ago he discussed the instant case with Attorney Fay. Given the timing of this disclosure, Defendants need additional time within which to retain and make their expert disclosure. Plaintiff's counsel, Carolyn Mannis, has indicated the Plaintiffs have no objection to this Motion for an Extension of Time.

Pursuant to Local Rule, no memorandum is required.

Wherefore, Defendants pray that their Motion for an Extension of Time be granted.

Defendants,

By their Attorneys:

Joseph M. Fernandez,
City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)

Michael Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)

Kevin J. McAllister, Esq. (#2641)
Brennan, Recupero, Cascione, Scungio &
McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300
(401) 453-2345 (fax)

George L. Santopietro, Esq. (#2056)
Coia & Lepore, Ltd
226 South Main Street
(401) 751-5522

Susan Carlin, Esq. (#1305)
Famiglietti & Carlin, Ltd
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550
(401) 335-4515 (fax)

George J. West, Esq. (#3052)
1500 Bank Boston Plaza
Providence, RI 02903
(401) 861-9042
(401) 861-0330 (fax)

Dean Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
(401) 433-1605 (fax)

Thomas J. Cronin, Esq. (#5302)
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903
(401) 521-6900
(401) 521-6901 (fax)

**CERTIFICATION**

I hereby certify that on this 28th day of February, 2006, I caused a true copy of the foregoing Motion to be served upon the following listed attorney(s) by ☒ faxing a copy of same, ☐ mailing a copy of same, ☐ hand-delivering a copy of same.

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
Providence, Rhode Island 02903

Carolyn A. Mannis, Esq.
170 Westminster Street Suite 800
Providence, Rhode Island 02903

Carolyn M. Ranucci