**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**DEFENDANT JOSEPH RICHARDSON'S RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and pursuant to Fed. R. Civ. P. 54(b), hereby moves the Court to enter Judgment in his favor on all counts against him, both in his former official capacity as the Deputy Director for the Department of Communications for the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases. Defendant Richardson asks that the Court make a specific finding that there is no just reason for delay in the entry of Judgment on his behalf.

A Memorandum of Law in support of the instant Motion is filed simultaneously herewith.

Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641

Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: April 5, 2006

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street

Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, suite 312
Providence, RI 02903

_______________________

**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. C.A. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**MEMORANDUM IN SUPPORT OF DEFENDANT JOSEPH RICHARDSON'S RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant Joseph Richardson, by and through his attorneys, and pursuant to Fed. R. Civ. P. 54(b), hereby supports his motion for the Court to enter Judgment in his favor on all counts against him, both in his former official capacity as the Deputy Director for the Department of Communications for the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases, as follows.

**Introduction**

Defendant Richardson was joined as one of several defendants in each of the above captioned matters and sued in his (former) official capacity and individually. Pursuant to the "Amended Stipulation of Dismissal With Prejudice as to Defendant Joseph Richardson Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)", signed on behalf of all parties and entered by the Court on April 3, 2006, all claims against Defendant Richardson have now been dismissed with prejudice, and

under the terms of the said Dismissal Stipulation, all parties respective rights to appeal from said Dismissals have been waived.

## Argument

Under Fed. R. Civ. P. 54(b), the Court may direct that final Judgment may enter against all Plaintiffs in both consolidated cases and in favor of Defendant Richardson, "upon an express determination that there is no just reason for delay" for the entry of judgment involving less than all of the parties to the action.

In this case, there is no just reason for delay because all parties have assented to Mr. Richardson's dismissal(s) with prejudice, and further have agreed to waive any rights to appeal under the terms of the dismissal stipulation, which is attached hereto as Exhibit I. [Indeed in the original and superceded dismissal stipulation filed with the Court on March 24, 2006, all the parties also stipulated that final judgment may be entered in favor of Defendant Richardson and against the Plaintiffs in both consolidated cases.] By the expressed waiver by all parties of any rights of appeal from Defendant Richardson's dismissal(s) with prejudice, (and also by the previously expressed intent of all parties to agree to the entry of Judgment in favor of Defendant Richardson at this time), the Court's finding of no just reason for delay in the entry of Final Judgment in favor of Defendant Richardson would effectuate the expressed intent of the parties.

In addition, there is no apparent reason why the entry of Final Judgment in Defendant Richardson's favor ought to be delayed until the resolution of all remaining claims and parties in the case after Mr. Richardson has endured the status of a named Defendant being sued personally for a period of approximately twenty months. Until a judgment is entered, the trial judge remains free to interpret, alter, modify, or reverse pretrial and trial orders. Willhauck v. Halpin, 919 F. 2d

788, 793-94 (1st Cir. 1990.) Mr. Richardson deserves the finality of the entry of Judgment so that upon the subsequent expiration of the applicable time for any appeal(s), he can put this matter behind him once and for all.

It is respectfully submitted that there truly is no just reason for the delay of entry of Final Judgment in favor of the Defendant Richardson and against all Plaintiffs in both consolidated cases.

## Conclusion

For all of the above reasons, it is requested that the Court make the finding that there is no just reason for delay in the entry of Final Judgment in favor of Defendant Richardson and against all Plaintiffs, and that the Court enter Final Judgment forthwith in both of the instant consolidated cases. A form of Final Judgment as to Defendant Richardson is enclosed for the Court's consideration.

Respectfully submitted,
Defendant Joseph Richardson,
By His Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

Thomas J. Cronin, Esq. #5302
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor

Providence, RI 02903
(401) 521-7977; fax 521-6901

Dated: April 5, 2006

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205

132 Old River Road
Lincoln, RI 02865

George J. West, Esq.
One Turks Head Place, suite 312
Providence, RI 02903