# Exhibit A

5/4/06

JOSEPH M. FERNANDEZ
City Solicitor

DAVID N. CICILLINE
Mayor

# Department of Law

May 3, 2006

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903

Re: Thomas Walden v. City of Providence, et al., No. 04-304S
John Chmura v. City of Providence C.A. No. 04-553-S

Dear Mr. Fay:

I am in receipt of your Notice of Deposition for Defendant Dean Esserman's deposition for May 8, 2006.

Please be advised that due to health reasons, Colonel Esserman is unable to give a deposition at this time. Once he is able to do so, I shall notify you.

In the meantime, if you have any questions, please don't hesitate to call me.

Very truly yours,

Kevin F. McHugh
Senior Assistant City Solicitor

cc: Colonel Dean Esserman