# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-553-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

AFFIDAVIT

I, Mark A. Fay, being duly sworn do depose and state as follows:

1. I am an attorney at law, duly licensed to practice before all the courts in the State of Rhode Island and am in good standing having bar registration number 4208.

2. I represent the plaintiffs in the above-referenced consolidated action that arises out of the alleged wiretapping of the Public Safety Complex in the City of Providence.

3. There are presently three motions for summary judgment pending filed by Defendants Mary Lennon, Urbano Prignano and Manuel Vieira.

4. This matter was discussed in a status conference held before Judge Smith on April 24, 2006.

5. At that time issues relevant to deposition testimony necessary to respond to the motions for summary judgment were raised.

6. Plaintiffs have noticed the depositions of Andrew Rosenzweig, Tony Desmaris and Col. Dean Esserman.

7. Each of these individuals is believed to have significant information relevant to the facts in the lawsuit, the issues raised in the defendants' motions for summary judgment and plaintiffs' objection to the summary judgment motions.

8. Attorney Kevin McHugh has advised me that he is unavailable to attend the deposition of Providence City employee Desmaris, retired City of Providence employee Rosenzweig and requested that the depositions be re-noticed to the week of May 15, 2006.

9. Moreover, with respect to Col. Esserman, whose testimony we believe to be essential, Mr. McHugh advises that due to health reasons Col. Esserman cannot presently provide deposition testimony.

10. Counsel for the defendants Lennon, Prignano and Vieira have not requested that the noticed depositions of Esserman, Desmaris and Rosenzweig be rescheduled.

11. In accordance with Rule 56(f) the plaintiffs cannot present by affidavit or other sworn testimony the facts essential to justify the plaintiffs opposition and therefore seek a continuance to permit affidavits to be obtained and/or depositions to be taken.

12. The following is made on personal knowledge and if called as a witness to testify, I could and would so testify.

Mark A. Fay

Signed and sworn to before me this 5 day of May, 2006 in Providence, Rhode Island.

Notary Public
My commission expires: 6/20/09

CERTIFICATION

I hereby certify that on the 8 day of May, 2006, that I mailed postage prepaid a true copy of the within to:

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

George L. Santopietro, Esq.
226 South Main Street
Providence, RI 02903

Michael A. Calise, Esq.
Kevin F. McHugh, Esq.
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865