UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS

VS. C. A. NO. 04-304S

CITY OF PROVIDENCE, et als

JOHN C. CHMURA, et al

VS. C. A. No. 04-553S

CITY OF PROVIDENCE, et al

**MOTION OF DEFENDANT, MANUEL VIEIRA, TO EXTEND THE TIME TO RESPOND TO THE PLAINTIFFS' OBJECTION TO HIS MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, Manuel Vieira, (hereinafter referred to as Vieira) and hereby moves this Honorable Court pursuant to Fed.R.Civ.P. 6(b) and Rule 6(f) for an Order extending the time to respond to Plaintiffs' Objection to Vieira's Motion for Summary Judgment up to and including June 21, 2006.

As the Court is aware, Plaintiffs' Motion to Extend the Time within which to respond to the Motions for Summary Judgment has been granted. Hence, Plaintiffs are now required to respond to the Motions for Summary Judgment on or before May 31, 2006. In view of said extension and the recently scheduled depositions of Andrew Rosenweig, and Dennis Lambert, Defendant, Vieira, needs additional time to prepare and file his responsive pleading.

WHEREFORE, Defendant, Vieira, hereby prays that he be allowed to file his responsive pleading to the Plaintiffs' Objection to his Motion for Summary Judgment on or before June 21, 2006.

Defendant,
MANUEL VIEIRA,

By His Attorneys,

COIA & LEPORE, LTD.

BY______________________
George L. Santopietro, Esq.--#2056
226 South Main Street
Providence, RI 02903
351-5522

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Objection on this 15th day of May, 2006 to:

Mark A. Fay, Esquire
Murphy & Fay
127 Dorrance Street, 2nd floor
Providence, RI 02903

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, RI 02903

Susan Marcotte Carlin, Esquire
The Lincoln Center—Suite 205
132 Old River Road
Lincoln, RI 02865

Kevin McHugh, Esquire
Michael A. Calise, Esquire
City of Providence
275 Westminster Street, 2nd floor
Providence, RI 02903

Dean Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915

Annette C. Scalzi