UNITED STATES DISTRICT CORUT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET ALS<br><br>VS<br><br>CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, ET ALS | : | C.A. No.: 04-304S |

**Consolidated With**

| | | |
|---|---|---|
| JOHN C. CHMURA, ET ALS<br><br>VS<br><br>CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, its Treasurer, ET ALS | : | C.A. No.: 04-553S |

**DEFENDANT VINCENT A. CIANCI, JR.'S**
**RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant, Vincent A. Cianci, Jr., by and through his attorney, and pursuant to Fed. Civ. P. 54(b) hereby moves the Court to Enter Judgment in his favor on all counts against him, both in his former official capacity as the Mayor of the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases. Defendant Cianci asks that the Court make a specific finding that there is no just reason for delay in the entry of Judgment on his behalf.

A Memorandum of Law in support of the instant Motion is filed simultaneously herewith.

Defendant, Vincent A. Cianci, Jr.
By His Attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

Dated: 6/20/06

## CERTIFICATE OF SERVICE

I certify that on June 20, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mary A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
Lincoln, RI 02865

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02903

[signature]

**UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et. als.

v. C.A. No. 04-304S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**CONSOLIDATED WITH:**

JOHN C. CHMURA, et. als.

v. CA. No. 04-553S

CITY OF PROVIDENCE, by and through
STEVEN T. NAPOLITANO, its Treasurer, et als.

**MEMORANDUM IN SUPPORT OF DEFENDANT VINCENT A. CIANCI, JR.'S RULE 54(b) MOTION FOR ENTRY OF JUDGMENT**

Now comes the Defendant, Vincent A. Cianci, Jr., by and through his attorney, and pursuant to Fed. R. Civ. P. 54(b), hereby supports his motion for the Court to enter Judgment in his favor on all counts against him, both in his former official capacity as the Mayor of the City of Providence and in his individual capacity, in both of the above captioned (consolidated) cases, as follows.

**Introduction**

Defendant Cianci was joined as one of several defendants in each of the above captioned matters and sued in his (former) official capacity and individually. Pursuant to the "Stipulation of Dismissal With Prejudice as to Defendant, Vincent A. Cianci, Jr., pursuant to Fed. R. Civ. P. 41(a)(1)(ii)", signed on behalf of all parties and entered by the Court on April 19, 2006, all claims against Defendant, Vincent A. Cianci, Jr., have now been dismissed with prejudice, and under the terms of the said Dismissal Stipulation, all parties respective rights to appeal from said

Dismissals have been waived.

## Argument

Under Fed. R. Civ. P. 54(b), the Court may direct that final Judgment may enter against all Plaintiffs in both consolidated cases and in favor of Defendant Cianci, "upon an express determination that there is no just reason for delay" for the entry of judgment involving less than all of the parties to the action.

In this case, there is no just reason for delay because all parties have assented to former Mayor Cianci's dismissal(s) with prejudice, and further have agreed to waive any rights to appeal under the terms of the dismissal stipulation, which is attached hereto as Exhibit I. By expressed waiver by all parties of any rights of appeal from Defendant Cianci's dismissal(s) with prejudice, the Court's finding of no just reason for delay in the entry of Final Judgment in favor of Defendant Cianci would effectuate the expressed intent of the parties.

In addition, there is no apparent reason why the entry of Final Judgment in Defendant Former Mayor Cianci's favor ought to be delayed until the resolution of all remaining claims and parties in the case after he has defended (the now dismissed matter) for a lengthy period. Until a judgment is entered, the trial judge remains free to interpret, alter, modify, or reverse prior trial orders. Willhauck v. Halpin, 919 F.2d, 788, 793-04 (1st Cir. 1990). Former Mayor Cianci deserves the finality of the entry of Judgment so that, upon the subsequent expiration of the applicable time for any appeals, closure of the matter would be conclusive.

It is respectfully submitted that there truly is no just reason for the delay of entry of Final Judgment in favor of the Defendant Cianci and against all Plaintiffs in both consolidated cases.

## Conclusion

For all of the above reasons, it is requested that the Court make the finding that there is

no just reason for delay in the entry of Final Judgment in favor of Defendant Cianci against all Plaintiffs, and that the Court enter Final Judgment forthwith in both of the instant consolidated cases. A form of Final Judgment as to Defendant Cianci is enclosed for the Court's consideration.

Defendant, Vincent A. Cianci, Jr.
By His Attorney,

George J. West

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2006, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Mary A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Kevin McHugh, Esq.
Assistant City Solicitor
City of Providence Law Department
275 Westminster Street, 2nd Floor
Providence, RI 02903

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
Lincoln, RI 02865

Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02903

George J. West