UNITED STATES DISTRICT COURT
IN THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET AL., Plaintiffs, | ) | |
| VS. | ) | C.A. NO. 04-304S |
| CITY OF PROVIDENCE, ET AL., Defendants. | ) | |
| JOHN C. CHMURA, ET AL., Plaintiffs, | ) | |
| VS. | ) | C.A. NO. 04-553S |
| CITY OF PROVIDENCE, ET AL., Defendant. | ) | |

DEPOSITION OF MARY FRANCES LENNON, taken on behalf of the Plaintiffs, in the above-entitled causes, pursuant to notice, before Nancy L. Simoes, R.P.R., a Notary Public in and for the State of Rhode Island, at the Law Offices of City of Providence Law Department, 275 Westminster Street, Providence, Rhode Island, on February 24, 2006, scheduled at 2:30 P.M.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920

Q. Were you aware of any requests that were made in written form?
A. I believe there were two from the Police Department.
Q. Did you fill those forms out?
A. Request forms?
Q. Correct.
A. No, I did not.
Q. Do you know who filled those out?
A. I believe one might have been Major Simoneau, and I don't remember the other person.
Q. Do you know what happened to those request forms?
A. They would have been filed in my file cabinet.
Q. In regard to the Total Recall system, do you know if that was a web-based access system?
MR. WEST: Objection.
MR. ROBINSON: Objection.
MR. MCHUGH: Objection as to form.
A. I do not know for sure.
Q. Were you given some kind of password to access the Total Recall phone conversations?
A. Yes.
Q. As part of your training, were you instructed how to use that password?