UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL.

vs. C.A. No. 04-304S

CITY OF PROVIDENCE, ET AL.

DEPOSITION OF STEPHEN MOISE, a Witness in the above-entitled case, taken on behalf of the Plaintiffs, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Murphy & Fay, LLP, 127 Dorrance Street, Providence, Rhode Island on January 31, 2005 at 10:00 A.M.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02910
(401) 946-5500

Q. How do you know that he knew about it?
A. I was in -- I was called to a meeting by Colonel Dean Esserman and it was the week of the Station Fire, so that's how I remember that particular time frame. He was present at that meeting.
Q. He, being Chief Sullivan?
A. Chief Sullivan.
Q. And what happened at this meeting?
A. Colonel Esserman questioned the people that were there regarding the system that was installed. He asked questions about it, who knew about it, asked if Chief Prignano knew about it, asked us to yank the thing out of the wall, nobody was leaving the building until it was done. He got up and left.
Q. This was after it was yanked out of the wall?
A. That meeting was prior to it being yanked out of the wall. We had gone and dismantled it at his request after that meeting broke up.
Q. And when he asked who knew about it, who was listed?
MR. McHUGH: Objection as to form. You can answer if you understand.
THE WITNESS: Could you repeat it?

Q. I understand that. But I'm talking about the Total Recall system?

THE WITNESS: Are you talking a phone to the recording system?

MS. MANNIS: No, I'm talking about the Total Recall system.

A. Let's back up then. I'm sorry.

Q. Under the Total Recall system, if you wanted to add an extension, who would do that?

A. That would be Tony Demaris, Greg Harnoian or Greg Parfume.

Q. But it's not something that you would do?

A. No, I would not do that.

Q. And is that something that you would do with those user guide passwords?

A. I would believe so.

Q. Okay. Earlier you indicated that under the Total Recall system private lines, such as the one in the fire living quarters, were not included in the Total Recall system, correct?

A. That is correct.

Q. How do you know that?

A. From my years as a dispatcher, my years -- I've been in the stations on numerous occasions. I mean, we have a roster, we have a list of all

the outside extensions, outside seven digit numbers for each station listed in the fire dispatch center. That's how -- in the event of a problem, that's how the dispatch center would get ahold of them, that would be another way of -- if the voc. alarm radio system broke down, there is a protocol as to how to get in touch with these companies.

Q. I understand that. How do you know they weren't subject to the Total Recall?

A. Because they have nothing to do with Total Recall, they're their own -- they got their own vendors, whoever they are, whatever phone company it is.

Q. So, the Total Recall system only operated on the phone numbers within?

A. The system.

Q. Within the system?

A. Correct.

Q. However, if you placed a call to that private number, that call would be subject to Total Recall, correct?

MR. McHUGH: Objection as to form. You can answer.

A. I'm not sure on that. That I'm not sure of.

that had been recorded under the Total Recall system?

A. To my knowledge, the only recordings that were done off that system were the police control center lines, and there were, I want -- it was an involved -- there was an incident involving a councilman, I remember, I recall Councilman Butler, he requested a tape which came out of the Total -- the police side of it and there might have been one or two others, but they were pretty much all police involved, where I didn't have access to it.

Q. So that -- I make sure I understand what you're saying, when you say the only recordings involved, those are recordings that someone asked to be retrieved and that potentially somebody researched or listened to?

A. That's correct.

Q. Pretty much, to your knowledge, the only kind of recordings that were retrieved and listened to or researched under the Total Recall system were the same kind of recordings that were researched when the dictaphone system was in place?

A. That is correct.

Q. You know of nothing else that was done?