UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et als.

vs. C.A. No. 2004-304S

URBANO PRIGNANO, JR., et als.

---

THOMAS C. CHMURA, et als.

vs. C.A. No. 2004-553S

URBANO PRIGNANO, JR., et als.

DEPOSITION OF JOSEPH P. RICHARDSON, JR., a Defendant in the above-entitled case, taken on behalf of the Plaintiffs, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of the Providence City Solicitor, 275 Westminster Street, Providence, Rhode Island on February 27, 2006 at 2:00 P.M.

ALLIED COURT REPORTERS, INC.

115 PHENIX AVENUE

CRANSTON, RHODE ISLAND 02920

(401) 946-5500

MR. McALLISTER: Please indicate the date.
MS. MANNIS: The date is January 22, 2003. It's a letter addressed to Guy Lanzi, Chief, and it's signed John T. D'Amico, Jr., senior assistant city solicitor. I don't have copies of it.
(LAST ANSWER READ)
Q. Was there any other part of that conversation that related to the recording of phone calls?
A. That was the general nature of the inquiries we made of Mr. John D'Amico, that's what I remember.
Q. At the time that you had that conversation with Mr. D'Amico, did you know about the Total Recall system?
MR. McALLISTER: Objection to form. Go ahead.
A. I'm not sure I understand the question. Did I know about the Total Recall? What specifically about the Total Recall system?
Q. Did you even know the name?
MR. WEST: The question is did he know the name of the Total Recall?
MR. SANTOPIETRO: Yes, that's it.



MR. WEST: Okay.
A. I think so. I don't know for sure.
Q. When did you first hear about a system called the Total Recall system?
A. I don't know specific to a Total Recall. I don't know when it was -- any bids when it was accepted, when it wasn't. I just don't know. I know that the city was looking for a system. I know what the general discussion was even prior, long prior to that because of the nature of the complaints that we had about not being able to answer citizen complaints and that the business lines, the complaint lines from the citizens that were not emergency calls for service needed to be better monitored as part of the community policing effort and attending community meetings where neighbors and citizens would complain about the response basically on the police side from the police department.
Q. Was it your understanding that all calls into the new Public Safety Complex and going out of the Public Safety Complex would be recorded?
A. No.
Q. Why was that?
MR. McALLISTER: Objection to form.



A. I understood that all emergency calls for service, all the calls for service, for example, checking warrants and tows, those things, would be recorded. And I also understood that the complaint, the business calls when you called the police department would be recorded. So when someone called to complain of calls that were not emergency calls for service, you know, citizen complaints such as maybe loud music, dogs barking, whatever, any calls that went to the new Public Safety Complex in fact that they would be recorded, that was my understanding.
Q. Was it your understanding that your phone would be recorded?
A. No.
Q. Do you know if your phone was recorded?
A. No.
Q. Did you ever request that it not be recorded?
A. I think that I did. I think I inquired that if it was, that it shouldn't be.
Q. Do you know when that was?
A. It would have been around that same time, the discussion with Chief Lanzi and Chief Rattigan and Chief Dutra.
Q. When you say you inquired, to whom did you



inquire?
A. I believe I asked the telephone technician, Tony Desmaris, and I believe I also asked the director.
Q. What were you told by Tony Desmaris?
MR. CRONIN: Objection.
MR. WEST: Objection.
MR. SANTOPIETRO: Objection.
A. I don't remember if he said no or if he said he would look into it, or he would make sure he didn't, but I remember having a discussion with him because I told him for obvious reasons that Major Haimes and Chief Giannini and myself were concerned our lines at the task force shouldn't be recorded because we were discussing some matters that were sensitive matters. We spoke with the FBI and the INS, Immigration Naturalization Service and the Coast Guard about port security matters and all those matters every day and those lines shouldn't be recorded.
Q. Were there any other lines other than yours that you inquired about to Tony Desmaris?
A. The fire department lines, the line that I mentioned earlier. If it involved a complaint, I don't recall the nature of the complaint, but