UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et als.
vs. C.A. No. 2004-304S
URBANO PRIGNANO, JR., et als.

---

THOMAS C. CHMURA, et als.
vs. C.A. No. 2004-553S
URBANO PRIGNANO, JR., et als.

DEPOSITION OF MANUEL VIEIRA, a Defendant in the above-entitled case, taken on behalf of the Plaintiffs, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of the Providence City Solicitor, 275 Westminster Street, Providence, Rhode Island on March 23, 2006 at 2:00 P.M.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

installation period?
A. Yes.
Q. All right. My follow-up question was other than Tony Desmaris, did anyone else give you any information in regard to the Total Recall system as to what it was actually going to do once it was up and running and what its capabilities were during the installation process?
A. No.
Q. Do you remember the date that the public safety building actually opened up?
A. August -- end of July, August --
Q. Of?
A. -- seems to stick in my mind.
Q. Of what year?
A. Of '02.
Q. Before the public safety building opened, where was your office located, where was director of communications -- where was your office located?
A. West Exchange Street.
Q. Did it stay there or did you move to the now building?
A. Stayed there.
Q. West Exchange?
A. Yes.

Dutra, I guess, he was able to -- Chief Rattigan and Dutra were able to get this copy of a recording." First of all, are you aware Chief Rattigan and Dutra got copies of a recorded phone conversation?

A. Chief Dutra, all I know, he asked for a request of the call. If I remember correctly, Tony had told me, yes, it was recorded. I never got to know or never got to ask the question -- I don't know if he ever physically got the tape, I'm not sure of that.

Q. All right. Then it goes on, Question, "What did you do with the request of Chief Lanzi?" Answer, "He asked me to find out if in fact they're recorded." I said, "You know, to the best of my knowledge, they wouldn't be recorded. I don't know why they would be recorded. They weren't recorded before, but I'll ask. I'll ask Manny, I'll ask the director." "Okay. And you asked Manny Vieira?" Answer, "Yes." So your testimony is Joe Richardson never came to you and asked you those questions?

A. I remember Dutra asking, I remember having a conversation with Tony. I remember Richardson asking about the, as I said earlier, the Dutra

situation and the recording. What specifically Richardson said, I don't remember what he said.

Q. But again, your testimony clearly before this was you had no knowledge any lines were being recorded, correct?

MR. SANTOPIETRO: Objection.

MR. McHUGH: Objection.

MR. ROBINSON: Objection.

MR. WEST: Objection.

MS. CARLIN: Objection.

A. No, I didn't.

Q. Other than the central lines?

A. Yes.

Q. Next question, "Okay, you asked Manny Vieira?" "Yes." Question, "About when was this? It was during the time I was doing the critique investigation of the body in the water, a guy drowned in the water." Question, "Off 195?" Answer, "Yes." "Okay. And what did Mr. Vieira say to you?" "He said that all the lines were recorded." Did you -- your testimony is you never said that to Joseph Richardson, correct?

MR. SANTOPIETRO: Objection to form.

A. If I said that, I was referring to all the emergency lines were being recorded. I certainly