ALAN R. SEPE
Director

VINCENT A. CIANCI, JR.
Mayor

# DEPARTMENT OF PUBLIC PROPERTY

July 30, 2001

The Honorable Vincent A. Cianci, Jr.
Chairman
Board of Contract & Supply
C/o City Clerk's Office
City Hall
Providence, Rhode Island 02903

Dear Mayor Cianci:

Please advertise for Furnish and Install Telephone and Data Equipment and Cable for the new Fire and Police Complex at the Board meeting of July 30, 2001.

Enclosed are specifications and a suggested vendor list.

| | |
|---|---|
| Advertise Date: | August 2, 2001 |
| Bid Opening Date: | August 27, 2001 |
| Bid Award Date: | September 10, 2001 |

Funds will be made available through

Respectfully submitted,

Alan R. Sepe
Acting Director
Department of Public Property

Exhibit B

DEPARTMENT OF PUBLIC PROPERTY
FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE
FOR THE NEW FIRE AND POLICE COMPLEX

ADDENDUM NO. ONE

AUGUST 17, 2001

THE OPENING DATE FOR THE BID WILL BE EXTENDED TO SEPTEMBER 10, 2001 AT 2:15PM.

City of Providence

Rhode Island

# Department of City Clerk

## MEMORANDUM

**DATE:** August 27, 2001

**TO:** Acting Purchasing Director

**SUBJECT:** FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE FOR THE NEW FIRE AND POLICE COMPLEX – DEPARTMENT OF PUBLIC PROPERTY.

**CONSIDERED BY:** Board of Contract and Supply

**DISPOSITION:** VOTED: that all bids be referred to the Acting Purchasing Director for tabulation.

Bids from:

EXTENDED UNTIL SEPTEMBER 10, 2001

cc:Pur.Dir.
File

No Bid
9/12/01

Michael R. Clement

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO. 2

SEPTEMBER 5, 2001

The opening date for the bid is extended to Monday, September 24, 2001 at 2:15PM.

City of Providence

Rhode Island

# Department of City Clerk

## MEMORANDUM

**DATE:** September 10, 2001

**TO:** Acting Purchasing Director

**SUBJECT:** FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE FOR THE NEW FIRE AND POLICE COMPLEX - DEPARTMENT OF PUBLIC PROPERTY

**CONSIDERED BY:** Board of Contract and Supply

**DISPOSITION:** VOTED: that all bids be referred to the Acting Purchasing Director for tabulation.

Bids from:

Bid Opening Extended to September 24, 2001

cc:Pur.Dir.
File

NO Bids
9/12/01

Michael R. Clement

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATA EQUIPMENT & CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO 3.

September 19, 2001

The opening date for the bid is extended to Tuesday, October 9, 2001 at 2:15 pm.

There will be a pre-bid meeting on Wednesday, September 26, 2001 at 9:00AM. The pre-bid will be held in the Department of Public Property, Providence City Hall, Room 407, Providence, RI.

City of Providence

Rhode Island

# Department of City Clerk

## MEMORANDUM

**DATE:** September 24, 2001

**TO:** Acting Purchasing Director

**SUBJECT:** FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE FOR THE NEW FIRE AND POLICE COMPLEX – DEPARTMENT OF PUBLIC PROPERTY.

**CONSIDERED BY:** Board of Contract and Supply

**DISPOSITION:** VOTED: that all bids be referred to the Acting Purchasing Director for tabulation.

Bids from:

EXTEND UNTIL OCTOBER 9, 2001

cc:Pur.Dir.
File

No Bids
9/25/01

Michael R. Clement

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATA AEQUIPMENT & CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO. 4

October 2, 2001

The opening date for the bid is extended to Monday, October 22, 2001 at 2:15 PM.

There will be an addendum issued prior to that date answering all questions that have been submitted by bidders. A set of floor plans for the Safety Complex will also be distributed with the addendum.

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATA EQUIPMENT & CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO. 5

October 18, 2001

The opening date for the bid is extended to Monday, November 5, 2001 at 2:15PM

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATA EQUIPMENT & CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO. 6

October 29, 2001

This addendum contains the answers to all questions that have been received by potential bidders.

Attached, you will also find floor plans for the complex supplied by the Architect.

At this time, we are enclosing a Request for Proposal for a Digital Voice Recording System. This is a separate item is to be bid on the separate bid form attached.

IMPORTANT INFORMATION FOR THE DATA CABLING:

> CABLE GOING FROM COMMUNICATION TO NEW COMPLEX IS 3,000 FT. IT WAS PREVIOUSLY STATED TO BE 5,000 FT.

1. Is it possible to have a set of floor plans for the new Building? Can those floor plans be marked with how many voice/data drops per location? The location of the closets and possible distance between the closets?

   **Floor plans are attached. Please note the scale of 1/16".**

2. Is the City looking for data switches to the desktop in this bid?

   **No the City is not looking for data switches to the desktop.**

3. Is the City looking for Routers to handle the data traffic between Communications, Fire and Police?

   **No the City is not looking for Routers to handle the data traffic between locations.**

4. Is the City looking for a centralize voice / e-mail / fax server system that can support all locations that can light up the needed lights and where is the best place to house this system?

   **Yes the City is looking for a centralized voice/fax server system.**

5. Is the vendor going to train all the personnel of Police, Fire and Communications or the City looking to train specified personnel to do the training?

   **The vendor will train all the personnel of Police, Fire and Communications.**

6. What is the e-mail system of all these departments and is there a Common e-mail server?

   **E-mail servers will not be part of this bid.**

7. Can a diagram be submitted to Ronco Communications & Electronics that shows the infrastructure of all the off premise extensions.

   **We do not have a diagram of SOP locations.**

8. Is Communications going to use existing single line phones or new?

   **New single line phones will be required.**

9. Is the 5000 feet of fiber going to be single or multi mode fiber and if single mode who is going to provide the converter?

   **Multi-Mode, Superior Lissex PSE89 24 strand.**

10. Can a walk through be available at Communications to see and help Providence design the skills set that can be utilize here?

    **No walk through will be available.**

11. Is Communications re-using the cable plant or looking for new?

    **All new cable plant is required.**

12. Is Verizon the vendor of your voice network or do you use another and who is that contact?

    **Verizon is the vendor of our voice network.**

13. On page 7, can you please explain to what level is the City of Providence and which location looking to pass data through the proposed PBX?

    **Data will not be switched through the PBX.**

14. Is the data network connected by the proposed 5000 ft. of fiber between Police Fire and Communication?

    **The data network is connected through the multi-mode fiber.**

15. Is the City looking for 2 unified messaging systems or one? If one where is to reside?

    **One unified message system. Residing in the new Police Fire Complex.**

16. Is the manufacturer of the unified messaging system preferred to be also the manufacturer of the PBX?

    **The PBX and messaging system must be the same manufacturer.**

17. Are the two PBX's needed the same configurations?

    **The configurations must duplicate each other for the reasons that have been stated in the RFP.**

18. Where will the management of the system be resided? Will this management software be a web access and what software etc..

    **The management system will reside at Communication Place and the software will be decided by the vendor.**

19. Is this bid being extended?

**The bid has already been extended twice, it will not be extended again.**

20. Does this system need to be redundant?

    **Yes.**

21. What style/type of phones are required?

    ----

22. What type of connectivity/networking (i.e. complete transparency and etc.) is required between the two locations?

    **Connect 2 buildings with fiber.**

23. Will Voice Mail, Call Accounting and System Administration be centralized?

    **Yes.**

24. Is any cabling required at this location?

    **Yes.**

25. Could you explain how you would like this "mirrored system" to operate in an emergency situation.

    **One goes down, the other system picks it up.**

26. Is Unified Messaging required?

    **No.**

27. Do you want both sites equipped with Site Event Buffers that will notify the vendor and the Police and Fire Departments of system errors?

    **Yes.**

28. Under Telephone Equipment (no page number given) item 4 is noted as "Elevated Phone" – Could you please specify what these are and the quantity?

    **There are 4 elevator phones.**

29. We are requesting an extension from the October 9, 2001. This is requested to ensure that we can get the proper Bid Bond in place based on the answers to our questions.

**Extension of Bid is to November 5, 2001.**

30. There seems to be a conflict between the system overview and System Redundancy and Reliability, please clarify.

    1.0 System Overview

    Statement: "The switch will have Duplicate Common Control for total redundancy within the complex. Also, there will be a Duplicate Switch that mirrors a portion of the new Fire and Police Complex. This switch will be located at One Communications Place which will house two attendant consoles, the 15 emergency answering positions. These positions will be mirrored at the Fire and Police Complex."

    **Both switches will have duplicate common control and each switch will be able to act as a back up in the event either one of these switches go down. In other words if either switch goes down the other switch will handle the trunks and stations associated with that location. Each switch will come with a 2 hour UPS system.**

    2.3 System Redundancy and Reliability

    Statement: "Design the proposed system with no Duplication, but provided pricing options for all levels of redundancy."

    **Statement 2.3 System Redundancy and Reliability is incorrectly stated in the RFP. The correct statement should state "The system must be configured with duplication at all levels, both common control and the ability to back-up the other switch in the event of a failure."**

31. Item 2.1.2.3

    Statement: State the maximum number of ports on each of the following types of circuit packs." There are no packs listed.

    **See attached pack listings.**

32. Item 2.2.5

    Statement: "The system must be configured to provide a grade of service of P.002 for the "Wired For" requirements." Is this figure correct, the standard is a P.01 Grade of Service?

    **The system must be configured with a grade of service of P.01.**

33. Item 2.4 System Power:

Are you requesting AC or DC power for the system? Are you requesting Uniform Power Supply (UPS) or Battery Back-up, with this system?

**The systems are to be configured with AC power and a 2 hour UPS at each location.**

34. Item 2.7 System Features – Data:

Statement: "Complete Table 2 in Attachment A that includes Mandatory and Desired System Data Features." No attachment A or Table 2 has been provided to potential bidders.

**See attached Attachment A Table 2 Data Features.**

35. Item 2.10.6 Physical Security

Statement: "As an option, it must be possible to provide additional physical security by adding a digital encryption "Lock and Key" device to the dial-up system management ports. Describe what devices are available form the vendor, and include any additional costs in the Optional Pricing section of the proposal." Is this section referring to password protection of the Maintenance and Administration access to the PBX?

**This question is referring to providing an additional layer of physical security to protect maintenance/administration ports that are used for dial-up remote access from computer criminals.**

36. Item 2.13 Station Equipment and Features

Statement: "Complete Table 1 in Attachment C that includes mandatory and desired Station features." No Attachment C or Table 1 has been provided.

**See attached Attachment C Table 1 Station Features.**

37. Item 3.3 Station Requirements

Statement: "The following table represents the station requirements of the system, including analog and digital stations. These quantities must be included in the price of the proposed system."

A. Could these station requirements be broken out based on how many of each type of the set requested will be at each location?
B. It stated Speakerphones and the quantity is ALL, do all Digital sets require speakerphones?

**New Fire and Police Complex 270 Digital Stations and 170 Analog Stations**
**Communications Building at One Communications Place 30 Digital Stations and 30 Analog Stations.**
**All digital sets must have speakerphones.**

Question #31



*be achieved by the addition of only port circuit packs. These quantities represent expected growth.*

### 3.1.3 Capacity

*The system capacity represents the ultimate capacity of the system, achieved by adding hardware and software beyond that included in the wired-for configuration.*

## 3.2 Port Requirements

*The following table represents the port requirements of the system, including analog and digital stations, trunks, and other access ports. The system must be configured to support the wired-for capacity. The vendor is required to fill in the capacity column.*

| Port Type | Equipped | Wired-For | Capacity |
|---|---|---|---|
| Station Ports | | | |
| *Analog* | 200 | 300 | 400 |
| ~~*Digital – Voice-Only*~~ | [illegible] | [illegible] | [illegible] |
| *Digital – Voice/Data* | 300 | 400 | 500 |
| *Digital – Data-only* | | | |
| *Attendant Console* | 4 | 8 | 10 |
| Trunk Ports | | | |
| *Central Office (CO)* | 50 | 85 | 110 |
| *Direct Inward Dial (DID)* | 50 | 75 | 100 |
| *Tie* | 9 | 15 | 25 |
| *DS1/E1* | 4 | 6 | 8 |
| *ISDN-BRI* | 4 | 6 | 8 |
| *ISDN-PRI* | 4 | 6 | 8 |
| Adjunct Access Ports | | | |
| *Dial Dictation Access* | | | |
| *Modem Pool Access* | | | |
| *Paging Access* | 2 | 2 | 2 |
| *Power Failure Transfer* | 30 | 50 | 60 |
| *Recorded Announcements* | 4 | 6 | 7 |

| Port Type | Equipped | Wired-For | Capacity |
|---|---|---|---|
| *Voice Mail Access* | 24 | 30 | 40 |
| *Wideband Switching* | | | |

## 3.3 Station Requirements

*The following table represents the station requirements of the system, including analog and digital stations. These quantities must be included in the price of the proposed system.*

| Station Type | Quantity |
|---|---|
| *Analog Stations* | |
| *Single-Line* | 200 |
| *Digital Stations* | |
| *Single-Line* | |
| *5-Line with Display* | |
| *8-Line with Display* | [illegible] |
| *10-Line with Display* | 270 |
| *16-Line with Display* | [illegible] |
| *24-Line with Display* | 10 |
| *+30-Line with Display* | 20 |
| *Adjunct Equipment* | |
| *Expansion Modules* | |
| *Headsets* | 75 |
| *Speakerphones* | ALL |
| *Data Modules* | |
| | |

## 3.4 Traffic Requirements

*The following table represents the traffic requirements of the system, including stations and trunks. The system must be configured to meet these traffic requirements at the wired-for numbers of ports.*

| Feature | | | S/O /NA | Cost |
|---|---|---|---|---|
| 20 | *Conference – Single-Line Station* | | | |
| 21 | *Directed Call Pickup* | | | |
| 22 | *Distinctive Ringing* | | | |
| 23 | *Do Not Disturb* | | | |
| 24 | *Extension Preselection and Preference* | | | |
| 25 | *Group Call Pickup* | | | |
| 26 | *Group Paging* | | | |
| 27 | *Hold* | | | |
| 28 | *Hold – Automatic* | | | |
| 29 | *Long Hold Recall Warning* | | | |
| Intercom | | | | |
| 30 | *Automatic* | | | |
| 31 | *Dial* | | | |
| 32 | *Internal Automatic Answer* | | | |
| 33 | *Last Number Dialed* | | | |
| 34 | *Leave Word Calling* | | | |
| 35 | *Personalized Ringing* | | | |
| 36 | *Priority Calling* | | | |
| 37 | *Privacy – Attendant Lockout* | | | |
| 38 | *Privacy – Manual Exclusion* | | | |
| 39 | *Recall Signaling* | | | |
| 40 | *Reset Shift Call* | | | |
| 41 | *Ringback Queuing* | | | |
| 42 | *Ringer Cutoff* | | | |
| 43 | *Speed Dialing – Station* | | | |
| 44 | *Station Display* | | | |

| Feature | | | S/O /NA | Cost |
|---|---|---|---|---|
| 45 | Station Alerting Options | | | |
| 46 | Station Self Display | | | |
| 47 | Temporary Bridged Appearance | | | |
| 48 | Transfer | | | |

| Circuit Pack | Number of Ports |
|---|---|
| Analog | |
| Analog Caller ID | |
| **Proprietary Digital** | |
| Voice Only | |
| Data Only | |
| Voice/Data | |
| **ISDN-BRI** | |
| Voice Only | |
| Data Only | |
| Voice/Data | |
| **Combination Analog Trunk and Line** | |
| Central Office (CO), Direct Inward Dial (DID), CAMA E911 or Analog Line (on-or off-premises with message-waiting) | |
| **Trunks** | |
| Central Office (CO) | |
| Direct Inward Dial (DID) | |
| Tie Trunk | |
| DS1 | |
| E1 | |
| ISDN-BRI | |
| ISDN-PRI | |
| ATM | |

# Attachment A

## Table 2 – Data Features

***Please indicate whether all required features are Standard (S), Optional (O), or Not Available (NA), and provide a price for all optional items.***

| Feature | | | S/O /NA | Cost |
|---|---|---|---|---|
| 1 | Administered Connections | | | |
| 2 | Alphanumeric Dialing | | | |
| 3 | Data Call Setup | | | |
| 4 | Data Hot Line | | | |
| 5 | Data-Only Off-Premises Extensions | | | |
| 6 | Data Privacy | | | |
| 7 | Data Restriction | | | |
| 8 | Default Dialing | | | |
| 9 | Digital Multiplexed Interface | | | |
| 10 | DS1 and E1 Service | | | |
| 11 | EIA Interface | | | |
| 12 | Keyboard Dialing | | | |
| 13 | Modem Pooling | | | |
| 14 | Simultaneous Voice and Data | | | |
| WideBand Switching (ITU-U and ANSI Standards) | | | | |
| 15 | H0 | | | |
| 16 | H11 | | | |
| 17 | H12 | | | |
| 18 | Nx64 | | | |

# Attachment C Question #76

## Table 1 – Station Features

***Please indicate whether all required features are Standard (S), Optional (O), or Not Available (NA), and provide a price for all optional items.***

| Feature | | | S/O /NA | Cost |
|---|---|---|---|---|
| 1 | *Abort Transfer* | | | |
| 2 | *Automatic Callback* | | | |
| 3 | *Automatic Exclusion* | | | |
| 4 | *Automatic Incoming Call Display* | | | |
| 5 | *Bridged Call Appearance – Multi-Line Station* | | | |
| 6 | *Bridged Call Appearance – Single-Line Station* | | | |
| Call Coverage | | | | |
| 7 | *Consult* | | | |
| 8 | *Coverage Callback* | | | |
| 9 | *Coverage Incoming Call Identification* | | | |
| 10 | *Go To Cover* | | | |
| 11 | *Send All Calls* | | | |
| 12 | *Time of Day* | | | |
| 13 | *Call Forwarding All Calls* | | | |
| 14 | *Call Forwarding – Busy* | | | |
| 15 | *Call Forwarding – No Answer* | | | |
| 16 | *Call Park* | | | |
| 17 | *Call Pickup* | | | |
| 18 | *Call Waiting – Termination* | | | |
| 19 | *Conference – Multi-Line Station* | | | |

# REQUEST FOR PROPOSAL

FOR

DIGITAL VOICE
RECORDING SYSTEM

FOR THE
NEW PUBLIC SAFETY COMPLEX

# DIGITAL LOGGING RECORDER PROCUREMENT SPECIFICATION

This procurement specification defines the minimum desired features for a multichannel voice-logging recorder. The equipment furnished under this specification shall be designed for continuous duty operation 24 hours per day, 365 days per year. The voice logger shall record 500 channels initially and be expandable.

## 1.0 VENDOR

1.1 All recording equipment supplied under this specification shall be completely operational when installed.

1.2 After the equipment has been accepted, the vendor must provide parts for a period of one year and must replace any parts which become broken or defective, except by reason of accident, misuse, or any casualty, during such period.

1.3 The vendor must make all necessary adjustments to this system, not required by reason of accident, misuse, or casualty, at the vendor's expense for a period of one year from the date of installation for equipment returned to the vendor's factory.

1.4 The vendor shall provide a toll-free telephone help desk available for the period of one year from the date of instruction manual.

1.5 The vendor must provide factory authorized personnel for on-site training and instruction for all operators covering all equipment supplied under this specification. Additional training at the vendor's offices shall be available at no additional cost to the purchaser for installation.

1.6 Factory authorized service engineers must be optionally available to respond for on-site service within four hours of dispatch request (24 hours per day, seven days per week).

1.7 The vendor must provide an easy-to-read comprehensive operation a period of one year from installation.

1.8 The vendor must be responsible for installation of all equipment covered by these specifications.

1.9 All equipment in this specification must be delivered and installed within 30 days after receipt of order.

1.10 The vendor must engineer, manufacture and quality test the equipment in the United States.

1.11 The vendor must provide a one-year guarantee to the purchaser.

1.12 The vendor must provide a description of its local service organization including name, address, telephone number, number of years in operation, number of year's experience working with digital recorders and number of field service personnel in the organization.

## 2.0 SYSTEM DESIGN

2.1 The system must be available with single or dual DVD (9.4 GB) in addition to one, two or more hard drives for instantaneous playback and two levels of fault tolerance.

2.2 The system must be capable of directly recording proprietary digital PBX/ACD protocols without use of any external "couplers" or any "digital to analog converters".

2.3 Each digital recording module must include its own instant playback module (hard disk) Individual workstation instant recall per seat licenses shall also be available. The instant recall playback capability can be configured to allow playback of any installed channel on the recorder. In addition the amount of time that can be playback can be configured on a per position basis.

2.4 The system must be capable of supporting multiple archive devices including multiple hard drives (volume set and RAID levels 1 & 5) and dual Magneto-Optical or DVD drives in either serial or parallel operation. Dual power supplies shall be standard.

2.5 The system must be capable of supporting twisted pair, Ethernet (thin net, 10BaseT, 100BaseT) or token ring network configurations along with protocol support for: IPX/SPX, RAS, TCP/IP, NetBEUI and Windows sockets.

2.6 The system's integral clock will keep track of the system time and date. It will also be capable of synchronizing other LAN connected recording systems' integral clocks without the need of an external time source.

2.7 The recorder operating system must be Windows NT. Existing Windows NT/95/98/2000 client workstations may be used for remote playback.

2.8 The recorder system shall provide the capability to "drag and drop" any recorded call in standard .WAV file format onto a standard floppy disk for playback on any multimedia Windows PC without the need of proprietary software. These WAV files may also be transmitted as email attachments or act as embedded documents.

2.9 The vendor shall guarantee that all parts, assemblies and components contained in the recorder are commercial-off-the-shelf (COTS) non-proprietary items manufactured by, and available from, major computer manufacturers. No vendor proprietary assemblies such as voice processing cards shall be used. To be responsive to this request the vendor must submit the manufacturer and part number of any voice processing and playback assemblies used.

## 3.0 CONTROL AND OPERATIONS

3.1 The system shall be composed of a single chassis PC recorder along with a monitor, mouse and keyboard. A separate PC workstation shall not be required. Any number of remote LAN workstations (Windows NT/95/98/2000) may be used for playback.

3.2 The single chassis PC recorder must use Windows NT version 4.0 as the native operating system.

3.3 The Windows NT recorder operating system will enable the user to view multiple deck controls at the same time.

3.4 The system must provide local recording module control through a GUI SVGA display.

3.5 The system must provide on-line help screens on the single chassis PC recorder.

3.6 The single chassis PC recorder must optionally be able to display, and search by, call records information for each call including: media type, library location, channel number, name of channel, name of users, time, date, telephone number, duration of recorded message, start and end time, key words annotation reference, ANI, Caller ID, DNIS and user specific data base fields.

3.7 The system must provide the following functions and indications by point-and-click and drop down menu actions on the SVGA monitor GUI: logon, logoff, shutdown, system configuration, help, record, playback, live monitor, eject & format tape, Magneto-Optical or DVD disk, four color channel activity monitor, channel name, free-seating agent on channel, play/monitor volume, media retention period, catalog of all recordings, search-find, restore, copy conversation to floppy disk, playback, stop, play, pause, begin, rewind, fast forward (10% incremental speed selection), end, loop, and alarms.

3.8 Systems with multiple drives must be capable of providing simultaneous or individual control of drives such that a function can be performed on one drive (e.g. formatting) without affecting the operation of the other drives.

## 4.0 SYSTEM NETWORKING CAPABILITIES

4.1 The system will be capable of supporting up to 144 analog (or 128 digital) audio channels in a single PC recorder chassis and up to 256 workstations on a single network.

4.2 If multiple digital recording modules/servers are employed in the installation, the system must be optionally capable of viewing, and retrieving from, all such recording modules in a unified manner from a single PC.

4.3 The system must optionally be capable of real time live monitoring over the LAN from any Windows NT/2000 workstation.

4.4 The system will provide the capability of centrally capturing and storing important system information for easier system-wide management. This information will include alerts, user passwords and profiles, deck status information, user access audit trail information, media library records, etc.

## 5.0 SYSTEM EXPANDABILITY

5.1 The system must be Windows NT software-based, using only non-proprietary hardware to allow for future enhancements.

5.2 The system will allow for future expandability by adding up to a total of 144 analog or 128 digital channels per chassis, multiple hard disk drives, DVD and/or Magneto-Optical disk drives, digital recording modules, workstations and other Windows NT compatible devices.

## 6.0 MEDIA STORAGE

6.1 The system will be capable of recording to removable and/or on-line storage devices including DVD, Magneto-Optical disks and hard disk arrays.

6.2 The system will be capable of providing more than 1,800 channel hours of recording on two 9.4 GB DVD-RAM removable media.

6.3 The system will be capable of recording approximately 6,000 channel hours of the most recent recordings on-line for instant access with a standard 70 GB hard drive.

6.4 The archive media must be user formatable.

6.5 The system and media will provide for overrecord and write protection such that data will not be accidentally overwritten. The user may program a protected media retention period of from 0 to 32,000 days. When such a retention period is chosen, a previously recorded media that has not yet expired cannot be formatted and reused until the expiration of the retention period.

6.6 The expected shelf life of the archivable media will be greater than or equal to 10 years under normal ambient conditions.

## 7.0 SYSTEM RECORDING CAPABILITIES

7.1 Each digital recording module must be capable of on-site expansion for recording up to 144 analog or 128 digital audio inputs

7.2 The system must be a completely integrated, stand-alone PC recorder and shall not require a separate PC workstation interface for operation.

7.3 The system must be self-protecting and not require use of a ready state to prevent accidental erasure of recorded information.

7.4 The system must display which channels are recording, which are not recording and which channels have been idle for a user settable period of time as protection against line failure.

7.5 The system must be able to simultaneously record and play back or live monitor.

7.6 The system must provide the capability to support multiple sequential deck operations to extend unattended record time.

7.7 The system must provide buffering of all audio, as it is recorded, onto a hard disk drive and then stream the buffered digitized audio onto the archive media at a user selectable period so as to maximize the useful life of the archive media drives.

7.8 The system must provide simultaneous record and playback capability from two drives.

7.9 The system must be capable of configuring one drive backup or record in parallel with another drive within the same digital recording module.

7.10 The system must be capable of recognizing record activation by VOX, remote activation, ring voltage, continuous, or as scheduled start (all on a per channel basis).

7.11 As a standard feature, the system will be capable of providing non-volatile audio buffering to protect against data loss when an archive drive is taken out of record for any reason.

7.12 The system will be capable of buffering audio for multiple decks simultaneously.

7.13 The system will be capable of automatically downloading buffered information to an archive drive(s) if such drive has been interrupted for replacement, service or off-line searching.

7.14 The system must be capable of performing automatic data transfer from the hard drive to the archive drive(s).

7.15 The system must be capable of switching back to a second drive, when capacity is reached on the first drive, or if a drive failure is detected.

7.16 An internal backup battery shall not be required to prevent recording loss in the event of a power outage.

7.17 The system must be capable of an orderly shutdown. If there is a power outage, all audio will be buffered to a non-volatile hard disk drive. Buffering audio into RAM shall not be used due to the adverse effects on archive drive.

7.18 The system must provide an automatic restart capability to return the system to its previous operating state.

7.19 The system must provide an indication of the recording space remaining on the hard disk and each archive drive.

7.20 The system must provide for an alphanumeric "Remarks" field in which the user may enter up to twenty characters as a search parameter.

7.21 The system must be capable of recognizing the write protect tab on the media. Computer program protection to prevent over-record or erasure for a user set period must be available.

7.22 The system will provide the capability to establish schedules for media protection and spoken alarms for "Disk is full" and related alarms.

7.23 The system shall allow remote monitoring and configuration from a Windows NT/2000 workstation through a LAN connection.

7.24 The system shall allow the user to configure recording specific channels to certain archive media. (e.g. channels 1, 3, 5, 7 to DVD A and channels 2, 4, 6, 8 to DVD B)

## 8.0 SYSTEM SECURITY FEATURES

8.1 The security system must provide multiple levels of security down to the channel level.

8.2 Only those functions accessible to the user, as defined by the security level, will be available to the user.

8.3 As an option, DTMF Code access may be made available to provide remote workstation playback and "record on demand" start/stop.

8.4 The system must allow authorized access of selected-recorded audio either at the recorder or by use of an optional remote client workstation.

8.5 Media recorded on any system can be replayed on any other system with proper channel playback access.

8.6 The system must record a system identifier on the media for identification and catalog searching.

8.7 The system must provide an automatic logout at a user set time (i.e. number of minutes of inactivity). The automatic logout may be overridden by a single mouse-click.

8.8 A system-wide audit trail must be provided to show all activity.

8.9 Any number of authorized remote workstations may access and play the same or different conversations simultaneously by use of an optional remote playback client.

8.10 The system must provide the capability of remote playback and file copy to floppy disk (Drag and Drop) in Microsoft standard WAV format.

8.11 Dedicated reproducer (play only) will be available as either a standalone unit or as a network workstation.

8.12 Audio files must be written to media in a secure manner.

## 9.0 DVD & MO MANAGEMENT CAPABILITIES

9.1 The system will provide for a centralized media management capability for tracking archived media.

9.2 The system's optical media management function will be capable of assigning a unique, sequential ID to each media for tracking.

9.3 The system's media management function will allow appending of alphanumeric comments to each recording as desired by the user.

9.4 The system's archive media management function shall allow the user to select from several optional media such as: Magneto-Optical disk or DVD; RAID level 5 up to 200+ GB of storage along with other Windows NT supported archive and backup systems.

9.5 The system's media management function shall enable the user to define a threshold age such that the media older than the threshold date can be flagged to facilitate recycling of media.

9.6 The system's media management function will enable media library records to be stored on-line or off-line.

9.7 The system will allow the user to search for a specific media in a catalog using any one, or more, of the following criteria: channel, date, time, duration, ANI, Caller ID, alphanumeric comments or reference and user specific database fields. Optionally available search criteria include SMDR applicable data and switching domain events with full CTI enablement.

9.8 The media library will be password protected.

## 10.0 SYSTEM SEARCH CAPABILITIES

10.1 The system must be capable of searching for audio recorded to an archive or on-line media. (I.e. Magneto-Optical, DVD; RAID or HDD.)

10.2 Search may be made by multiple, user-selectable "views" or "keys" in standard database format. Such database shall be ODBC.

10.3 The audio playback of the object of a search shall be in industry standard WAV file format. WAV audio playback can be delivered to a multimedia equipped compatible workstation over the LAN or optionally, the audio can be ported to any telephone number over PSTN. Playback audio will also be available by DTMF remote access as an option.

10.4 The system must provide for the customized naming of channels without the need of a PC workstation. Channel names will be recorded to the media to facilitate searching.

10.5 The system must be capable of searching to and playing back from the time input by the user.

10.6 The system must be capable of searching for messages by dialed digits outbound (DTMF).

10.7 The system must be capable of incremental fast forward and rewind in 10% increments.

10.8 The system must provide the capability of skipping to the next or the previous chronological message for precision search and playback.

10.9 The system must provide the capability of searching by time/date or call and call duration. Duration searches must allow the user to search for calls "less than" or "greater than" a specified length of time.

10.10 The system will provide the capability for a user to tag a call and later use the tag as search criteria.

10.11 The system will provide the capability for the user to enter additional alphanumeric information or notes using a built-in utility, without the need for a separate word processing application.

10.12 The system will provide the capability for the user to locate and display calls on the media based on recorded DTMF codes within calls.

10.13 Search capabilities must be password protected.

## 11.0 SYSTEM DIAGNOSTIC/ALERT CAPABILITIES

11.1 The system must provide bootup system test and ongoing self-checking tests.

11.2 The system must provide an error log to keep track of alerts, error messages and conditions.

11.3 The system must be capable of on-line remote diagnostics.

11.4 The system must provide for channel inactivity alert that will notify the user if a particular channel is inactive (not reporting audio) for a certain period of time.

11.5 A remote response alert from the voice recording system is mandatory. The system must have the capability of alerting a user of a total system failure i.e. if the recording systems NT software locks-up the voice recorder software or if the hard drive fails or the power supply fails, this would initiate an alarm to a remote PC, with the appropriate software loaded on it, that there is no response from the voice recorder.

## 12.0 PHYSICAL CHARACTERISTICS

12.1 The digital recording module will be suitable for desktop, tower or rack mount configuration.

12.2 The digital recording module shall be self-contained and shall not require a PC Workstation for operation or monitoring.

12.3 Remote playback can be enabled on any Windows NT/95/98/2000 workstation on a network or with a null modem cable.

## 13.0 ELECTRONICS

13.1 The channel capacity within a single chassis shall be from 4 to 144 channels for analog inputs and from 24 to 144 for T1/ISDN.

13.2 The frequency shall be 300 to 3400 Hz +/- 0.5 dB.

13.3 The signal to noise ratio shall be greater than 40 dB at 64 Kbps.

13.4 The AGC must be fast attack and slow release.

13.5 The digital recording module operating system must be Windows NT (OS2 Warp based systems are not allowed, as it is no longer supported by IBM, DOS is also not acceptable).

13.6 The system shall support the following network protocols: TCP/IP, IPS/SPX, NetBEUI, RAS and Windows Sockets.

13.7 The digital recording module processor shall be Pentium III 800Mhz or better.

## 14.0 DIMENSIONS, POWER AND ENVIRONMENT

14.1 Dimensions shall be those for a standard PC package, typically 19"W x 20"D x 7"H.

14.2 Weight of the recorder module shall not exceed 50 pounds.

14.3 Power requirements shall be 250/350W, 90-132/180-250 VAC

14.4 Operating temperature shall be 0 to 35 degrees C.

14.5 Humidity shall be 10% to 85%, non-condensing @ 40 degree C.

## 15.0 OPTIONS AND ACCESSORIES

15.1 Dual hard disk drives for storage shall be 70 GB.

15.2 Fault tolerance methods available shall include RAID Level 1 (disk mirroring and duplexing) and RAID Level 5 (data striping with parity).

15.3 Remote Playback and Instant Recall software modules shall be available on a per seat license basis.

15.4 CTI connectivity and SMDR integration for standard PBX and ACD systems shall be available.

15.5 External time synchronization shall be available.

15.6 Remote live monitoring shall be available.

15.7 Channel upgrade kits shall be available for on site expansion up to a maximum of 144 analog channels per chassis.

15.8 Multi-channel (4, 8 or 16) simultaneous playback with silence insertion and talking clock shall be available remotely on a LAN workstation.

15.9 ANI/ALI capture and collection from PSAP controller to be inserted into data fields for search criteria.

# Digital Recording Technical Specifications

This specification covers an advanced digital recording system designed to provide recording of (xx) channels. The equipment furnished under this specification must be designed for continuous duty operation (e.g., 24 hours per day, 365 days per year).

## 1 BASIC PURPOSE

1.1 This specification covers an 8 to 128 channel digital recording module that records all in-coming messages onto Digital Audio Tapes or (DAT) or DVD. This shall be the primary role of the recording module.

1.2 The recorder shall be a message-based system, recording only when there are valid messages to be recorded.

1.3 The recorder shall allow instant access from the hard drive to recently recorded messages. Recorders that do not provide instant recall as a standard configuration will not be considered.

1.4 Search and replay shall be available at the front panel of the recording module. In addition, the recorder module must support multiple search and replay users via remote workstations. It shall be possible to connect multiple remote workstations to each recorder module.

1.5 The recording module shall not require any external monitor, keyboard or mouse. It shall be possible to connect a PC for remote control as an option, or connect the module to any workstation on the local area network (LAN).

1.6 Each recording module shall support a minimum of 2 archive drives.

1.7 It shall be possible to connect together multiple recording modules into a single networked recording system.

1.8 Recorder must interface to incoming 911 telephone traffic and radio channels.

## 2 SYSTEM LAYOUT

2.1 The recording module shall be completely self-contained, requiring no external equipment.

2.2 The recording module shall support a minimum of 2 archive drives and a hard disc for instant recall.

2.3 The recording module shall support a minimum of 2 autoloaders within the chassis to provide on-line access of up to 19,800 channel hours of messages.

2.4 The system will be designed to allow future advances in archive technology to be incorporated without chassis modification.

2.5 The recording module shall contain a display and controls to provide system configuration, search and replay functions. There will be dedicated replay control buttons to allow control of the message during replay.

2.6 The recording module shall contain all line interfacing whether the source to be recorded is analog or digital. Line cards to support either analog or digital line interfaces must be capable of being housed in the same physical module. Recorders that require externally mounted interfacing will not be considered.

2.7 The recording module shall contain a built-in loudspeaker, headphone socket and dubbing output socket as standard.

2.8 The recording module shall contain a security device such as a programmable key that does not require additional PIN number or password entry.

2.9 The recording module shall contain independent record status indicators for each of the archive drives.

2.10 Access to the archive drives shall be simple, not requiring any doors or flaps to be opened.

2.11 Outputs to external loudspeakers shall be available at the rear of the recorder module. At least four line outputs will be available as standard.

## 3 RECORDING INPUTS

### 3.1 General

3.1.1 Each recorder module shall contain approved interfaces for connection to telephone networks. These interfaces must cover all analog and digital telephony standards.

3.1.2 Each recorder module shall be configurable to record between 8 and 128 channels.

3.1.3 It shall be possible to add channels to recorder modules with less than 96 channels. Upgrades shall be available in 8 or 16 channel increments.

3.1.4 It shall be possible to tag each channel with a user-defined name as well as its number.

### 3.2 Automatic Gain Control

3.2.1 Messages shall be recorded at their true input levels. AGC shall not be applied during the record process.

3.2.2 AGC shall be available for replay only. It shall be possible to enable or disable AGC on replay.

3.2.3 The replay AGC shall have an attack time of 20 milliseconds and a release time of 1 second.

### 3.3 Analog Inputs

3.3.1 The analog signal cards shall have the following specification:-

3.3.2 The input impedance of the recorder inputs shall be greater than 50kohm as standard (over the range 300 to 3400 Hz).

3.3.3 Each recording channel shall be capable of operating with audio signals in the range -35 dBV to +15 dBV.

3.3.4 Audio files must be encrypted.

3.3.5 Each recording channel shall be capable of recording signals in the range 300Hz to 3400Hz.

3.3.6 The signal-to-noise ratio of each recording channel shall be better than 50dB.

3.3.7 The crosstalk between channels shall not be more than 50dB.

3.3.8 The distortion of each recording channel shall be less than 3% for a 1 kHz sine wave at 0 dBm.

3.3.9 The input isolation of each recording channel shall be > 3.5 kV rms 50Hz Common Mode, 250 V rms 50 – 60 Hz Differential.

3.3.10 It shall be possible to set the hook detect voltage per channel in the range 1 to 72 volts. Systems that have a single setting for multiple numbers of channels will not be accepted.

3.3.11 It shall be possible to configure the recording inputs with optional warning tone. The System Manager must be able to enable or disable the warn tone per channel.

**3.4 Digital Inputs**

3.4.1 The recorder module must be capable of supporting interfaces to digital telephone systems. The vendor shall detail the available interfaces that must include as a minimum:- T1, ISDN Primary Rate, ISDN Basic Rate and PCM30. Details of interfaces to proprietary signaling shall also be provided.

**3.4.2 Record Triggers**

3.4.3 When recording analog telephone lines, the following record triggers shall be available: off-hook, voice activation, DTMF detection, CLI detection, ring tone detection, contact closure, continuous, fax detection.

3.4.4 When recording ISDN inputs, the recorder shall trigger either from voice activation or call detection as determined by the ISDN signaling.

3.4.5 It shall be possible to configure the record trigger for each channel separately.

**3.4.6 Voice Activation**

3.4.7 Inputs shall be buffered such that no activity is lost due to voice activity delay time.

3.4.8 The activity hold time shall be adjustable over the range 1 to 14 seconds.

3.4.9 The activity threshold shall be configurable over the range –67 to –23 dBm (configurable per channel).

### 3.5 Analog Signaling

3.5.1 Dialed Digits – the recorder module shall decode all dialed digits (DTMF or LD) during a message. The digits will be stored with the audio message.

3.5.2 Calling Number – the recorder shall decode CLI information that meets the following specifications BT SIN227 or Bellcore Technical Reference TR-TSY-000031.

## 4 VOICE PROCESSING

4.1 Messages in the form of analog audio input signals shall be converted to digital data, compressed and stored on disc. Speech shall be digitized to 64kbit/sec and then compressed.

4.2 Digital input signals, such as ISDN Primary Rate, ISDN Basic Rate, PCM30, etc., shall be converted to discrete 64kbit/sec audio signals and then compressed.

4.3 The type of compression used shall be selectable from:

GSM at 13.2kbit/sec

Or ADPCM at 16kbit/sec

Or ADPCM at 32kbit/sec

4.4 It shall be possible for the System Manager to select which compression algorithm is to be used per recording module.

## 5 OPERATION

### 5.1 System Software Updates

5.1.1 It shall be possible to update the system software via the archive media; i.e., DAT DDS-3 or DVD.

### 5.2 Timer Control

5.2.1 It shall be possible to configure the recorder with an operation timer ensuring that recording takes place only between specified times. It shall be possible to define two start times and two stop times for each day of the week.

5.2.2 It shall be possible to program the recorder to inhibit recording on specified holidays. It shall be possible to program up to 25 dates on which recording will not take place.

## 5.3 Timecode

5.3.1 The recorder shall contain an internal timecode generator accurate to within +/-25 seconds per week.

5.3.2 The system will provide an automatic daylight saving adjustment that can be configured by the operator in 1-minute increments from –30 to +150 minutes.

5.3.3 It shall be possible to synchronize the internal timecode to an external source which may be IRIG B, IRIG E 100Hz, IRIG E 1kHz, or alternatively from an off-air timecode receiver tuned in to MSF (UK), or DCF77 (Germany). It shall also be possible to synchronize to timecode presented on the network connection or on the RS232 serial connection. The NENA time standard shall be supported on the serial connection.

5.3.4 It shall be possible to output timecode in IRIG B or IRIG E format. During replay this shall be the timecode read from the current replay message.

5.3.5 The recorder shall include a spoken time option as standard, which provides a simulated voice reading the off-tape time during replay.

## 5.4 Languages

5.4.1 The operator's manual and screen displays shall be available in English/German/French/Italian/Spanish/Norwegian/Dutch.

## 5.5 Diagnostics

5.5.1 The recorder module shall include built-in tests that automatically monitor the status of the equipment, initiating audible and visual alarms in the event of a failure. When the audible alarm is silenced a visual indication shall remain.

5.5.2 All alarms and warning messages will be recorded in the audit log that may be viewed by operators with adequate security rights. The audit log shall contain the time and date of the alarm, and a message describing the cause of the alarm.

5.5.3 The recorder module shall provide external contacts to drive an optional remote alarm unit. Two levels of alarm shall be supported: Level 1 – Warning, Level 2 – Alarm.

# 6 INSTANT RECALL BUFFER

6.1 Each recording module shall be able to store a minimum of 1200 or up to 2400 channel hours of communications available for instant access.

6.2 Messages stored on the instant recall buffer (hard disc) shall automatically be copied to the archive media unless the archiving is disabled.

6.3 The archive media will not be continuously written to, thereby reducing drive wear.

6.4 In the event that the instant recall buffer is approaching 100% full of unarchived data and there is no archive available, the recording module shall initiate an alarm warning that data will be lost if a new archive is not enabled.

6.5 It shall be possible to set the level at which a tape low warning is generated.

6.6 It shall not be possible to delete messages from the instant recall buffer, other than by trained service staff.

6.7 An area of the hard disc shall be reserved as a semi-permanent area (Clipboard) where messages will not be over-written.

6.8 The operator shall be able to select a message either on the instant recall buffer or one of the archive media and copy it to this reserved area of disc.

6.9 Once in the reserved area, messages will only be deleted if selected for deletion by the operator.

6.10 Messages in the reserved area may be replayed or dubbed onto compact cassette by operators with suitable security access.

6.11 It shall be possible to copy messages from the reserved area to an archive media.

## 7 ARCHIVE

7.1 The recorder module shall be able to support single or dual archive decks. In dual deck mode it shall be possible to operate the decks in independent, sequential or parallel mode. It shall also be possible to put the decks into autocycle mode.

7.2 In sequential mode, one deck will be in record while the other is in standby. The second deck starts recording only if the first deck fails or if the tape becomes full on the first deck.

7.3 In parallel mode, both decks will be recording at the same time.

7.4 User must have the option of central or local archiving. Systems that do not provide local archive function will not be considered.

### 7.5 Archive Type

7.5.1 It shall be possible to configure the recording module to use one of the following archive types:

DAT DDS-3
DVD RAM

7.5.2 For either DDS-3 or DVD RAM archive, the recording module shall support up to 128 recording channels in the same physical module.

### 7.6 Archive Capacity

7.6.1 Each DDS-3 (125m) tape shall be capable of recording at least 240,000 messages and a total of 1980 channel hours, while maintaining a replay quality at least equivalent to that available with ADPCM compression at 24kbit/sec.

7.6.2 Each DVD RAM disk shall be capable of recording at least 94,000 messages and a total of 775 channel hours per side while maintaining a replay quality at least equivalent to that available with ADPCM compression at 24kbit/sec.

### 7.7 Archive Database

7.7.1 The database of messages shall be written both at the beginning of each archive tape and interleaved throughout the length of the tape. Tapes must not be forced to re-format upon each recorded message.

7.7.2 The recorder module shall be capable of recreating the database should any part of the tape become damaged.

### 7.8 Archive Control

7.8.1 It shall be possible to configure the recording module to allow an operator to insert a new tape, which is automatically used for archive without any further operator intervention.

7.8.2 The operator will not have to format the DAT tapes or DVD RAM disks before use.

### 7.9 Archive Protection

7.9.1 It shall be possible to configure the recording module to prevent recording over pre-recorded tapes.

7.9.2 It shall be possible to configure the recording module to record over pre-recorded tapes after first warning the operator that existing data will be lost and upon receipt of an acknowledgement from the operator.

7.9.3 It shall be possible to configure the recording module to record over pre-recorded tapes only when the information on the tapes has reached a predetermined age. The System Manager shall be able to configure the predetermined age in steps of one week.

7.9.4 When removing a newly recorded archive, it shall be possible to print a label on an optional label printer. The label shall contain the start and stop date for that archive.

### 7.10 Archive Operation

7.10.1 All messages will be buffered before being archived onto removable media. Recorders that cannot buffer for 20 channel minutes before writing to the archive decks will not be considered.

### 7.11 Extended Archive

7.11.1 The recorder shall provide an optional extended archive facility capable of archiving to 19,800 channel hours onto removable media.

7.11.2 The extended archive unit shall be capable of operating in auto-cycle mode to facilitate maximum on-line archive with minimal operator intervention.

### 7.12 Selective Archive

7.12.1 It shall be possible to configure the recorder to archive selected channels to specified archive decks.

## 8 LOCAL CONTROL

8.1 Each recording module shall be capable of being operated as a standalone device using front panel controls.

### 8.2 Full Graphical Display

8.2.1 The front panel controls shall utilize a display that is a full graphical Electroluminescent display.

8.2.2 The full graphical display shall provide all record, replay and configuration alarms, messages and instructions.

8.2.3 The full graphical display shall provide complete control of the recording module in conjunction with soft keys, a rotary selector, cursor keys, accept/reject keys and tape motion keys. Recorders that require a full QWERTY keyboard will not be considered.

8.2.4 The default screen on the full graphical display shall indicate the real time and date, the status of the archive drives, the percentage used on each archive tape and the instant recall buffer.

8.2.5 When a used archive tape or disk is pushed into an archive deck, the display shall automatically indicate the status of the inserted tape, indicating the first and last messages it contains. The operator shall be offered the actions available for that tape.

## 9 SEARCH AND REPLAY

9.1 It shall be possible to replay the last message on the selected channel without first requiring a message search.

9.2 The user shall describe the available search parameters for the available control options

9.3 It shall be possible to record on all channels during replay. The replay operation shall not effect the record performance.

9.4 The vendor shall describe the replay controls using the recorder module controls, and the replay controls using the remote workstation controls.

9.5 It shall be possible to search and replay messages via a telephone using DTMF tones (commonly known as Dial In or Dial Up Replay).

9.6 It shall be possible to replay up to four synchronized channels.

9.7 The vendor will offer the capability of tagging both the ANI and ALI information directly to the recorded message via automatic annotation.

## 10 REMOTE CONTROL

10.1 It shall be possible to remotely control each recording module.

10.2 Each recorder module shall support at least 4 remote control positions simultaneously.

10.3 The remote control devices shall connect to the recording system either via an Ethernet TCP/IP connection or Token Ring connection. There will also be an optional remote control package for connection via RS232.

10.4 A remote control software package shall be available to run on an IBM PC under Windows 98, Windows 95 or Windows NT.

10.5 Access to the recorder system via the remote control software shall be account name and password protected.

## 11 SECURITY

11.1 It shall be possible to set up unique security accounts allowing operators to access only specified channels with only specified functionality.

11.2 It shall be possible for users to log in at the recorder module using a programmable key.

11.3 It shall be possible to prevent unauthorized users from ejecting tapes from the recorder module.

11.4 It shall be possible to prevent unauthorized users from replaying tapes.

11.5 Each recorder module shall support up to 50 user accounts.

11.6 It shall be possible for users to log in using password entry at remote PC positions.

## 12 ELECTRICAL REQUIREMENTS

12.1 Each recorder module shall require a single ac supply of either 90 to 132V or 180 to 264V at 47 to 63Hz, switchable.

12.2 The power consumption of each recorder module shall not exceed 150 W.

12.3 The recorder module must support a power supply that allows a failed unit to be exchanged without compromising the recorder performance. The recorder must continue to operate fully with one failed power supply module within the unit.

## 13 ENVIRONMENT

13.1 The operating temperature of the recorder will be in the range 41 to 104 degrees F

13.2 The storage temperature of the recorder will be in the range -4 to 140 degrees F.

13.3 The operating humidity of the recorder shall be in the range 20% to 80% relative humidity, non-condensing.

13.4 The storage humidity of the recorder shall be in the range 5% to 80% relative humidity, non-condensing.

## 14 APPROVALS

14.1 The recorder shall meet electrical safety approval EN60950.

14.2 The recorder shall meet EN55022 Class A/FCC 15 Class A for EMC emissions.

14.3 The recorder shall be approved for connection to the local telephone network and approvals shall include the following: FCC15, FCC68, UL, DOC, and BABT.

14.4 The designer and manufacturer of the recorder must be ISO9001 certified. Copy of certificate to be included with bid.

## 15 PHYSICAL

15.1 Each recorder module shall be suitable for desktop operation, or for installation into an equipment cabinet.

15.2 Each recorder module shall not occupy more than 6U of rack height.

## 16 REDUNDANCY

16.1 The vendor shall detail the available options to provide redundancy for each recorder module.

16.2 It shall be possible to back-up a number of recorder modules with a single hot-standby recorder module, which automatically takes over recording in the event of a failure.

16.3 It shall be possible to provide 100% redundancy with no loss of messages.

## 17 OPTIONAL SOFTWARE SOLUTIONS

### 17.1 Last Message Replay

17.1.1 The system must allow a user to be able to replay a message from a remote PC Workstation via the network with a single click of a mouse button.

17.1.2 For maximum replay efficiency, the message shall automatically play without any additional action from the operator. All normal play controls (skip forward, skip backward, pause, stop) shall be available to allow the operator to have control of the replayed message.

17.1.3 No additional hardware shall be required within the recorder mainframe.

17.1.4 During replay of the last message, it must be possible to select a passage within the message using markers and to have that passage automatically loop back and repeat the passage. This aids the operator in their ability to check specific details within the message.

17.1.5 It must be possible to change the rate of replay from half speed to double speed to assist in clarification of the message. Looped sections must also be able to have the replay rate changed. The pitch shall be corrected for any time that the rate is changed.

17.1.6 Up to 3 channels can be configured for the replay of last messages for each dispatcher application.

17.1.7 It shall be possible to configure the application so that configuration can not be changed thereby fixing the channels upon which the last message search can be performed.

17.1.8 It shall be possible to determine the time frame over which the search will be performed in number of minutes, hours or days.

17.1.9 A list of messages will be displayed. It must be possible to pick any message within the list and have the application automatically start playing that message. In this way it will be possible for the operator to quickly select a message that may be older than the most recent (last) message on the particular channel.

17.1.10 The system must be able to replay up to 3 different channels over the last x amount of minutes.

**17.2 PC Reproducer**

17.2.1 The proposed solution must allow for playback of archived messages from a replay station that does not interact with the main recording system. It shall allow multiple users to access the replay station over a LAN/WAN connection running TCP/IP.

17.2.2 The replay application must give the user full replay controls (play, pause, stop, skip forward, skip backwards, jump to next/previous message and replay rate control). The skip forwards/backwards period must be configurable between 1 and 60 seconds.

17.2.3 The replay position must be shown indication the current position within the message. It must be possible to select a passage for loop playback.

17.2.4 A call list must be available allowing a user to pick any message from the list. The list will be compiled from the messages that have met the search criteria that were entered into the search fields.

17.2.5 The replay application will be account name and password protected. It must be possible to set up accounts so that user only has access to specific channels.

17.2.6 The replay workstation will replay messages from the archived media (DDS-3 tape or DVD).

17.2.7 The replay application must automatically log out after a pre-determined period of inactivity.

17.2.8 The application will allow a user to save frequently used search criteria as a favorite search so that frequently used searches can be quickly and easily carried out.

17.2.9 It must be possible to save messages to the local workstation as wav files.

**17.3 ANI/ALI**

17.3.1 The recorder system must be able to attach ANI and ALI information from the serial port of the CAD system to the call record.

17.3.2 As a minimum, the number of characters it is possible to tag a call with must be 50.

17.3.3 The tagged ANI/ALI data must not be part of the channel name, i.e. the ANI/ALI information must be available in addition to the channel name.

17.3.4 It must be possible to search for messages within the recorder system using the tagged ANI/ALI data as the search criteria.

17.3.5 The system must support wild card searches so that a message can be quickly found even if only part of the information is known.

**17.4 Annotator**

17.4.1 Agent must have the ability to annotate messages.

17.4.2 Agent must be able to type up to 30 characters in the annotation field.

17.4.3 Agent must have ability to verify annotation.

17.4.4 Agent must have the ability to build and select from a list of pre-programmed phrases.

17.4.5 The annotation must be performed within four minutes.

Honorable Vincent A. Cianci, Jr., Chairman
Board of Contract and Supply
City Hall, Room 311
Providence, R. I. 02903

**CITY OF PROVIDENCE**
**STATE OF RHODE ISLAND**

# BIDDER'S BLANK

| | |
|---|---|
| Name of Company: | |
| agrees to bid on:<br>Item(s) to be bid | |
| Date of Award: | |
| Total Amount in Writing: | |
| Total Amount in Figures: | |

Additional Bidding Details
Use Additional Pages if Necessary

| | |
|---|---|
| Federal ID# or Social Security #: | |
| Signature: | |
| Title of Person Signing: | |
| Firm Name: | |
| Address: | |
| Phone #: | |
| Delivery Date: | |
| Name of Surety Company: | |

verizon

**Verizon**
Large Business Sales North
234 Washington St. Floor 8
Providence, RI

**From : Gloria Maione** **401 455-4597** **Fax 401-455-4548**

E-mail: gloria.f.maione@verizon.com

DATE:

**Please deliver to:** Lori
Dept. of Public Properties
FAX: 273-2114

**Message:** Lori, I am requesting an extension on the RFP to "Furnish and Install Telephone and Data Equipment and Cable for the New Police + Fire Complex". I just received addendum six and due to the answers, new pricing must be calculated based on some of the answers. It would be helpful to extend one last time to be able to respond accurately.

Thanks.
Gloria Maione

# CITY OF PROVIDENCE

## STATE OF RHODE ISLAND

## Board of Contract and Supply

## Terms and Requirements for Bidding

**Item Description:** Furnish and Install Telephone and Data Equipment and Cable for the New Police & Fire ~~Complex~~

**Date and Time to be Opened:** August 27, 2001 @ 2:15PM

Bids may be submitted up to **2:15 P.M.** on the above meeting date at the **DEPARTMENT OF THE CITY CLERK, Room 311, City Hall.** At 2:15 P.M., all bids will be publicly opened and read at the Board of Contract Meeting, City Council Chambers, third floor, City Hall.

## INSTRUCTIONS

1. Vendors must submit sealed bids in the bid envelope provided (or in an envelope clearly labeled with the above captioned item or work). The bid envelope and information relative to the bid must be addressed to the Board of Contract and Supply, Department of the City Clerk, City Hall, Providence, RI 02903. Communications to the Board of Contract and Supply that are not competitive sealed bids (i.e. product information/samples) should have **"NOT A BID"** written on the envelope or wrapper.

2. Bids must meet the attached specifications. Any exceptions or modifications must be noted and fully explained.

3. Bidder's responses must be in ink or typewritten, and all blanks on the bid form should be completed.

4. The price or prices proposed should be stated both in **WRITING** and in **FIGURES,** and any proposal not so stated may be rejected.

5. Bids **SHOULD BE TOTALED.** Do not group items: price each item individually. Awards may be made on the basis of ***total bid*** or by ***individual items***

6. Each bidder is required to state in his proposal his full name and place of residence; and must state the names of all persons or firms with whom he is submitting a joint bid. All bids **SHOULD BE SIGNED IN INK.**

# RFP

## TELEPHONE & DATA EQUIPMENT

## AND CABLE PROPOSAL

## FOR THE NEW

## FIRE AND POLICE COMPLEX

# CITY OF PROVIDENCE

**STATE OF RHODE ISLAND**

**Board of Contract and Supply**

## CONSTRUCTION AND SERVICE BID TERMS

1. The Board of Contract and Supply will not consider any bid unless it is accompanied by a CERTIFIED CHECK for $ n/a to be deposited with the City Clerk as a guarantee that the Contract will be signed and delivered by the bidder; OR

2. The Board of Contract and Supply will not consider any bid not accompanied by a bid bond in the amount of 5% per centum (%) of the proposed total price, to be deposited with the City Clerk as a guarantee that the contract will be signed and delivered by the bidder; and in default thereof, the amount of such check or bid bond shall be retained for the use of the City as liquidated damages on account of such default.

3. A performance and payment bond with a satisfactory surety company will be posted by the successful bidder in a sum equal to one hundred per centum (100%) of the amount of the awarded contract. **Required** ☒ **Not Required** ☐

4. It is hereby mutually understood and agreed that no payment for extra work shall or will be claimed or made unless ordered in writing by the Board of Contract and Supply.

5. Awards will be made within sixty (60) days of bid opening. All bid prices will be considered firm, unless qualified otherwise. Requests for price increases will not be honored.

6. Failure to deliver within the time quoted or failure to meet specifications may result in default action in accordance with the general specifications. It is agreed that deliveries and/or completion are subject to strikes, lockouts, accidents and Acts of God.

7. Only one shipping charge will be applied in the event of partial deliveries for blanket or term contacts.

8. The successful bidder shall, prior to commencing performance under the contract, attach and submit evidence that they have complied with the provisions of the Rhode Island Worker's Compensation Act Title 28, Chapter 29, Section 1, et seq. (R. I. G. L.). If the successful bidder is exempt from compliance under the Worker's Compensation Act, an officer of the successful bidder shall so state by way of sworn Affidavit which shall accompany the signed contract.

9. The successful bidder shall prior to commencing performance under the contract attach and submit a certificate of insurance, in a form and in the amount satisfactory to the City by which the successful bidder will indemnify and hold harmless the City during the term of the contract from and against all loss or damages arising from the performance under the contract including all claims for personal injury or damages to property sustained by third persons, or their agents, servants and/or those claimed under them.

# CITY OF PROVIDENCE

STATE OF RHODE ISLAND

## Board of Contract and Supply

## NOTICE TO VENDORS

1. The Board of Contract and Supply will make the award to the lowest responsible bidder who submits bid.
2. No proposal will be accepted if made in collusion with any other bidder.
3. A bidder who is an out-of-state corporation shall qualify or register to transact business in this State, in accordance with R.I. General Laws (as amended), Sections 7-1.1-99, 7-1.1-105, 7-1.1-106.
4. The Board of Contract and Supply reserves the right to reject any and all bid(s).
5. In determining the lowest responsible bidder, cash discounts for payment less than thirty (30) days will not be considered.
6. Where prices are the same, the Board of Contract and Supply reserves the right to award to one bidder, or to split the award.
7. Competitive prices may be obtained by all bidders attending formal bid opening. After a reasonable lapse of time, tabulation bids may be seen by applying in person at the Department of the City Clerk, City Hall, Providence. Telephone or written requests for the above will not be honored.
8. As the City of Providence is exempt from the payment of Federal Excise Taxes and Rhode Island Sales Tax, prices quoted are not to include these taxes.
9. In case of error in the extension of prices quoted, the unit price will govern.
10. The contractor will not be permitted to either assign or underlet the contract, nor assign either legally or equitably any moneys hereunder, or its claim thereto without the previous written consent of the City Purchasing Director.
11. Delivery dates must be shown in your bid. If no delivery date is specified, it will be assumed that an immediate delivery from stock will be made.
12. A certificate of insurance may be required of a successful vendor.
13. Bids may be submitted on an "equal" in quality basis. We reserve the right to decide equality. Bidders must indicate brand or the make being offered and submit detailed specifications if other than brand requested.
14. For contracts involving construction, alteration and/or repair work, the provisions of State Labor Laws concerning payment of prevailing wage rates apply. (See R.I. General Laws Sec. 37-13-1 et seq., as amended).
15. No goods should be delivered or work started without a Purchase Order.
16. Please submit **one original** and **three copies** of your bid to the City Clerk.

# A. Vendor Qualifications

## 1.0 Company History

*The vendor must provide a brief description of its company.*

1.2 *The vendor must provide a description of its experience in providing communications systems.*

1.3 *The vendor must provide evidence of financial stability with either an annual report, 10K, or audited financial statement.*

1.4 *Who is the manufacturer of the proposed system?*

1.5 *Describe your service options.*

1.6 *The vendor must have a service center within 50 miles of City of Providence Police and Fire Departments.*

1.7 *The vendor must have a technical support center that provides remote maintenance.*

1.8 *Describe the types of maintenance performed by this service center.*

1.9 *What other types of customer support is available from the technical support center?*

1.10 *The vendor must have provisions to provide emergency service.*

1.11 *The vendor must submit at least five reference customers with systems similar to the one proposed to City of Providence Police and Fire Departments. Reference information must include company name, contact, telephone number, and the system name with model number.*

1.12 *Describe the migration of the proposed product for the next 10 years.*

1.13 *Who will be responsible for implementing the proposed system?*

1.14 *Describe the qualifications of your service technicians to install and maintain the proposed system.*

# B. Communications System Requirements

*This section specifies those requirements the proposed communications system must provide.*

## 1.0 System Overview

**The Providence Fire and Police Complex will install a communication system that will encompass the three floors of the building. This switch will have duplicate common control for total redundancy within the complex. Also, there will be a duplicate switch that mirrors a portion of the new Fire and Police Complex. This duplicate switch will be located at one communication place which will house the two attendant consoles, the 15 emergency answering positions. These positions will be mirrored at the new Fire and Police Complex.**

***Provide a brief description of your proposed solution to meet the current and future requirements of City of Providence Police and Fire Departments.***

## 2.0 Technical Requirements

### 2.1 System Architecture

***The proposed communications system must be a digital switching system capable of integrated voice and data communications. It must have stored program control, self-diagnostic routines, modular design, and optional duplication of critical subsystems. It must be registered for compliance with FCC Part 68 Rules for Registration and must be in compliance with Part 15, Subpart J of the FCC rules relating to electromagnetic interference (EMI).***

**2.1.1** ***Provide the following information on the proposed switching system:***

**2.1.2** ***Briefly describe the system architecture.***

**2.1.2.1** ***The system must use 8-bit Pulse Code Modulation (PCM).***

**2.1.2.2** ***Port carriers must be "Universal" and support any type of port circuit packs.***

**2.1.2.3** ***State the maximum number of ports on each of the following types of circuit packs.***

**2.1.3** ***Briefly describe the system's central processor.***

**2.1.4** ***Briefly describe the system's switching bus.***

2.1.4.1 *Is redundancy of the switching bus available?*

2.1.4.2 *Describe the traffic handling capacity and any limitations of the system's switching bus.*

2.1.5 *Do all ports within a cabinet have access to all time slots within the cabinet?*

2.1.6 *How many time slots are required for a two-party intra-node/module call?*

2.1.7 *How many time slots are required for a two-party inter-node/module call?*

2.1.8 *What is the standard blocking ratio of the proposed system?*

2.1.9 *Can the system be configured for non-blocking operation? If yes, provide the vendor's definition of "non-blocking."*

2.1.9.1 *What is the maximum number of ports per node/module that can be supported in a non-blocking configuration?*

2.1.9.2 *What is the maximum number of ports per system that can be supported in a non-blocking configuration?*

2.1.10 *Explain how the system grows and expansion is accomplished, and whether additions are disruptive to the ongoing system operation.*

2.1.10.1 *Does the system support remote modules? If yes, describe.*

2.1.10.2 *Is load balancing required with growth and expansion? If yes, describe.*

2.1.11 *Describe the main memory; identify type and size.*

2.1.11.1 *Is system memory redundancy available? If yes, describe.*

2.1.11.2 *What type of error detection/correction is utilized by the system memory?*

## 2.2 System and Traffic Capacities

2.2.1 *State the maximum number of trunks and stations that the system will support without requiring main processor upgrade or change out.*

2.2.2 *State the Busy Hour Call Completion and Busy Hour Call Attempts capacity of the proposed system. Define "Call Completion" and "Call Attempt."*

*2.2.3 Does a data call require more processor overhead than a voice call? If yes, explain.*

*2.2.4 Does a data call require more system resources than a voice call requires?*

*2.2.5 The system must be configured to provide a grade of service of P.002 for the "Wired-For" requirements.*

## 2.3 System Redundancy and Reliability

*Design the proposed system with no duplication, but provide pricing options for all levels of redundancy.*

*2.3.1 The system should provide a minimum availability of 99.9%, with the capability of increasing the availability to 99.99% and 99.999% as an option. Describe how this is achieved and any assumptions made.*

*2.3.2 Describe all duplication options available with the system.*

*2.3.3 When the main processor is duplicated, each one must be capable of individually handling the total system traffic load without degradation in service.*

*2.3.4 When the main processor is duplicated, it must operate in a hot standby mode. All memory and databases must be resident in both units.*

*2.3.4.1 How is the memory of the off-line processor kept up to date with the memory of the on-line processor?*

*2.3.5 When the main processor is duplicated, the system must be able to switch from one to the other on a scheduled or emergency basis without adversely affecting any switch operations, including established calls. The switchover must be automatic, without human intervention, and without the need to reload memory. Describe.*

*2.3.6 Is there a single point of failure in the proposed system? If yes, describe.*

*2.3.6.1 Does duplication eliminate this single point of failure in the system? If yes, describe.*

*2.3.7 If a node/module fails, what is the impact on the system?*

*2.3.7.1 How many users would be affected?*

*2.3.8 State the maximum number of ports (lines and/or trunks) impacted if a circuit card, other than a port card, fails.*

2.3.9 *How does the system's technology handle survivability of remote port networks?*

## 2.4 System Power

2.4.1 *State power requirements for the proposed system.*

2.4.2 *The systems must be equipped with a minimum of 10 minutes battery backup for the main memory and central processor in the event of power loss. This capability must facilitate rapid resumption of operation following a power failure, eliminating the need to reload memory from the storage medium. Describe.*

2.4.3 *Describe the standby power/battery backup options available with the system.*

2.4.4 *The system should provide standby power capable of supporting normal system operation for 2 hours.*

*Do not include the price of standby power in the cost of the proposed configuration. Provide the price as an option.*

## 2.5 Equipment Room and Environmental Requirements

2.5.1 *Specify the grounding requirements for the system and other ancillary equipment.*

2.5.2 *Specify the recommended temperature and humidity ranges for system operation, both long term and short term.*

2.5.3 *Specify the heat dissipation of the proposed system in BTUs per hour.*

2.5.4 *Provide a proposed floor plan showing the equipment room layout, including floor space, electrical requirements, Main Distribution Frame locations; and the placement, dimensions, and configuration of all system components.*

## 2.6 System Features – Voice

### 2.6.1 Call Coverage & Telecommuting

*The system must include a call coverage feature that allows calls to be redirected to a coverage path consisting of up to six answering positions accessed in sequence if coverage criteria are met. Describe.*

2.6.1.1 *Call Coverage must be assignable by time of day and day of week. Describe.*

2.6.1.2 *Redirection criteria must include the following:*

- *Active/Busy*
- *No Answer*
- *All Calls*
- *Time of Day*
- *Day of Week*

*and must be programmable by the system administrator. The no answer period before redirecting the call from the called party to the first coverage point must be able to be different from the no answer period between coverage points. How many rings can both of the no answer periods be?*

2.6.1.3 *Redirection criteria must be assignable separately for internal and external calls.*

2.6.1.4 *The system must support overriding criteria which are checked before the redirection* criteria, and the call redirected accordingly. The following capabilities must exist:

- *An internal caller must be able to send the call directly to coverage without ringing the called party's phone.*
- *The called party must be able to temporarily direct incoming calls to coverage regardless of the assigned redirection criteria.*
- *The called party must be able to forward his/her calls to another extension and have calls complete to this extension before redirecting to coverage.*

*Explain how each of these overriding features works.*

2.6.1.5 *The system must provide the following options to the covering user:*

- *For display-equipped sets, the incoming call must be identified to the covering user as a call coverage call, and the principal must be identified on the display.*
- *The covering user must be able to call the covered principal for a consultation, then conference or transfer the calling party.*
- *The covering user must be able to leave a message for the principal to call an internal caller back simply by pressing a designated button.*

*Explain how each of these covering user options work.*

2.6.1.6 *The Call Coverage feature must allow any of the coverage answering positions in the coverage path to be on a different system. Describe.*

2.6.1.7 *Is the Call Coverage feature to an off-network coverage answering position monitored? Describe.*

2.6.1.8 *Telecommute: Does the switch maintain control of the call until it is answered or receives a busy and is returned to the switch for possible further routing?*

2.6.1.9 *Telecommute: Can the user change primary and secondary coverage paths locally? Describe.*

2.6.1.10 *Telecommute: Can the user change primary and secondary coverage paths remotely? Describe.*

## 2.6.2 Integrated Directory

*The system must include an integrated directory feature which allows internal system users with display equipped sets to access the system database, use the touch-tone pad to key in a name, and retrieve an extension number. Describe how this feature works.*

2.6.2.1 *Once a name and number is displayed, the user must be able to place a call to that person by pressing one button. Describe.*

### 2.6.3 ISDN-BRI

*The system must support the ITU-T (CCITT) defined Integrated Services Digital Network (ISDN) Basic Rate Interface (BRI). ISDN-BRI must support two 64 Kbps Bearer (B) channels and one 16 Kbps signaling (D) channel, 2B+D. Provide an overview of your implementation of BRI.*

## 2.7 System Features – Data

*Complete Table 2 in Attachment A that includes Mandatory and Desired System Data features.*

### 2.7.1 Data Switching

*The system must support data switching, including data-only and voice/data applications, without the use of modems. Simultaneous voice and data transmission must be supported from a single port. Describe how this is accomplished.*

### 2.7.1 Data Switching

*The system must support data switching, including data-only and voice/data applications, without the use of modems. Simultaneous voice and data transmission must be supported from a single port. Describe how this is accomplished.*

2.7.1.1 *The system must support asynchronous data transmission at speeds up to 56 Kbps and synchronous data transmission speeds up to 64 Kbps.*

2.7.1.2 *Describe how data capability is added to a voice terminal. Are any changes required on the circuit pack?*

2.7.1.3 *Briefly describe the data devices/modules available for use with the system for data switching.*

2.7.1.4 *Describe the cabling requirements and distance limitations for the data devices/modules.*

2.7.1.5 *Describe how data privacy is provided on switched data connections.*

2.7.1.6 *The establishment of permanent data switching connections between data endpoints must be permitted. Describe.*

2.7.1.7 *Describe how the system interfaces with Local Area Networks (LANs).*

### 2.7.2 Data Call Setup

*Keyboard dialing must be supported, with call progress messages being displayed on the terminal. Briefly describe.*

2.7.2.1 *The Hayes AT command set must be supported.*

### 2.7.3 Modem Pooling

*The system must support modem pooling, with a modem being automatically inserted into a connection, if required. Describe.*

2.7.3.1 *How many modem pools are supported? How many modems are supported per modem pool?*

### 2.7.4 Wideband Switching

*The system must be able to support data and network applications that require greater than 64 Kbps. ITU-T and ANSI standards for H0, H11, H12, and Nx64 must be supported. Describe.*

## 2.8 System Features – Networking

### 2.8.1 North American Dial Plan

*The system must support the new North American Dial Plan at cutover.*

### 2.8.2 Call Routing

*The system must provide software to route long distance calls over the appropriate, usually least costly, trunk group via public or private networks. Describe how this is accomplished.*

2.8.2.1 *The system must be able to screen up to 28 digits in order to determine how the call is routed.*

2.8.2.2 *The system should route a call to a Routing Pattern consisting of trunk groups accessed in a pre-determined order. How many Routing Patterns are supported by the system, and what is the maximum number of trunk groups that can be accessed from a routing pattern?*

2.8.2.3 *The system must support Time-of-Day (TOD) routing, which allows the routing patterns accessed to be changed based on the time of day. How many TOD tables are supported?*

2.8.2.4 *The system must be able to automatically change the routing plan based on the time-of-day. How many times can this occur per day?*

2.8.2.5 *The system administrator must have the capability to establish an override schedule to take advantage of special situations such as low holiday toll rates. Describe.*

2.8.2.6 *International call routing must be supported. Describe.*

2.8.2.7 *Certain routes for call completion must be permitted only when a valid Authorization Code is entered by the station user. Describe.*

### 2.8.3 ISDN-PRI

*The system must support the ITU-T defined Integrated Services Digital Network (ISDN) Primary Rate Interface (PRI) and the European Telecommunications Standards Institute (ETSI) ISDN-PRI.*

2.8.3.1 *The ISDN-PRI interface must support the following features:*

- *Call-by-Call Service Selection*
- *Channel Negotiation*
- *Calling Party Number (CPN)*
- *Billing Number (BN)*
- *Non-Facility Associated Signaling (NFAS)*
- *D-Channel Backup*
- *Administration Connections with Automatic Restoration Temporary Signaling Connections*

*Describe how the proposed system provides each of these features.*

### 2.8.4 Private Networks

*It must be possible to connect multiple remote sites in a private network.*

2.8.4.1 *Describe how remote site functions and feature transparency are supported. Indicate all trunking requirements if applicable.*

2.8.4.2 *A four- or five-digit extension numbering plan must be supported across multiple systems.*

2.8.4.3 *Within a private network, consistent displays must be provided across the network (for example, connected party name and number and calling party name and number).*

## 2.9 System Features – Management

### 2.9.1 Switch Administration (Adds, Moves, and Changes)

*Describe, in detail, the system management features provided by the proposed system, being sure to cover each of the following points:*

2.9.1.1 *Does the proposed system require an external database for the purpose of administration? If yes, how is this external database kept synchronized with that of the system itself?*

2.9.1.2 *Does the actual administration of the system use a simple, English language-based, full screen interface?*

2.9.1.3 *What method is used to secure system administrative/maintenance access?*

2.9.1.4 *Can administrative/maintenance capabilities be tailored for individual users? If so, to what degree?*

2.9.1.5 *Is the system's on-line data readily available for viewing by the system administrator? How is this data made available?*

2.9.1.6 *What is the maximum number of administrators and/or maintenance personnel who can simultaneously access the management capabilities of the system?*

2.9.1.7 *Can the administration terminals be located both locally and remotely? Can both local and remote sessions occur simultaneously?*

2.9.1.8 *Can the system administration terminal also be used to administer the voice messaging system?*

2.9.1.9 *The system must allow stations to be administered (features, set type, Class of Service) without assigning the station to a specific switch port.*

*2.9.1.9.1 Can a new station user plug their telephone into an unused jack and dial an access code to identify themselves to the switch as one of these stations without hardware, thereby completing the database entry and establishing their own service?*

2.9.1.10 *Does the system support station display information to be presented in languages other than English?*

### 2.9.2 Reports

*Can the system provide traffic and status reports, or is an external system required to compile and print such reports?*

2.9.2.1 *If an external system is required, provide a complete list of the components and their prices.*

2.9.2.2 *Can reports be generated on demand and on a customer-defined schedule?*

2.9.2.3 *Provide samples of standard traffic and status reports available from the system.*

### 2.9.3 Maintenance Features

*2.9.3.1 Does the system allow maintenance access for City of Providence Police Department's personnel?*

*2.9.3.2 Is this maintenance access available through the same interface and terminal (platform) used for administrating the system, or is another terminal (platform) required?*

### 2.9.4 System Diagnostics

*2.9.4.1 Describe methods and procedures used to detect, diagnose, and report potential and actual troubles and component failures in the proposed system. How is alarm notification provided?*

*2.9.4.2 Describe the diagnostic tools provided by the proposed system. Describe how the system routinely self-administers diagnostic programs. Describe how system problems are automatically logged and reported, and how the vendor monitors such problems.*

*2.9.4.3 Alarms must be reported to the attendant console, at the switch, any active management terminals, and to the vendor's remote maintenance facility. Describe how this is accomplished.*

*2.9.4.4 Is the system able to provide Alarm notification to a remote customer location? Please describe all options available.*

### 2.9.5 Call Detail Recording

*2.9.5.1 The system must be able to generate and output of Call Detail Records (CDRs). CDRs must be generated for both incoming and outgoing calls on trunk facilities, and for station-to-station calls to and from specific stations. Describe.*

*2.9.5.2 What information is provided in a CDR?*

*2.9.5.3 CDRs must be output via an EIA RS-232 port. Buffering must be provided in the event that the external call accounting system, or storage device is unable to accept the CDRs for any period of time. How many CDRs can be buffered?*

*2.9.5.4 Can the system provide both a printed listing of CDRs as they are output, and an EIA RS-232 interface to an external call accounting system or storage device?*

### 2.9.6 Call Accounting System (Optional)

*As an option, provide pricing for a call accounting system to collect the CDRs from the system and provide call costing. The system should be Personal Computer (PC) based and operate in a Windows environment.*

2.9.6.1 *Describe this optional call accounting system, including the following:*

- *Can the call accounting system connect directly to the system?*
- *Can the call accounting system also poll storage devices and process CDRs from multiple systems? How many?*
- *What is the maximum number of CDRs the call accounting system can store and process?*

2.9.6.2 *City of Providence Police Department desires a LAN-based call accounting system. Describe.*

2.9.6.3 *Does the call accounting system provide inventory, directory, trouble ticketing, and work order management modules?*

2.9.6.4 *Does the optional call accounting system offer a toll fraud detection and alerting module? If yes, describe, including the following:*

- *Administration of toll fraud detection parameters*
- *Actual method of detection of possible toll fraud*
- *Alerting mechanisms and options*

2.9.6.5 *Provide samples of reports available from the optional call accounting system.*

## 2.10 System Features – Security

*The system must provide security features that help reduce the possibility of access by unauthorized users. The following features center around system security in regards to call routing, remote access, and system management access.*

### 2.10.1 Call Routing Security

*To prevent unauthorized use of facilities after hours, the system must support Alternate Facilities Restriction Levels (AFRLs). Facilities Restriction Levels (FRLs) are used to determine a user's calling privileges when initiating public or private network calls. The AFRL feature, when activated, must automatically change the FRL to the appropriate AFRL. Describe how the system implements AFRLs.*

2.10.1.1 *How is the AFRL feature activated/deactivated?*

2.10.1.2 *Can the system restrict call transfers to an outgoing trunk?*

2.10.1.3 *As an option, the system must provide Authorization Codes. These codes, when dialed, will provide a user with additional call routing capabilities than would*

*otherwise be available. Authorization Codes must be validated by the switch and must be included in the CDR generated for the call. Describe.*

2.10.1.4 *What length Authorization Codes are supported? How many Authorization Codes will the system support?*

### 2.10.2 Remote Access Security

*The Remote Access feature must be password protected to prevent unauthorized use.*

2.10.2.1 *How many passwords will the system support? What length passwords are supported?*

2.10.2.2 *As added security, the system must be able to also require the remote access user to enter a valid Authorization Code in order to use the feature.*

### 2.10.3 System Management Security

*Access to the system for management purposes must be login-password protected. Describe, including the number of available login IDs and the ability to restrict the capabilities of the users based on the login IDs.*

2.10.3.1 *The system must have the capability to automatically age passwords, thereby forcing users to change their passwords. The cycle length must be adminstrable by City of Providence Police Department, and the user must be given advance notice of the upcoming expiration. Describe.*

2.10.3.2 *The system must support the setting of an attempts threshold (number of attempts within a specific time period) for access to system management ports. If this threshold is exceeded, the system must automatically disable the login. Describe.*

### 2.10.4 Security Violation Notification

*The system must provide notification to a designated display-equipped station of possible abuse attempts on either the System Management or Remote Access ports. The call must have a distinctive ring and a message must be provided over the display. In addition, the login ID or the remote access password in violation must be disabled. Describe.*

2.10.4.1 *It must also be possible to have an announcement associated with the notification so that a display-equipped terminal is not required. This will also allow violation notification calls to be made to points on or off the system.*

2.10.4.2 *The system must also monitor Authorization Codes for invalid usage attempts and provide notification if an attempts threshold (number of attempts within a specific time period) is exceeded.*

### 2.10.5 Reports

*The system must provide useful reports to help identify potential "hacker" attempts at infiltration. These reports must address the security violations described above. Describe the reports available with the system.*

2.10.5.1 *In addition, the system must support a Recent Change History Report so that any changes made by an unauthorized user can be traced. Describe.*

2.10.5.2 *In order to assist the system administrator verify the security of the system it must provide a report that lists all stations with Call Forwarding activated and the forwarded-to number.*

### 2.10.6 Physical Security

*As an option, it must be possible to provide additional physical security by adding a digital encryption "Lock and Key" device to the dial-up system management ports. Describe what devices are available from the vendor, and include any additional costs in the Optional Pricing section of the proposal.*

## 2.11 System Features – Call Center

*What are the various call-center options available with your system? Please list prices on a separate section of your proposal.*

## 2.12 Attendant Console and Features

2.12.1 *The system shall provide an attendant console for servicing incoming calls to the system The console should provide dual jacks to accommodate both handsets and headsets. The console should feature a simple, uncluttered layout of call appearance keys, numeric keypad, attendant function keys, an easy-to-read display, system time indication, and major and minor alarm indication. Describe the attendant console available with the system.*

2.12.2 *The console should include the ability to determine the status of an extension number (busy/not busy) and to call an extension without having to key in the number.*

2.12.3 *The console display should provide information on the calling party (name, extension, and Class of Service/Class of Restriction); called party (name and extension); and call purpose (direct call, forwarded call, returned call, and so forth). Describe the information available on the console display.*

2.12.4 *Calls must be distributed to active attendant consoles on a most-idle-attendant basis. When all consoles are busy, calls must be queued to an attendant queue and*

2.12.3 *The console display should provide information on the calling party (name, extension, and Class of Service/Class of Restriction); called party (name and extension); and call purpose (direct call, forwarded call, returned call, and so forth). Describe the information available on the console display.*

2.12.4 *Calls must be distributed to active attendant consoles on a most-idle-attendant basis. When all consoles are busy, calls must be queued to an attendant queue and served on a First-In-First-Out (FIFO) basis. The console should provide an indication of the state of the attendant queue. Describe.*

2.12.5 *The system should provide priority queuing to the attendant queue. Describe.*

2.12.6 *The attendant should have the ability to restrict calls to or from individual extensions or groups of extensions. In addition, it must be possible to activate or deactivate call forwarding all calls for individual extensions. Describe.*

2.12.7 *The attendant must be able to establish a five-party conference, and hold the conference on the console. The conference must be able to include both internal and external parties. Describe, including the numbers types of parties that can be included.*

2.12.8 *Describe the cabling requirements and distance limitations for the console.*

2.12.9 *The attendant must be able to use an automated directory of switch extension numbers from the console. Describe.*

## 2.13 Station Equipment and Features

*Complete Table 1 in Attachment C that includes mandatory and desired station features.*

### 2.13.1 Analog Stations

*All analog sets provided by the vendor must be 2500-type compatible, and must include a flash button and a message waiting lamp. Describe the analog sets being proposed.*

2.13.1.1 *Describe the cabling requirements and distance limitations for analog sets.*

### 2.13.2 Digital Stations

*All digital sets provided will be instruments with the ability to support simultaneous voice and data transmission via a data module.*

2.13.2.1 *All digital sets must provide one button access to the most commonly used features such as Hold, Transfer, Conference, and Disconnect.*

2.13.2.2 ***All digital sets must provide feature buttons that can be individually programmed for the user's specific applications. Describe.***

2.13.2.3 ***All digital sets must provide a message waiting lamp to indicate the presence of messages to be retrieved from the voice messaging system.***

2.13.2.4 ***Multi-line digital sets must provide a visual indication of line and feature (activated/deactivated) status for line/feature buttons. Describe.***

2.13.2.5 *All digital sets must provide ringer modification so that users in a common area can customize the ringer on their sets.*

2.13.2.6 *All digital sets must be able to be equipped with a speakerphone, integrated or adjunct, that can provide hands-free dialing; that is, able to monitor call progress without lifting the hand set. Describe.*

2.13.2.7 *Multi-line digital sets must support an Abbreviated and Delayed Ringing scheme which allows a bridged extension number to ring briefly on the first station and transition to ringing on the bridged station. Describe.*

2.13.2.8 *Single-line digital sets must provide dual line capability and programmable feature buttons. Describe.*

2.13.2.9 *Multi-line digital instruments must provide 1 to 10 line appearances and still provide additional buttons for single button feature access. Describe.*

2.13.2.10 *Multi-line digital instruments must provide integrated intercom capability, including Dial and Automatic intercom. Describe.*

2.13.2.11 *Display-equipped digital sets must include a built-in alphanumeric display for visual indication of calling party information, called party information, and call purpose. Describe what information is available on the display.*

2.13.2.12 *Describe the cabling requirements and distance limitations for digital sets.*

2.13.2.13 *Describe the proposed sets and any available options. Include the type of wire required, how many pairs, and from where the sets are powered.*

# 3.0 Configuration Details

## 3.1 Definitions

### 3.1.1 Equipped

*The equipped quantities are the at-cutover requirements. The port circuit packs, stations and trunks must be configured to support the equipped numbers.*

### 3.1.2 Wired-For

*The wired-for quantities are the quantities that the system can support without the addition of software and/or the re-engineering of existing hardware. Sufficient cabinets, carriers, memory, processor capability, power (including backup power), and other equipment must be included so that the wired-for configuration and traffic capacity can*

*be achieved by the addition of only port circuit packs. These quantities represent expected growth.*

### 3.1.3 Capacity

*The system capacity represents the ultimate capacity of the system, achieved by adding hardware and software beyond that included in the wired-for configuration.*

## 3.2 Port Requirements

*The following table represents the port requirements of the system, including analog and digital stations, trunks, and other access ports. The system must be configured to support the wired-for capacity. The vendor is required to fill in the capacity column.*

| Port Type | Equipped | Wired-For | Capacity |
|---|---|---|---|
| **Station Ports** | | | |
| *Analog* | 200 | 300 | 400 |
| *Digital – Voice-only* | 300 | 400 | 500 |
| *Digital – Voice/Data* | 300 | 400 | 500 |
| *Digital – Data-only* | | | |
| *Attendant Console* | 4 | 8 | 10 |
| **Trunk Ports** | | | |
| *Central Office (CO)* | 50 | 85 | 110 |
| *Direct Inward Dial (DID)* | 50 | 75 | 100 |
| *Tie* | 9 | 15 | 25 |
| *DS1/E1* | 4 | 6 | 8 |
| *ISDN-BRI* | 4 | 6 | 8 |
| *ISDN-PRI* | 4 | 6 | 8 |
| **Adjunct Access Ports** | | | |
| *Dial Dictation Access* | | | |
| *Modem Pool Access* | | | |
| *Paging Access* | 2 | 2 | 2 |
| *Power Failure Transfer* | 30 | 50 | 60 |
| *Recorded Announcements* | 4 | 6 | 7 |

| Port Type | Equipped | Wired-For | Capacity |
|---|---|---|---|
| *Voice Mail Access* | 24 | 30 | 40 |
| *Wideband Switching* | | | |

## 3.3 Station Requirements

*The following table represents the station requirements of the system, including analog and digital stations. These quantities must be included in the price of the proposed system.*

| Station Type | Quantity |
|---|---|
| *Analog Stations* | |
| *Single-Line* | 200 |
| *Digital Stations* | |
| *Single-Line* | |
| *5-Line with Display* | |
| *8-Line with Display* | 250 |
| *10-Line with Display* | |
| *16-Line with Display* | 10 |
| *24-Line with Display* | |
| *+30-Line with Display* | 20 |
| *Adjunct Equipment* | |
| *Expansion Modules* | |
| *Headsets* | 75 |
| *Speakerphones* | ALL |
| *Data Modules* | |
| | |

## 3.4 Traffic Requirements

*The following table represents the traffic requirements of the system, including stations and trunks. The system must be configured to meet these traffic requirements at the wired-for numbers of ports.*

| Port Type | CCS Per Port |
|---|---|
| *Voice-Only Station* | *6* |
| *Voice/Data Station* | *18* |
| *Data-Only Station* | *24* |
| *Modem Pool* | *36* |
| *Trunk* | *30* |

# C.0 Messaging Requirements

***A multi-media messaging solution is required that meets today's needs and yet allows for future growth. Provide an overview of the system's universal messaging capabilities. Voice, fax and visual desktop access to messaging functionality and e-mail access must be included as standard features. Initially Police Fire Complex will have 350 voice mail boxes with 16 ports and unlimited storage. What growth strategy is available?***

## C.1 Call Answering

*Note: Caller refers to any non-user.*

### C.1.1 Automated Attendant

C.1.1.1 ***The voice messaging system is required to have Automated Attendant as part of its integrated platform. This feature must provide single digit menu choices to callers for automatic transfer, as well as provide the opportunity to reach assistance.***

C.1.1.2 ***Multiple menu layers must be accessed by single digit selections. How many menu layers are supported?***

C.1.1.3 ***The Automated Attendant must transfer callers who do not select a choice within a given timeframe to an answering position.***

C.1.1.4 ***Automated Attendants menus can differ based on time of day and holiday schedules.***

C.1.1.5 ***Users can access their mailboxes from an offsite location after reaching the Automated Attendant menu.***

### C.1.2 Caller Options

C.1.2.1 ***Each mailbox must be able to have a unique destination if the caller presses "0" to reach an attendant before or after leaving a message.***

C.1.2.2 ***Call coverage must be able to be customized for each user. For example, some users may need to have their calls routed to live assistance first, others may need external calls to be routed differently than internal calls, and some may need after-hours call routing.***

C.1.2.3 ***Callers must be able to transfer out of voice mail by specifying a user's name or extension either before or after leaving a message.***

C.1.2.4 ***The system must provide a names directory for callers to access.***

C.1.2.5 *Callers must be given context-sensitive help prompts automatically and upon caller request.*

C.1.2.6 *Callers must be able to skip the greeting and immediately record a message.*

C.1.2.7 *The system must provide a warning when message recording is approaching the maximum length. What is the maximum message recording time?*

C.1.2.8 *Callers must be able to re-record a message.*

C.1.2.9 *Callers must be able to mark a message private.*

C.1.2.10 *Callers must be able to mark a message priority.*

C.1.2.11 *Callers must be able to attach a fax if fax messaging is configured.*

C.1.2.12 *If the called party's mailbox is full, the system must inform callers of other available options.*

### C.1.3 Multilingual Prompts

C.1.3.1 *Multiple foreign language prompts are available for which the system can offer users and callers a choice of languages.*

C.1.3.2 *What foreign language prompts are available?*

## C.2 Call Processing

### C.2.1 Broadcast Messages

C.2.1.1 *The System Administrator and designated users must be able to broadcast system-wide messages without the use of a mailing list.*

### C.2.2 Login Announcement

C.2.2.1 *An announcement can be created that will automatically play to users when they log on to their mailboxes.*

### C.2.3 Bulletin Board Mailboxes

C.2.3.1 *Mailboxes can be designed to dispense information to callers.*

# C.3 Messaging

## C.3.1 User Interface

C.3.1.1 *Users are provided context-sensitive help prompts and can also access additional detailed prompts at any time.*

C.3.1.2 *Text-to-speech capabilities provide voice, fax and e-mail messages via digital voice.*

C.3.1.3 *Multiple telephone user interfaces are supported on the same system. Describe in detail.*

## C.3.2 User Mailbox Parameters

C.3.2.1 *State the maximum messaging size of a user's mailbox.*

C.3.2.2 *The proposed system must alert users when their mailbox space gets low.*

C.3.2.3 *State the maximum message length.*

C.3.2.4 *Messages must be automatically deleted after a prescribed number of days. Different schedules must be available for new, old and unopened messages. In addition, the System Administrator must be able to initiate message deletion at any time. Describe in detail.*

C.3.2.5 *Users with desktop messaging privileges must be able to save a message indefinitely. Describe in detail.*

C.3.2.6 *Users can share a single telephone extension yet have a private mailbox. Callers can choose to be routed to a specific user when calling this extension.*

## C.3.3 Greetings

C.3.3.1 *Users must be able to record multiple personal greetings. The system must recognize and play different personal greetings (if recorded) for internal vs. external, busy vs. no answer, and out of business hours calls.*

C.3.3.2 *Users can choose to use a generic system greeting rather than a personalized greeting.*

## C.3.4 Creating Messages

*The system must provide the following capabilities to users during message creation.*

C.3.4.1 *Re-record message from the beginning.*

C.3.4.2 *Re-record from any place within the message.*

C.3.4.3 *Pause during message creation.*

C.3.4.4 *Go forward and backward within the message in incremental steps.*

C.3.4.5 *Review before sending.*

C.3.4.6 *Users can press a single button or enter an access code to leave a prerecorded "return call" message in another user's mailbox.*

## C.3.5 Addressing Messages

C.3.5.1 *The system must provide the following capabilities to users during addressing messages for delivery. In addition, the user must be able to cancel an incorrect address without affecting the message.*

- *Address by extension*
- *Address by name*
- *Address to a list*
- *Address to a mixture of the above*

C.3.5.2 *When addressing by extension number, the system voices back the name for confirmation.*

C.3.5.3 *Describe the dial-by-name feature.*

C.3.5.4 *Users can set up aliases for a short-cut way to address by name.*

C.3.5.5 *Users can address a message or dial an extension simply by speaking a person's name.*

C.3.5.6 *The user can verify receipt of a message at any time.*

## C.3.6 Mailing Lists

C.3.6.1 *Mailing lists can be created and maintained by users that include both local and remote addresses. How many lists can each user have? How many entries in a list?*

C.3.6.2 *Mailing lists can be owned by one person but used by others without allowing access to the list owner's mailbox.*

C.3.6.3 *The System Administrator can create system lists that can be accessed by any user. How many lists can the system support? How many entries in a list?*

C.3.6.4 *A recipient can be removed prior to sending the message, even if the recipient was part of a pre-defined mailing list.*

## C.3.7 Message Delivery Markings

*After addressing, the system must provide the following options.*

C.3.7.1 *The user can mark the message as private (cannot be forwarded).*

C.3.7.2 *The user can mark the message as priority, causing it to be queued before non-urgent messages in the recipient's mailbox.*

C.3.7.3 *The user can schedule the message for delivery up to one year in the future. A future delivery message can be changed or canceled any time before delivery.*

C.3.7.4 *The user can file a copy of the message within his/her mailbox.*

C.3.7.5 *The user can mark the same message with more than one of the above options for the same recipient.*

## C.3.8 Message Notification

C.3.8.1 *How does the system notify users of new messages?*

C.3.8.2 *The system must make outcalls to offsite users at user-set telephone and pager numbers, based upon a user-set schedule and parameters such as notification of priority messages only. Describe.*

C.3.8.3 *The system provides instructions in the outcall message for the benefit of a non-user who answers the telephone. Outcall notification can be cancelled.*

C.3.8.4 *The System Administrator can limit the ability of users to request outcall message notification.*

## C.3.9 Message Retrieval

C.3.9.1 *The system must give the number of new messages at login time, including specifying the number of priority and broadcast messages.*

C.3.9.2 *New messages are stored in a different category than saved messages and the categories can be presented in any order.*

C.3.9.3 *Messages can be played back first-in, first-out (FIFO) and last-in, first-out (LIFO).*

C.3.9.4 *The user can skip to the next message, choosing to have the message automatically saved or held in its current category.*

C.3.9.5 *The system can play one message after another without intervention.*

C.3.9.6 *What information is included in the message header?*

C.3.9.7 *Header information is automatically presented before each message and can be replayed at any time during message review.*

C.3.9.8 *The user can skip the message header and immediately hear the message.*

C.3.9.9 *The user can pause during message review.*

C.3.9.10 *The user can move backward and forward while listening to a message.*

C.3.9.11 *Speed controls (faster/slower) are available, without distortion of the message.*

C.3.9.12 *Volume controls (louder/softer) are available.*

C.3.9.13 *The message can be replayed.*

C.3.9.14 *A message can be deleted at any time before, during or after listening to it.*

C.3.9.15 *A message accidentally marked for deletion can be undeleted.*

C.3.9.16 *Message review can be canceled without affecting the remaining new messages.*

C.3.9.17 *The user can immediately reply by having the system call the message sender without entering any address information.*

C.3.9.18 *The user can record a reply to the message sender without re-addressing the message. The user is then returned back to getting messages at the point of exit.*

C.3.9.19 *The user can add a comment to the beginning or the end of a message not marked private and forward it to one or multiple recipients, including lists.*

C.3.9.20 *Forwarded messages not marked private can be re-forwarded with additional comments. All forwarded comments remain with the message.*

## C.4 Fax Messaging

### C.4.1 Functionality

C.4.1.1 *Fax messaging must be included as an integral part of the user's multi-media mailbox. Describe the fax feature in detail.*

C.4.1.2 *Header information must indicate a fax message and the number of pages.*

C.4.1.3 *Describe the printing options available for fax messages.*

# C.5 Visual Desktop User Interface to Voice, Fax and E-Mail Messages

## C.5.1 User Options

C.5.1.1 *A visual desktop user interface must be included that can be installed on the user's PC.*

C.5.1.2 *A visual desktop user interface must be included that uses an Internet web-browser application, thereby not requiring the interface software to be installed on the*

C.5.1.3 *What desktop platforms (Windows, Macintosh and SUN UNIX) does the visual desktop user interface support?*

C.5.1.4 *Describe the on-screen options available to users.*

C.5.1.5 *Messages must be able to be audibly played on the PC.*

C.5.1.6 *The visual desktop user interface must provide a means to save a voice and fax message on the user's PC, providing unlimited storage time.*

## C.5.2 Message Addressing

C.5.2.1 *The user must be able to use the visual desktop interface to address messages to multiple destinations.*

C.5.2.2 *The user must be able to use the visual desktop interface to create distribution mailing lists.*

C.5.2.3 *The visual desktop interface must have directory capabilities. Describe.*

## C.5.3 Fax Capabilities

C.5.3.1 *Fax messages must be able to be viewed, manipulated and printed from the visual desktop user interface.*

C.5.3.2 *Fax cover sheet options are available from the visual desktop user interface.*

C.5.3.3 *The visual desktop user interface must allow users to turn any document into a fax, including those from another Windows program (for example, Microsoft Word) and send it.*

## C.5.4 Security

C.5.4.1 *Describe the security measures that apply to the visual desktop user interface.*

### C.5.5 Architecture and Specifications

C.5.5.1 *Describe the architecture and specifications required for the visual desktop user interface.*

C.5.5.2 *The visual desktop user interface application must use TCP/IP protocol to communicate between the users' PCs and the application.*

C.5.5.3 *The visual desktop user interface can be installed on a network file server for shared access.*

C.5.5.4 *Remote users not directly connected to the corporate LAN can must still be able to access the visual desktop user interface.*

C.5.5.5 *The visual desktop user interface must support multiple message servers.*

C.5.5.6 *The visual desktop user interface must only require the use of server ports when the user is using the telephone or while a fax is being transmitted to a fax machine.*

## C.6 Internet Messaging

### C.6.1 E-Mail Integration

C.6.1.1 *An application is included that provides e-mail integration with any SMTP/MIME and POP3 Protocols.*

## C.7 Security

### C.7.1 User Mailbox Security

*The following capabilities must be available.*

C.7.1.1 *Variable length user passwords must be supported with the ability for the System Administrator to set a minimum length. State the maximum length. What frivolous password restrictions can be imposed?*

C.7.1.2 *New users are required to change the System Administrator-assigned password to a personal password upon initial login to the system.*

C.7.1.3 *Users must be required to periodically change their passwords.*

C.7.1.4 *The system prevents the System Administrator from obtaining personal passwords; however, if the password is forgotten, a new password can be issued.*

C.7.1.5 *The system disconnects after three incorrect attempts to log in.*

C.7.1.6 *The mailbox is locked after a fixed number of incorrect login attempts. These break-in attempts are recorded in a log to alert the System Administrator of potential hacker activity.*

### C.7.2 System Security

*The following capabilities must be available.*

C.7.2.1 *Describe in detail the system security measures in place.*

C.7.2.2 *The system can prevent unauthorized system access or transfers from the system.*

C.7.2.3 *The system must encode messages to ensure storage security.*

## C.8 Administration

### C.8.1 Mailbox Administration

*The following capabilities must be available to the System Administrator.*

C.8.1.1 *Mailboxes can be added, deleted, or changed without service interruption.*

C.8.1.2 *Extension numbers can be changed without deleting messages or affecting the mailbox.*

C.8.1.3 *Describe how your system defines class of service. Mailboxes must be able to be given varying classes of service.*

C.8.1.4 *The system must allow customizable system prompts as an alternative to pre-recorded prompts from the manufacturer.*

### C.8.2 System Diagnostics and Alarms

C.8.2.1 *Diagnostics must run 24 hours per day without system disruption.*

C.8.2.2 *Describe how alarms are logged and monitored.*

C.8.2.3 *The system must provide a history log that records system problems. Please describe.*

### C.8.3 Administration Terminal

C.8.3.1 *Describe the system's administrative interface.*

C.8.3.2 *The system supports remote administration.*

### C.8.4 Desktop Mailbox Management Tool

C.8.4.1 *The system must include a desktop mailbox management application utilizing a Windows-based GUI interface.*

C.8.4.2 *The desktop mailbox management application database records can be modified to include customer-defined fields.*

C.8.4.3 *Simultaneous administration by multiple administrators is supported by the desktop mailbox management application.*

C.8.4.4 *Multiple mailboxes can be created at the same time using the desktop mailbox management application. In addition, data from an external database can be imported to add multiple users.*

C.8.4.5 *The System Administrator can use the desktop mailbox management application to batch mailbox additions and deletions for sending at a later time.*

C.8.4.6 *Audit trail and error detection capabilities must be provided by the desktop mailbox management application.*

### C.8.5 System Management Reports

C.8.5.1 *Describe the available standard reports, as well as viewing and printing options.*

## C.9 Networking

### C.9.1 Capabilities

C.9.1.1 *The system must include the AMIS Analog Networking protocol.*

C.9.1.2 *The system must include a digital networking protocol. Describe.*

C.9.1.3 *When addressing a message by name or mailbox number to a remote user, the name is played back for verification.*

C.9.1.4 *The system can deliver and retrieve messages from a networked system on the same call.*

# C.10 PBX Integration

## C.10.1 Integration

C.10.1.1 *Describe the integration between the PBX and the messaging system.*

## C.10.2 PBX/Messaging Port Integration

C.10.2.1 *Ports must be universal, allowing the system to support all features without requiring dedicated ports.*

C.10.2.2 *Describe how port contention problems between the messaging system and the PBX are eliminated.*

C.10.2.3 *Ports must not be required for activities such as lighting message-waiting lamps.*

C.10.2.4 *The system receives call disconnect information from the PBX and immediately terminates the session.*

C.10.2.5 *If a port has trouble, the system takes it out of service and automatically notifies the PBX to stop sending calls to that port, without requiring manual intervention.*

C.10.2.6 *The message waiting lamp will remain lit until all new messages are accessed.*

# C.11 Technical Specifications

## C.11.1 Capacities

C.11.1.1 *Mailboxes must be equipped with voice, fax, visual desktop and e-mail access capabilities as standard. State the maximum number for the proposed system.*

C.11.1.2 *Mailboxes should be available to be purchased in small increments in order to meet current needs and yet be expandable to meet future needs.*

C.11.1.3 *Ports must be universal. State the minimum and maximum number for the proposed system.*

C.11.1.4 *If available, additional port capacity can be purchased as needed.*

C.11.1.5 *Disks must be enabled for the full amount of message storage available on that disk. State the number of disks and storage for the proposed system.*

## C.11.2 Back-up Measures and Redundancy

C.11.2.1 *The capability to have the system backed up both automatically and on demand to removable media must be available.*

C.11.2.2 *Describe all industry-standard RAID levels of redundancy offered.*

## C.11.3 Storage Utilization

C.11.3.1 *The system must compress long pauses in recorded messages to efficiently utilize space on the hard drive. State the speech algorithm used.*

## C.11.4 Environmental, Physical and Electric Requirements

C.11.4.1 *Provide the environmental requirements for the proposed system.*

C.11.4.2 *Provide the physical dimensions and weight of the proposed system.*

C.11.4.3 *Provide the power requirements for the proposed system.*

# D. Implementation and Training

*The implementation criteria are detailed in this section.*

## 1.0 Implementation and Testing

*Describe how your company manages the implementation and testing process, including the roles of key project personnel.*

### 1.1 Implementation Plan

*The successful bidder shall be required to present a detailed implementation plan upon bid award.*

*Describe what responsibilities City of Providence Police and Fire Departments must provide in order to house the proposed system.*

### 1.2 Facility Coordination

*The vendor must be responsible for coordinating facility installations with the local telephone company.*

### 1.3 Acceptance Testing

*Vendor shall describe and list a detailed acceptance test plan. Describe the criteria for assuring full system performance and outline how tests will be conducted to demonstrate proper installation.*

### 1.4 Subcontractors

*Vendor must be fully responsible for the acts and omissions of its subcontractors.*

### 1.5 Code Compliance

*Vendor must guarantee that installation of the system will be in full compliance with all federal, state, and local government building and fire statutes, codes, regulations, and industry standards.*

### 1.6 Facility Restoration

*Vendor must be responsible for full restoration to original condition of all City of Providence Police and Fire Departments surfaces, buildings, and grounds.*

### 1.7 Software Station Review Process

*Describe the Software Review Process*

### 1.8 Final Change Date

*When is the last date vendor can accept changes to the products for installation?*

# 2.0 Training Requirements

*City of Providence Police and Fire Departments views training as a critical element of the communication system. Explain the training curriculum available to support the products recommended by the vendor's company in the technical solution.*

## 2.1 Station User and Console Attendant Training

*Describe the vendor's plan for station user and console attendant training.*

## 2.2 System Administrator Training

*Describe the vendor's plan for system administrator training.*

## 2.3 Training Details

*Provide details regarding course cost, length, class size, and any other relevant details about the system administration training.*

## 2.4 Customer Technician Training

*If required, will the vendor provide training for customer technicians?*

## 2.5 Ongoing Training Support

*Describe the vendor's plan to provide ongoing training support.*

## 2.6 Audio, Video, and Self-Paced Training

*Describe the availability of audiotape, videotape, and self-paced training support.*

# E. Warranty, Maintenance and Support

*This section asks the vendor to delineate warranty, maintenance and support offerings.*

## 1.0 Warranties

### 1.1 Description

1.1.1 *Provide a detailed overview of all applicable warranties, including any exclusions.*

1.1.2 *Describe the responsibilities City of Providence Police and Fire Departments will assume during the warranty or maintenance contract period.*

### 1.2 Service

1.2.1 *Describe service provided during warranty.*

## 2.0 Maintenance

### 2.1 Service Organization

*Describe your service organization.*

### 2.2 Expert Systems/ Artificial Intelligence

*Describe the use of state of the art computer and artificial intelligence systems to support the vendor's maintenance effort.*

### 2.3 Maintenance Staff

*Identify the makeup of the maintenance staff that will be assigned to the proposed system, citing their training experience on the system.*

### 2.4 Post Warranty Maintenance Options

*Describe your maintenance options available after the warranty period.*

### 2.5 Response Time

*What are the vendor's response times to major and minor system failures?*

### 2.6 Inventory

*What inventories do you maintain in order to assure prompt response to repair requests?*

## 2.7 Preventive Maintenance

*Does the maintenance contract include provisions for preventative maintenance? Does the system have to be taken out of service?*

## 2.8 Disaster Recovery

*Vendor shall provide a plan for repair or replacement of the system in the event of a catastrophe (for example, fire or flood).*

## 2.9 Dedicated Technician

*Discuss an optional program of a dedicated technician reporting to and working full time at City of Providence Police and Fire Departments.*

## 2.10 Remote Maintenance

*Discuss your remote monitoring, diagnostic and repair capabilities, focusing on your ability to quickly and accurately identify and resolve reported troubles.*

## 2.11 Trouble Reporting

*Explain your established trouble reporting procedures including:*

- *A trouble report telephone number to be answered 24 hours a day, seven days a week.*
- *Whether or not the telephone is answered at all times by members of your support organization.*
- *Whether or not that person has direct access to specific information about our system.*

## 2.12 Trouble Tracking via the Internet

*Do you provide a means to problem status tracking via the Internet?*

## 2.13 System Maintenance Billing

*Explain the standard billing period for system maintenance (monthly, quarterly, or annually).*

## 2.14 Upgrades and Additions Procedures

*Describe your procedures for software updates and upgrades.*

## 2.15 Escalation Procedures

*Describe your escalation procedures.*

## 2.16 Alarms

*Discuss the capability of the proposed system to automatically call for help when alarm conditions occur.*

## 2.17 Customer Participation

***Discuss what options are available should City of Providence Police and Fire Departments participate in part of the maintenance process.***

# 3.0 Support

## 3.1 Professional Services

***What professional services does your company offer to assist with the ongoing management of the system?***

## 3.2 Toll Fraud Protection

***What security measures and/or programs does your company offer to assist in preventing toll fraud?***

# F.0 Pricing and Financing Options

## 1.0 Pricing

**1.1** ***Vendors are asked to guarantee their prices for a period not to exceed 60 days from the date of submission of this RFP to the date of contract award.***

**1.2** ***Vendors are cautioned to write all prices and descriptions in a legible manner so there will be no doubt as to the intent and scope of the proposal.***

***The base proposal price shall include all labor and materials required to install the items in accordance with specifications as approved by City of Providence Police Department.***

**1.3** ***Vendors shall complete the following table to include all proposed system components. Price is defined as purchase price; install is the cost of installation; maintenance is the price of maintenance per month for that item.***

### Proposed System Components

| Qty | Itemized Description | Price | Install | Maint |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | *Sub-total* | | | |
| | *Shipping* | | | |
| | *GRAND TOTAL* | | | |

**1.4** *Vendors shall complete the following table to include all optional system components. Price is defined as purchase price; install is the cost of installation; maintenance is the price of maintenance per month for that item.*

**Optional System Components**

| Qty | Itemized Description | Price | Install | Maint |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | *Sub-total* | | | |
| | *Shipping* | | | |
| | *GRAND TOTAL* | | | |

## 2.0 Financing

**2.1** *City of Providence Police Department wants to finance the system covered in this RFP. Please provide background and general information on the financial institution the vendor will recommend as part of the proposal.*

**2.2** *List the items from the vendor's proposal that can be financed and those that must be billed separately.*

**2.3** *Vendor should complete the following table outlining the terms of the lease.*

| Lease Term | Lease Factor | Implicit % | Monthly Payment |
|---|---|---|---|
| *48 Months* | | | |
| *60 Months* | | | |

**2.4** *Outline the financing options available.*

**2.5** *Explain the credit approval process required by the vendor's financial institution.*

# Telephone and Computer System wiring

Scope:

A. Provide the following structured cabling system solution for physical layer support of category 5e voice and c category 5e for data communications requirements.

B. Work shall include but not be limited to the following: Work area outlets, modular jacks, horizontal station cabling, high density terminal blocks, category 5e patch panels, fiber optic data backbone cabling, equipment racks, all other incidental ancillary installation hardware including wire management and devices required to provide a completely functional voice data cabling infrastructure.

C. Material and installation shall comply with NEC 800, TIA/EIA 568A, category 5e draft 11a, 569A, 606, 607, TSB 3-6, TSB 67, BICSI, (TDMM) and all other applicable city and state and federal codes and regulations.

Qualifications, Experience and Warranty:

A. Bidder shall be licensed in Rhode Island as an Electrical/Tele-Data contractor.

B. Bidder shall have been actively engaged in the installation of network wiring for a period not less than 5 years.

C. Bidder shall provide 5 customer references for projects of similar size and scope completed within the last 2 years, including company name, contact person, telephone number and approximate size of project.

D. Bidder shall include a copy of their manufacturer certification with their bid submission.

E. Bidder shall be a certified installer with the capability of providing 25-year applications assurance warranty supported by the manufacturer. Said warranty shall include the connectivity product and cable media covering both parts and labor, additionally, the installer shall provide a one-year guarantee on material and workmanship.

Equipment:

A. Work Area Outlets – wiring configuration (568B) Hubble speed gain series communication outlets.

B. Voice Cable – Horizontal – Voice horizontal cable shall be category 3, 4 pair, 24 AWG unshielded twisted pair and be plenum rated. MOHAWK.

C. Data Cable – Horizontal – Data horizontal cable shall be Category 5e, UTP 4 pair, 24 awg, unshielded twisted pair and be plenum rated. MOHAWK Mega Lan 400.

D. Voice Backbone (Feeder) Cable – Voice backbone feeder cable shall be 100 pair 24 gauge solid conductor rated armm and cmp. Provide as many 100 pair cables as required to serve administrative and office phones from each data closet.

E. Data Backbone – Cable shall be fiber optic, 12 strand multi-mode, 62.5/125 um strands OFNP. All fiber optic cable runs shall be enclosed in 1 inch interduct as manufactured by Carlon, Pyramid or Amco.

F. Voice Terminations – Voice terminations in the telephone equipment rack and the main telephone backboard shall be via high density 110 terminal blocks wall mounted on plywood backboards. Cable

management, jumper troughs shall be installed as required for the effective routing of crosswiring. High-density blocks shall be as manufactured by Hubble.

G. Data Terminations (Copper) – Horizontal data cabling shall be terminated on category 5e, RJ45, (568B) high density IDC, 48 port patch panels. Patch Panels shall be as manufacture by Hubble.

H. Data Terminations (Fiber Optic) – Fiber optic cable shall be terminated with Siecor, ST type, ceramic connectors, i.e., multimode, Siecor 95-000-50 and single mode, Siecor 95-200-51. Provide a rack mounted LIU, in each wiring closed and at the MC such as manufactured by Hubble. Size according to strand count.

I. Provide (2) category 5e, 2 meter patch cord and 2 category 5e, 3 meter attachment cord per installed WAO.

J. Relay Racks – Provide 7 foot by 19 foot floor mounted open relay rack in the MDF and in each IDF wiring closet to house fiber optic LIU's, data patch panels, cable management as well as additional equipment to be provided and installed by others. Racks to be Ortronics Mighty Mo Cable Management type, #OR604-00-159. Provide at each rack two 6 outlet power strips.

K. Grounding – Equipment racks shall be bonded to an approved building ground with a #6 awg stranded, green jacketed single THHN type conductor.

L. Labeling – Installer will coordinate with the building official and formulate and alphanumeric identification scheme for WAO and copper and fiber patch panels. Identification shall be generated on adhesive backed pre-printed labels such as accomplished with a brother P-touch labelmaker.

M. Conformance Testing – All horizontal cabling shall be tested to insure 100% compliance with Cat 5e 100 mmbps standards and conform to Draft II/ Cat 5e Amendment. Testing shall include wire map, attenuation to crosstalk ratio, length, next at a minimum.

N. Documentation – Upon completion of the project, installer shall provide a complete documentation package including cable records, conformance test results, closet layouts and as built drawings. Additionally, the installer will provide the manufacturer's 25 year, applications assurance warranty within 30 days after acceptance by owner.

Installation:

A. Provide all voice and data cabling to work area and outlets and terminate at modular jacks, patch panels and terminal blocks per manufacturer's specifications.

B. Dual data outlets and Single data outlets and voice outlets shall consist at the various locations.

C. Cable colors shall consist of the following: single data outlets – Blue, Dual data Outlets – Blue and Yellow, Voice Outlets – Gray.

D. All cable runs above accessible suspended ceilings shall be routed parallel and perpendicular to the building walls and run in J hooks or cable tray above the corridor ceilings at the three floors in the various wings. All cable support materials shall be provided by this contractor.

E. Provide three 4 inch conduits from the data closets to above the corridor accessible ceiling and provide plastic bushings on each end.

F. At no time shall the cabling be permitted to rest on any suspended ceiling. A minimum of 6 inch clearance be maintained above any ceiling.

G. The cables shall be attached to the building along the entire cable route in such a way as to offer support and next appearance. Between supports the cable is to be neatly ty-wrapped. The maximum distance between ties is not to exceed 5 feet and care is to be taken so as not to wrap the cables to tightly so as to compromise the integrity of the Cat 5e cabling.

H. The contractor is responsible for providing all required c conduit sleeves through walls, floors, etc. Fire seal once cables are installed.

# Outside Cable

Fiber Optic Cable:

A. The fiber optic cables shall be a composite cable containing multimode optic fibers, with fiber counts as indicated. These cables shall be NEC OFNR, UL 1666 for riser installation, as well as indoor/outdoor, tray or underground duct. The fiber cable shall be heavy-duty dual jacketed, loose tube type. UL listed, gel-filled. The outer jacket will be UV, sunlight, flame-resistant, high density PVC shall be in accordance with a tube construction, creating a uniform and non-pressurized was of material over the cable core. The cable shall be Chromatic Technologies RLTC series.

B. Each fiber which has a 245 mm mechanically strippable acrylate coating. The fiber strength shall be a minimum of 100 kpsi. The fiber count shall be as indicated. The fibers will be contained in sub-unit tubes. Color-coding of fibers shall be per eia/tia-598.

C. The cabling manufacturer must guarantee the supplied cable will meet the specifications covering latest following standards and network applications. IEEE 802.3 FOIRL – 10 Mbps, IEEE 802.3 10 BaseF – 10 Mbps, IEEE 802.3u – 100Mbps, FDDI – 100Mbps, ATM – 155 Mbps, Fiber Channel FC-PH – 266 Mbps.

D. The multi-mode fiber shall have a core diameter of 62.5 clad diameter of 125 mm. Coating diameter of 15 mm, core non-circulating of 5%, cladding non circulating of <2% and core clad offset of 3 mm. The maximum cabled fiber attenuation shall be 3.5 dB/km@ 850nm and 1.0 dB/km @ 1300nm. The minimum optical fiber bandwidth shall be 160 MHZ-km @ 850 nm and 500 MHZ-km @ 1300 nm.

E. The loose buffer shall have a diameter of 0.101 inches nominal. The tube shall be filled with water blocking based optical gel. The tube shall be manufactured of single layer 100% polybutylene terephthalate. Loose buffer tubes shall be cabled around a fiberglass central strength member. A non-hygroscopic tape must be applied over the cable core. A red aramid rip cord must be applied under the cable jacket to facilitate jacket removal.

F. Cable shall withstand operating temperatures of –40 degrees C to +75 degrees C.

G. Strength members shall be provided in the center of the cable and between two jackets.

Outside Telephone Cable:

A. The telephone cable shall be multi-pair, 24AWG, REA Spec. PE89, rated direct burial, gel filled, jacketed cable. The cable shall be installed within a duck bank system. The cable shall be Essex sealpic-FSE or approved equal

B. Conductors shall be solid, drawn, annealed bare copper.

C. Insulation shall have an inner layer for foamed natural polyolefin with an outer layer of solid polyolefin with telephone industry color-coding.

D. Cable core assembly shall be insulated conductors and twisted into pairs with varying lays to minimize crosstalk and meet strict capacitance unbalance limits. Cables shall be assembled in sub-units.

E. Shielding shall be gopher resistant.

F. The outer jacket shall be black, low density, high molecular weight virgin polyethylene with a thickness of 0.100 inch.

Building Service Termination Equipment:

A. Building service entrance terminations shall be a wall or frame mountable enclosed terminal with 25 feet, 26 AWG cable, and either 110 connectors terminates the number of terminals and RJ21X female connectors as required. The building service entrance terminations shall be circa telecom 1880 series or approved equal.

Fiber Optic Cable Termination Equipment:

A. Fiber management racks shall be 19-inch wide, 7 foot high standard fiber distribution frame, B-line SB-556-084-XU; ADC interbay module part #E-501-L139 ADC, cable troughs, part # FL2-ACC011, ADC grounding kit FL2-ACC006 and other components listed or necessary for a complete rack assembly.

B. Multimode connectors shall have 0.5 dB or less insert loss and 40dB or more return loss. Multimode connectors shall be the hot melt type manufactured by 3M, series 6300, or approved equal.

C. Provide equipment required to terminate telecommunications wiring at the hub location and patch panels. At each hub and patch panel location, provide at a minimum the following: rack or cabinet, as specified and mounted as required. Provide 3 feet access front and back for racks. Anchor racks to the floor in and approved method. Power supply as indicated. Grounding to building grounding point, as indicated.

# EQUIPMENT & CABLE PROPOSAL FOR THE NEW FIRE & POLICE COMPLEX

## CABLE

1. TELEPHONE CABLE
2. COMMUNICATIONS CABLE - TWO 100 PAIRS 22 GAUGE 5,000 FT.
3. FIBER CABLE - 24 STRAND/ 5,000 FEET
4. FIRE ALARM CABLE - 25 PAIRS/ 16 GAUGE/ 5,000 FEET 25P161I19-2

* ALL CABLE WILL HAVE LIGHTENING PROTECTION AND WILL BE FUSED, WITH APPROPRIATE HARDWARE

## WIRING

1. CATEGORY 5 ENHANCED FOR DATA AND VOICE
2. COAX CABLE FOR VIDEO AND TV
3. TELEPHONE JACKS
4. COMPUTER JACKS
5. CABLE TV JACKS
6. ALL JACKS AND CABLE WILL BE MARKED AND TESTED

## TELEPHONE SYSTEMS

1. TWO PBX SWITCHES WITH DATA OVER VOICE
2. CENTREX SWITCH WITH DATA OVER VOICE
3. VOICE MAIL
4. CALL ACCOUNTING
5. CALL MANAGEMENT

6. SERVICE WARRANTY CONTRACT

7. TRAINING

8. RECORDING TELEPHONE LINES ON VOICE TERMINALS

9. 500 STATIONS

10. 75 STATIONS OFF PREMISES (SOP'S)

11. 75 TRUNKS

12. 25 PRIVATE NUMBERS AND FAX LINES

13. DIRECT INCOMING DIALING ( DID)

TELEPHONE EQUIPMENT

1. 200 ANALOG VOICE TERMINALS

2. 300 DIGITAL VOICE TERMINALS

3. 75 HEAD SETS

4. ELEVATED TELEPHONES

SUMMARY

, THE FIRE ALARM CABLE AND THE FIBER CABLE WILL CONNECT THE COMM. DEPT. AT 1 COMM. PLACE TO THE NEW FIRE AND POLICE COMPLEX.

THE TELEPHONE SWITCH WILL BE REDUNDANT ( IF THE SWITCH GOES DOWN THE SYSTEM WILL STILL OPERATE.)

ALL CABLES, VOICE TERMINALS, WIRING AND JACKS WILL BE TESTED AND LABELED. ALL EQUIPMENT WILL HAVE A SERVICE CONTRACT AND TRAINING WILL BE PROVIDED.

THE OLD TELEPHONE SYSTEM AND NEW TELEPHONE SYSTEM WILL

BE WORKING AT THE SAME TIME.

EMERGENCY LINES FOR THE POLICE AND FIRE WILL SHOW UP AND BE ANSWERED IN BOTH BUILDINGS.

**TELEPHONE CLOSET**

| | |
|---|---|
| F-302 | Fire 3rd Floor |
| P-334 | Police 3rd Floor |
| F-203 | Fire 2nd Floor |
| P-234 | Police 2nd Floor |
| F-104 | Fire 1st Floor |
| P-144 | Police 2nd Floor |

All of the above need two (2) 4" conduit, two (2) telephone switches and 6 gauge ground bar.

| | | |
|---|---|---|
| P-291 | Building Telephone Switch | 16' x 20' |
| B-4 | Main Telephone Room 3.4" plywood on four walls, latter rack on all four walls, suspended. | |

| ROOM | DESCRIPTION | DATA | PHONE | CABLE |
|---|---|---|---|---|
| BASEMENT | | | | |
| B20 | Vehicle Port | 1 | 1 | 0 |
| B25 | Armor | 2 | 2 | 1 |
| B26 | Office | 3 | 3 | 0 |
| B24 | Copy Center | 3 | 3 | 1 |
| B37 | Building Storage | 1 | 1 | 0 |
| B36 | Main Electric | 0 | 1w | 0 |
| B31 | Building Super | 1 | 1 | 0 |
| B10 | Crime Scene Evidence | 1 | 1 | 0 |
| B12 | Firing Tank | 1 | 1 | 0 |
| B11 | Ballistics | 1 | 1 | 0 |
| B8 | CB Storage | 3 | 3 | 0 |
| B3 | Storage | 1 | 1w | 0 |
| B4 | Telephone | 1 | 1 | 0 |
| FIRST FLOOR | | | | |
| P-151 | Exercise Center (Police) | 0 | 1w | 2 |
| P-126 | Lab | 5 | 5 | 1 |
| P-120 | BCI | 8 | 8 | 1 |
| P-123 | Office | 1 | 1 | 1 |
| P-124 | Office | 1 | 1 | 1 |
| P-127 | Evidence Drying | 2 | 2 | 1 |
| P-110 | Traffic Bureau | 10 | 10 | 1 |
| P-111 | Front Desk (Traffic) | 4 | 4 | 0 |
| P-115 | Office (Traffic) | 1 | 1 | 1 |
| P-114 | Office (Traffic) | 1 | 1 | 1 |
| P-104 | Office (Patrol Bureau) | 2 | 2 | 1 |
| P-101 | Waiting Room (Patrol) | 0 | 1 | 0 |
| P-102 | Open Office (Patrol) | 1 | 1 | 1 |
| F-121 | Waiting Room | 1 | 1 | 0 |
| F-109 | Pump Room | 1 | 1 | 0 |
| P-103 | Office (Patrol) | 1 | 1 | 1 |
| P-105 | Office (Patrol) | 3 | 3 | 1 |
| P-100 | Patrol Bureau | 6 | 6 | 1 |
| P-106 | Front Desk (Patrol) | 3 | 3 | 0 |
| C-111 | Prosecution | 2 | 2 | 1 |
| C-112 | Court Office | 12 | 12 | 1 |
| 103 | News Stand | 0 | 1 | 0 |
| F-105 | Storage | 1 | 1 | 0 |
| P-110 | Tow Squad | 2 | 2 | 1 |
| P-111 | Auditorium | 5 | 5 | 1 |
| P-113 | Projection Room | 2 | 2 | 0 |
| P-170 | Record Bureau | 5 | 5 | 1 |

| ROOM | DESCRIPTION | DATA | PHONE | CABLE |
|---|---|---|---|---|
| P-171 | Front Desk (Records) | 2 | 2 | 0 |
| P-173 | Office (Records) | 1 | 1 | 1 |
| P-172 | Office (Records) | 1 | 1 | 1 |
| P-180 | AFIS | 1 | 1 | 0 |
| P-182 | Office (AFIS) | 2 | 2 | 1 |
| P-157 | Detail office | 3 | 3 | 1 |
| P-158 | Roll Call | 1 | 1 | 1 |
| C-115 | Judge's Chambers | 2 | 2 | 1 |
| C-100 | Municipal Court | 1 | 1 | 1 |
| C-102 | Conference Room | 1 | 1 | 1 |
| F-100 | Fire Garage | 0 | 5w | 0 |
| F-117 | Fitness Center (Fire) | 0 | 1 | 0 |
| F-105 | Storage | 1 | 1 | 0 |
| F-112 | Equipment | 1 | 1 | 0 |
| 103 | New Stand | 0 | 1w | 0 |
| P-113 | Storage | 1 | 1 | 0 |

SECOND FLOOR

| | | | | |
|---|---|---|---|---|
| P-241 | Male Booking | 1 | 1 | 0 |
| P-242 | Men's Waiting | 1 | 1 | 0 |
| P-244 | Men's Detention | 0 | 1w | 0 |
| P-243 | Office (men's detention) | 1 | 1 | 0 |
| P-252 | Matron | 1 | 1 | 1 |
| P-253 | Women's Detention | 0 | 1w | 0 |
| P-251 | Female Booking | 1 | 1 | 0 |
| P-263 | Evidence | 1 | 1 | 0 |
| P-260 | Evidence Department | 3 | 3 | 1 |
| P-262 | Evidence Department | 1 | 1 | 0 |
| P-261 | Clerk | 2 | 2 | 1 |
| P-233 | Electric Closet | 1 | 1 | 0 |
| P-272 | Domestic Violence (Conf) | 1 | 1 | 0 |
| P-271 | Domestic Violence (Waiting) | 1 | 1 | 0 |
| P-270 | Domest. Violence (Main Off) | 7 | 7 | 1 |
| P-273 | Domestic Violence (Office) | 1 | 1 | 1 |
| P-285 | Storage | 0 | 1w | 0 |
| P-283 | Office (Community Police) | 1 | 1 | 1 |
| P-282 | Office (Comm Police) | 3 | 3 | 1 |
| P-280 | Office (Comm Police) | 6 | 6 | 1 |
| P-281 | Waiting | 1 | 1 | 0 |
| P-292 | Equipment | 1 | 1 | 0 |
| P-291 | Phone Switch | 0 | 0 | 1 |
| P-284 | Office | 1 | 1 | 0 |

| ROOM | DESCRIPTION | DATA | PHONE | CABLE |
|---|---|---|---|---|
| 2ND FLOOR (CONT) | | | | |
| P-234 | Telephone Closet | 0 | 1w | 0 |
| P-295 | Training | 10 | 10 | 1 |
| P-294 | Office | 1 | 1 | 0 |
| P-293 | Office | 2 | 2 | 1 |
| P-296 | Equipment Room | 1 | 1 | 1 |
| P-220 | Special Services Bureau | 1 | 1 | 1 |
| P-222 | Special Services office | 1 | 1 | 1 |
| P-210 | Special Services office | 36 | 36 | 1 |
| P-219 | Special Services office | 1 | 1 | 1 |
| P-218 | Special Services office | 1 | 1 | 1 |
| P-217 | Special Services office | 1 | 1 | 1 |
| P-216 | Wiretap Special Services | 3 | 3 | 1 |
| P-214 | Special Services | 1 | 1 | 0 |
| P-215 | Special Services | 1 | 1 | 0 |
| P-200 | Prosecution Bureau | 5 | 5 | 1 |
| P-201 | Waiting Prosecution Bureau | 1 | 1 | 0 |
| P-203 | Files Prosecution Bureau | 1 | 1 | 0 |
| P-204 | Office Prosecution Bureau | 1 | 1 | 1 |
| C-212 | Storage | 0 | 1w | 0 |
| C-211 | Counter Waiting | 1 | 1 | 0 |
| C-210 | Court offices | 4 | 4 | 1 |
| C-213 | Court offices | 1 | 1 | 1 |
| C-215 | Judge's Chambers | 1 | 1 | 1 |
| C-217 | Judge's Chambers | 2 | 2 | 1 |
| C-218 | Housing Court Chambers | 3 | 3 | 1 |
| C-200 | Housing Court | 1 | 1w | 1 |
| C-201 | Housing Court | 0 | 1w | 0 |
| C-231 | Court Storage | 2 | 2 | 0 |
| C-230 | Break Room | 2 | 2 | 1 |
| C-209 | Radio Equip Room | 1 | 1w | 1 |
| F-203 | Telephone Room | 0 | 1w | 0 |
| 205 | Janitors Room | 0 | 1w | 0 |
| F-261 | Fire Dept Bedroom | 2 | 2 | 1 |
| F-262 | CB Storage | 2 | 2 | 0 |
| F-260 | Bedroom (Fire) | 1 | 1 | 1 |
| F-259 | Bedroom (Fire) | 1 | 1 | 1 |
| F-258 | Bedroom (Fire) | 1 | 1 | 1 |
| F-257 | Bedroom (Fire) | 1 | 1 | 1 |
| F-256 | Bedroom (Fire) | 1 | 1 | 1 |
| F-255 | Bedroom (Fire) | 1 | 1 | 1 |
| F-254 | Bedroom (Fire) | 1 | 1 | 1 |

| ROOM | DESCRIPTION | DATA | PHONE | CABLE |
|---|---|---|---|---|
| SECOND FLOOR (CONT) | | | | |
| F-253 | Bedroom (Fire) | 1 | 1 | 1 |
| F-252 | Bedroom (Fire) | 1 | 1 | 1 |
| F-251 | Bedroom (Fire) | 1 | 1 | 1 |
| F-220 | Dayroom (Fire) | 3 | 3 | 1 |
| F-230 | Kitchen | 0 | 1w | 0 |
| F-236 | Pantry | 0 | 1w | 0 |
| F-225 | Study (Fire) | 3 | 3 | 1 |
| F-237 | Laundry | 0 | 1w | 0 |
| F-245 | Electric Room | 0 | 1w | 0 |
| F-212 | Commander | 3 | 3 | 1 |
| F-211 | Commander | 2 | 2 | 1 |
| F-215 | Officer's Office | 2 | 2 | 1 |
| F-216 | Officer's Office | 2 | 2 | 1 |
| F-217 | Officer's Office | 2 | 2 | 1 |
| F-218 | Officer's Office | 2 | 2 | 1 |
| THIRD FLOOR | | | | |
| P-359 | Conference | 4 | 4 | 1 |
| P-360 | Office-Detectives | 1 | 1 | 1 |
| P-361 | Office-Detectives | 1 | 1 | 1 |
| P-362 | Office-Detectives | 1 | 1 | 1 |
| P-363 | Office-Detectives | 1 | 1 | 1 |
| P-364 | Inspector's office | 2 | 2 | 1 |
| P-365 | Sex office | 2 | 2 | 1 |
| P-337 | Office Human Resources | 1 | 1 | 1 |
| P-335 | Office Human Resources | 6 | 6 | 1 |
| P-336 | Human Resources-Waiting | 1 | 1 | 0 |
| P-330 | Internal Affairs | 4 | 4 | 1 |
| P-331 | Waiting | 1 | 1 | 1 |
| P-334 | Office | 1 | 1 | 0 |
| P-314 | Office | 1 | 1 | 0 |
| P-333 | Office | 1 | 1 | 0 |
| P-315 | Office | 1 | 1 | 0 |
| P-310 | Special Projects | 2 | 2 | 1 |
| P-313 | Break Room | 1 | 1 | 1 |
| P-307 | Conference Room | 2 | 2 | 1 |
| P-304 | Office | 1 | 1 | 1 |
| P-300 | Chief's Office | 2 | 2 | 1 |
| P-301 | Chief's Waiting Room | 1 | 1 | 0 |
| P-312 | Office open | 2 | 2,1w | 1 |
| P-306 | Chief's Bathroom | 0 | 1w | 0 |

| ROOM | DESCRIPTION | DATA | PHONE | CABLE |
|---|---|---|---|---|
| THIRD ROOM (CONT) | | | | |
| P-366 | Files | 1 | 1 | 0 |
| P-311 | Waiting Room | 1 | 1 | 0 |
| P-320 | Telephone Reporting | 3 | 3 | 1 |
| P-321 | Probation & Payroll | 4 | 4 | 1 |
| P-322 | Probation & Payroll office | 1 | 1 | 1 |
| P-372 | Interview Room | 1 | 1 | 1 |
| P-373 | Interview Room | 1 | 1 | 1 |
| P-375 | Line up | 1 | 1 | 1 |
| P-367 | Break room | 2 | 2 | 1 |
| P-358 | office | 1 | 1 | 1 |
| P-357 | office | 1 | 1 | 1 |
| P-356 | office | 1 | 1 | 1 |
| P-355 | office | 1 | 1 | 1 |
| P-354 | office | 1 | 1 | 1 |
| P-353 | office | 1 | 1 | 1 |
| P-352 | office | 1 | 1 | 1 |
| P-351 | Squad Room | 30 | 30 | 2 |
| P-369 | Clerks | 3 | 3 | 1 |
| P-380 | Detention Waiting | 1 | 1 | 0 |
| P-344 | Telephone Room | 0 | 1w | 0 |
| P-391 | Youth Area | 1 | 1 | 0 |
| P-393 | Matron | 1 | 1 | 0 |
| P-392 | Booking Room | 1 | 1 | 0 |
| P-390 | Open Office | 11 | 11 | 1 |
| P-389 | Storage | 1 | 1 | 0 |
| P-380 | Youth Services | 22 | 22 | 1 |
| P-388 | Interview | 1 | 1 | 0 |
| P-387 | Interview | 1 | 1 | 1 |
| P-398 | Office | 1 | 1 | 0 |
| P-397 | Office | 1 | 1 | 0 |
| P-386 | Office | 2 | 2 | 1 |
| P-385 | Office | 1 | 1 | 1 |
| P-382 | Clerk's | 3 | 3 | 1 |
| P-381 | Waiting | 2 | 2 | 0 |
| P-383 | Break room | 0 | 1w | 0 |
| C-303 | office | 2 | 2 | 1 |
| C-300 | Commissioner's suite | 5 | 5 | 1 |
| C-304 | Office | 1 | 1 | 0 |
| C-307 | Office | 1 | 1 | 0 |
| C-308 | Office | 2 | 2 | 1 |
| C-309 | Conference Room | 1 | 1 | 0 |
| C-310 | Emergency Management | 2 | 2 | 1 |

THIRD FLOOR (CONT)

| ROOM | DESCRIPTION | DATA | PHONE | CABLE |
|---|---|---|---|---|
| C-313 | Office | 1 | 1 | 0 |
| C-300 | Reception | 2 | 2 | 1 |
| F-304 | Open office | 2 | 2 | 1 |
| F-340 | Open Office | 9 | 9 | 2 |
| F-341 | Plan Review Room | 2 | 2 | 1 |
| F-343 | Break Room | 1 | 1 | 1 |
| F-344 | Office | 1 | 1 | 1 |
| F-345A | Plan Review Room | 1 | 1 | 1 |
| F-345 | Plan Review Room | 1 | 1 | 1 |
| F-346 | Plan Review Office | 2 | 2 | 1 |
| F-347 | Office | 1 | 1 | 1 |
| F-348 | Office Fire Prevention | 1 | 1 | 1 |
| F-349 | Office Fire Prevention | 1 | 1 | 0 |
| F-350 | Office Fire Prevention | 1 | 1 | 1 |
| F-354 | Open Office | 2 | 2 | 1 |
| F-351 | Office | 1 | 1 | 1 |
| F-318 | Office | 2 | 2 | 1 |
| F-317 | Office | 2 | 2 | 1 |
| F-316 | Office | 2 | 2 | 1 |
| F-315 | Office | 1 | 1 | 1 |
| F-314 | Office | 1 | 1 | 1 |
| F-313 | Office | 1 | 1 | 1 |
| F-312 | EMS | 1 | 1 | 1 |
| F-311 | Break Room | 2 | 2 | 1 |
| F-357 | File Room | 1 | 1 | 0 |
| F-358 | Computer Room | 1 | 1 | 0 |
| F-355 | Arson Evidence Room | 2 | 2 | 1 |
| F-330 | Conference Room | 1 | 1 | 1 |
| C-311 | Fire Control Room | 19 | 19 | 1 |
| | **APPROX. TOTALS** | **500** | **600** | **150** |

P-291

# TELEPHONE ROOM 2nd FL




12 CKT sub panel

Any Questions or Comments on the specifications, please contact:

Anthony Desmarais
Department of Communications
1 Communications Place
Providence, Rhode Island 02903
401-274-1150

Honorable Vincent A. Cianci, Jr., Chairman
Board of Contract and Supply
City Hall, Room 311
Providence, R. I. 02903

**CITY OF PROVIDENCE**
**STATE OF RHODE ISLAND**

# BIDDER'S BLANK

| | |
|---|---|
| Name of Company: | |
| agrees to bid on:<br>Item(s) to be bid | |
| Date of Award: | |
| Total Amount in Writing: | |
| Total Amount in Figures: | |

Additional Bidding Details
Use Additional Pages If Necessary

| | |
|---|---|
| Federal ID# or Social Security #: | |
| Signature: | |
| Title of Person Signing: | |
| Firm Name: | |
| Address: | |
| Phone #: | |
| Delivery Date: | |
| Name of Surety Company: | |

# MEMO

To: Alan Sepe

From: Joseph A. Abbate, Director

Date: July 23, 2001

Subject: New Public Safety Facility/Equipment.

---

It is my understanding that the Communications Department has provided the necessary specifications for all data, telephone and communication equipment. Patricia McLaughlin has advised that this equipment should be put out to bid, as soon as possible. It is also my understanding that you will be requesting authorization through the Board of Contract and Supply at its next meeting scheduled for the last week of July, to solicit bids for this equipment.

If you should need any clarification regarding this matter, please do not hesitate to contact me.

cc: John F. Palmieri, Director
Patricia McLaughlin

RECEIVED
JUL 26 2001
By


http://webstore/trweb/TR.ASP?WCI=wciRules&WCU - Microsoft Internet Explorer
http://webstore/trweb/TR.ASP?WCI=wciRules&WCU
Browse Calls | Reports | Grading | Rules | Maintenance | Configuration | Logout |
User List
View Users list and their properties here
First
Previous
Next
Last
Refresh
Search
New
Users
Stations
Department
Queues
Trunks
DNIS
Caller/ Called ID
Account Codes
Schedule
Processing Order
Groups
Misc Param
User Name | Agent Id | Department | Access Level | Inbound Rule | Outbound Rule | Sampling %
administrator | 9000 | admin | Administrative | No Rule Applies | No Rule Applies | 0%
[illegible]
frankp | 39 | | Administrative | No Rule Applies | No Rule Applies | 100%
[illegible]
mary | | | Administrative | No Rule Applies | No Rule Applies | 100%
[illegible]
ron | 38 | | Administrative | No Rule Applies | No Rule Applies | 100%
[illegible]
Total Users Found: 8; Listed : 1 - 8
User Details -(No user selected!)
Shows details about a selected user
Select a User from above list!

CIANCI, JR.

CITY OF PROVIDENCE, RHODE ISLAND • MAYOR VINCENT A. CIANCI, JR.

Michael R. Clement
City Clerk

Clerk of Council

Barbara A. Poirie
First Deputy

Claire E. Bestwick
Second Deputy

DEPARTMENT OF CITY CLERK
CITY HALL

January 14, 2002

Expanets
One Thurber Blvd.
Smithfield, RI 02917

RE: AWARD OF CONTRACT – FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE FOR THE NEW POLICE AND FIRE SAFETY COMPLEX – DEPARTMENT OF PUBLIC PROPERTY.

Dear Sir:

The Board of Contract and Supply has this day awarded to Expanets, fourth lowest bidder (low bidders did not meet specifications), the contract to Furnish and Install Telephone and Data Equipment and Cable for the new Police and Fire Safety Complex.

Said award is in accordance with the offer of said firm submitted November 19, 2001, in a total amount not to exceed Nine Hundred Seventy One Thousand Six Hundred Sixty Four ($971,664.00) Dollars.

You are, accordingly hereby notified of the said action of the Board. The contract will be prepared by the City Law Department, and in due course, the City Solicitor Charles R. Mansolillo, will contact you relative to its execution. After the contract has been signed, necessary purchase orders will be issued by the Acting Purchasing Director.

Very truly yours,

Michael R. Clement

Michael R. Clement
City Clerk

Pur.Dir.
Fin.Dir.
Contr.
Law
Public Property ✓
File

MRC/sap

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATE EQUIPMENT & CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO. 7

The bid opening will be extended to Monday, November 19,2001 at 2:15 PM.

DEPARTMENT OF PUBLIC PROPERTY
FURNISH & INSTALL TELEPHONE AND DATA EQUIPMENT & CABLE
FOR THE NEW POLICE & FIRE SAFETY COMPLEX

ADDENDUM NO. 8

NOVEMBER 1, 2001

THERE WILL BE A PRE-BID CONFERENCE ON TUESDAY, NOVEMBER 6,2001 AT 11:00 AM AT THE DEPARTMENT OF PUBLIC PROPERTY, PROVIDENCE CITY HALL, ROOM 407, PROVIDENCE, RI.

City of Providence

Rhode Island

# Department of City Clerk

## MEMORANDUM

**DATE:** November 19, 2001

**TO:** Acting Purchasing Director

**SUBJECT:** FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT FOR THE NEW FIRE AND POLICE COMPLEX – DEPARTMENT OF PUBLIC PROPERTY.

**CONSIDERED BY:** Board of Contract and Supply

**DISPOSITION:** VOTED: that all bids be referred to the Acting Purchasing Director for tabulation.

Bids from:
Dictronics
Verizon
Synet Inc.
Exp@nets
Cox Business Services
Mitel Networks Solutions
Panasonic Telecommunications Systems Co.

cc:Pur.Dir.
File

Bids to department 11/20/01

Michael R. Clement

City Clerk