CITY OF PROVIDENCE, RHODE ISLAND • MAYOR VINCENT A. CIANCI, JR.

Michael R. Clement
City Clerk

Clerk of Council

Barbara A. Poirier
First Deputy

Claire E. Bestwick
Second Deputy

## DEPARTMENT OF CITY CLERK
## CITY HALL

January 14, 2002

Expanets
One Thurber Blvd.
Smithfield, RI 02917

RE: AWARD OF CONTRACT – FURNISH AND INSTALL TELEPHONE AND DATA EQUIPMENT AND CABLE FOR THE NEW POLICE AND FIRE SAFETY COMPLEX – DEPARTMENT OF PUBLIC PROPERTY.

Dear Sir:

The Board of Contract and Supply has this day awarded to Expanets, fourth lowest bidder (low bidders did not meet specifications), the contract to Furnish and Install Telephone and Data Equipment and Cable for the new Police and Fire Safety Complex.

Said award is in accordance with the offer of said firm submitted November 19, 2001, in a total amount not to exceed Nine Hundred Seventy One Thousand Six Hundred Sixty Four ($971,664.00) Dollars.

You are, accordingly hereby notified of the said action of the Board. The contract will be prepared by the City Law Department, and in due course, the City Solicitor Charles R. Mansolillo, will contact you relative to its execution. After the contract has been signed, necessary purchase orders will be issued by the Acting Purchasing Director.

Very truly yours,

Michael R. Clement

Michael R. Clement
City Clerk

Pur.Dir.
Fin.Dir.
Contr.
Law
Public Property ✓
File

MRC/sap

Exhibit C