| Recipients | Sent | | Received | | Read | |
|---|---|---|---|---|---|---|
| Simoneau, Dennis W | 7/22/02 | 13:25 | 7/22/02 | 14:21 | 7/22/02 | 14:25 |

Inquiry: 85829 sent on 7/22/02 at 14:48
Sent By: Simoneau, Dennis W Providence Police Department

U-- ID: PRVD24 10.4.2.22
S ct: F.Y.I.

To List: D=PPD
Message: Just a couple points for everyone's benefit:

1) Recently, a few officers went to Fargnoli Park on Smith Street during the "Meet the Candidate" day and asked people to sign the Residency Petition Forms. Good Idea.
However, several citizens later voiced their fears about being intimidated by these officers who were in plain clothes, wearing firearms, with their badges exposed.
In the future, please conceal your off-duty weapons when doing this petition drive so that no one can complain.

2) Know that all telephone lines in the new station are recorded and thus speak professionally at all times. D/Sgt..s please alert all of your clerks of this fact.

3) Any and all furniture left behind in the old station is property of the City and should not be taken or given away.

NOTE: As we try to work out all of the kinks in the new station, I will be sending these mass e-mails as updates.
Thanks

| Recipients | Sent | | Received | | Read | |
|---|---|---|---|---|---|---|
| Lambert, Dennis L | 7/27/02 | 14:48 | 7/27/02 | 17:27 | 7/27/02 | 17:39 |
| Thomas, Joseph | 7/23/02 | 14:48 | 7/23/02 | 16:57 | 7/23/02 | 17:11 |
| Valdivia, Nelson | 8/10/02 | 14:48 | 8/10/02 | 08:53 | | 00:00 |
| Melaragno, Steven | 7/24/02 | 14:48 | 7/24/02 | 22:35 | 7/24/02 | 22:39 |
| F , Joseph | | 14:48 | | 00:00 | | 00:00 |
| Angelino, Antonio | 9/26/02 | 14:48 | 9/26/02 | 15:36 | | 00:00 |
| Araujo, Rhonda | 7/24/02 | 14:48 | 7/24/02 | 07:09 | 7/24/02 | 07:34 |
| Calise, Christopher | 7/22/02 | 14:48 | 7/22/02 | 14:58 | 7/22/02 | 14:59 |
| Depalma, Donald | 7/23/02 | 14:48 | 7/23/02 | 13:22 | 7/23/02 | 13:25 |
| Furtado, Francisco | 7/23/02 | 14:48 | 7/23/02 | 08:11 | 7/23/02 | 08:12 |
| Gallucci, Joseph | 7/27/02 | 14:48 | 7/27/02 | 14:57 | 7/27/02 | 15:44 |
| Girard, David | 7/23/02 | 14:48 | 7/23/02 | 18:31 | 7/23/02 | 18:36 |
| Goldsboro, Glendon | 7/23/02 | 14:48 | 7/23/02 | 08:59 | 7/23/02 | 09:01 |
| Grennan, James | 7/22/02 | 14:48 | 7/22/02 | 16:51 | 7/22/02 | 16:56 |
| Maxwell, Shawn | 7/23/02 | 14:48 | 7/23/02 | 07:01 | 7/23/02 | 07:04 |
| McGrath, Brendan | 7/22/02 | 14:48 | 7/22/02 | 16:06 | 7/22/02 | 16:06 |
| Panzarella, Mark | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:53 |
| Penza, Kenneth | 7/24/02 | 14:48 | 7/24/02 | 07:47 | 7/24/02 | 07:56 |
| Ryan, John K | 7/22/02 | 14:48 | 7/22/02 | 21:36 | 7/22/02 | 21:38 |
| Salzillo, Daniel | | 14:48 | | 00:00 | | 00:00 |
| Sarkisian, Simon | 8/19/02 | 14:48 | 8/19/02 | 08:32 | | 00:00 |
| Venditto, Gary | 7/23/02 | 14:48 | 7/23/02 | 17:02 | 7/23/02 | 17:45 |
| Woodruff, Steven | 7/26/02 | 14:48 | 7/26/02 | 10:22 | 7/26/02 | 11:37 |
| Martinous, Michael | 7/24/02 | 14:48 | 7/24/02 | 19:27 | 7/24/02 | 19:41 |
| | | 14:48 | | 00:00 | | 00:00 |
| Matracia, Charles | 7/24/02 | 14:48 | 7/24/02 | 20:26 | 7/24/02 | 20:32 |
| Cooley, Catherine | | 14:48 | | 00:00 | | 00:00 |
| Glancy, John | 7/30/02 | 14:48 | 7/30/02 | 14:06 | 7/30/02 | 14:12 |
| DeCastro, Gregory | 7/23/02 | 14:48 | 7/23/02 | 08:08 | 7/23/02 | 08:11 |
| Lopez, Earl | 7/24/02 | 14:48 | 7/24/02 | 07:10 | 7/24/02 | 07:11 |
| McGowan, Roy | 7/23/02 | 14:48 | 7/23/02 | 07:17 | 7/23/02 | 07:19 |
| S ulli, David | 7/26/02 | 14:48 | 7/26/02 | 15:52 | 7/26/02 | 16:22 |
| H..., Raymond | 8/1/02 | 14:48 | 8/1/02 | 17:35 | | 00:00 |
| Carchia, John | 7/23/02 | 14:48 | 7/23/02 | 07:19 | 7/23/02 | 07:20 |
| Sullivan, Richard | 7/24/02 | 14:48 | 7/24/02 | 16:27 | 7/24/02 | 16:34 |
| Sigillo, John A | 7/22/02 | 14:48 | 7/22/02 | 14:49 | 7/22/02 | 14:52 |
| Prybyla, Edmund | 7/22/02 | 14:48 | 7/22/02 | 22:51 | 7/22/02 | 22:58 |
| Gonzalez, Edward | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 15:05 |
| Luke, William | 8/1/02 | 14:48 | 8/1/02 | 10:35 | | 00:00 |

PLAINTIFF'S EXHIBIT

Exhibit D

| | | | | | | |
|---|---|---|---|---|---|---|
| Fitzpatrick, Robert | 9/12/02 | 14:48 | 9/12/02 | [illegible] | | [illegible] |
| [illegible] | 7/23/02 | 14:48 | 7/23/02 | 08:20 | 7/23/02 | 08:24 |
| Cohen, Kenneth | 7/23/02 | 14:48 | 7/23/02 | 16:09 | 7/23/02 | 16:11 |
| Cabral, Mark | 9/13/02 | 14:48 | 9/13/02 | 16:52 | | 00:00 |
| Allen, James L | 11/19/02 | 14:48 | 11/19/02 | 15:41 | | 00:00 |
| Cl-ments, Hugh Jr T. | 8/22/02 | 14:48 | 8/22/02 | 01:16 | | 00:00 |
| ( an, Robert O. | 12/10/02 | 14:48 | 12/10/02 | 08:35 | | 00:00 |
| Corley, John J. | 7/30/02 | 14:48 | 7/30/02 | 11:57 | 7/30/02 | 11:58 |
| Crawley, Terrence M. | | 14:48 | | 00:00 | | 00:00 |
| Esten, Edmund J. | | 14:48 | | 00:00 | | 00:00 |
| Finegan, John E. | 2/13/03 | 14:48 | 2/13/03 | 09:37 | | 00:00 |
| Lopardo, Stephen T. | 8/1/02 | 14:48 | 8/1/02 | 05:11 | | 00:00 |
| Mancone, John M | 7/24/02 | 14:48 | 7/24/02 | 08:48 | 7/24/02 | 08:50 |
| Mansolillo, Vincent B. | 8/5/02 | 14:48 | 8/5/02 | 14:56 | | 00:00 |
| Marsland, James J | 2/13/03 | 14:48 | 2/13/03 | 09:31 | | 00:00 |
| Murray, John J. | 11/12/02 | 14:48 | 11/12/02 | 09:31 | | 00:00 |
| Oates, Thomas F | 7/23/02 | 14:48 | 7/23/02 | 08:03 | 7/23/02 | 08:07 |
| Phillips, David J. | 7/25/02 | 14:48 | 7/25/02 | 11:14 | 7/25/02 | 11:26 |
| Schavone, Robert F. | 7/26/02 | 14:48 | 7/26/02 | 09:03 | 7/26/02 | 09:18 |
| Washburn, Robert L. | 8/2/02 | 14:48 | 8/2/02 | 09:18 | | 00:00 |
| Zienowicz, Gail M. | 8/20/02 | 14:48 | 8/20/02 | 13:30 | | 00:00 |
| | 7/24/02 | 14:48 | 7/24/02 | 15:38 | 7/24/02 | 15:39 |
| Kittell, Sandra L. | 11/12/02 | 14:48 | 11/12/02 | 15:23 | | 00:00 |
| Paolino-Reall, Jo-Ann M | 1/13/03 | 14:48 | 1/13/03 | 10:51 | | 00:00 |
| Abatiello, John S | 7/25/02 | 14:48 | 7/25/02 | 23:37 | 7/25/02 | 23:44 |
| Abenante, Ralph | 7/26/02 | 14:48 | 7/26/02 | 11:54 | 7/26/02 | 12:03 |
| Adoptante, Danilo S | 8/2/02 | 14:48 | 8/2/02 | 02:09 | | 00:00 |
| Almeida, John W | 7/22/02 | 14:48 | 7/22/02 | 15:05 | 7/22/02 | 15:06 |
| Andreozzi, Lucio | 8/15/02 | 14:48 | 8/15/02 | 23:04 | | 00:00 |
| Andreozzi, Michael E | 7/22/02 | 14:48 | 7/22/02 | 15:03 | 7/22/02 | 15:03 |
| Arsenault, Norman J | 9/6/02 | 14:48 | 9/6/02 | 11:54 | | 00:00 |
| Aspinall, Roger A | 9/20/02 | 14:48 | 9/20/02 | 16:09 | | 00:00 |
| Autieri, Robert P | 7/24/02 | 14:48 | 7/24/02 | 23:11 | 7/24/02 | 23:45 |
| P , Andrea J | 8/29/02 | 14:48 | 8/29/02 | 08:40 | | 00:00 |
| B...assare, William j | | 14:48 | | 00:00 | | 00:00 |
| Balkun, Joseph R | 7/31/02 | 14:48 | 7/31/02 | 11:28 | 7/31/02 | 11:32 |
| Bennett, Richard F | 7/22/02 | 14:48 | 7/22/02 | 14:57 | 7/22/02 | 15:00 |
| Bibeault, Jason R | 7/24/02 | 14:48 | 7/24/02 | 23:19 | 7/24/02 | 23:23 |
| Boehm, Robert K | 7/22/02 | 14:48 | 7/22/02 | 14:49 | 7/22/02 | 14:56 |
| Bolden, Gregory W | 7/29/02 | 14:48 | 7/29/02 | 09:03 | 7/29/02 | 09:48 |
| Braga, Michelle L | 7/23/02 | 14:48 | 7/23/02 | 19:00 | 7/23/02 | 19:00 |
| Brien, David W | 8/14/02 | 14:48 | 8/14/02 | 08:48 | | 00:00 |
| Brien, Donald C | 7/22/02 | 14:48 | 7/22/02 | 15:00 | 7/22/02 | 15:00 |
| Brousseau, Paul H | 7/28/02 | 14:48 | 7/28/02 | 10:10 | 7/28/02 | 12:23 |
| Bruno, James E | 7/22/02 | 14:48 | 7/22/02 | 15:11 | 7/22/02 | 15:18 |
| Buehne, David A | 7/24/02 | 14:48 | 7/24/02 | 07:03 | 7/24/02 | 07:09 |
| Campbell, William T | 7/24/02 | 14:48 | 7/24/02 | 07:32 | 7/24/02 | 07:38 |
| Carlson, Clifford S | 8/16/02 | 14:48 | 8/16/02 | 09:11 | | 00:00 |
| Carnevale, John M | 7/28/02 | 14:48 | 7/29/02 | 00:19 | | 00:00 |
| Chaffee, George E | 7/23/02 | 14:48 | 7/23/02 | 07:02 | 7/23/02 | 07:04 |
| Chin, Walter k | 7/22/02 | 14:48 | 7/22/02 | 23:28 | 7/23/02 | 00:29 |
| Chmura, John C | 7/25/02 | 14:48 | 7/25/02 | 07:40 | 7/25/02 | 08:17 |
| Cileli, Michael D | 7/22/02 | 14:48 | 7/22/02 | 23:03 | 7/22/02 | 23:11 |
| Cileli, Steven E | 7/23/02 | 14:48 | 7/23/02 | 07:10 | 7/23/02 | 07:11 |
| Connetta, Thomas R | 7/28/02 | 14:48 | 7/28/02 | 15:28 | 7/28/02 | 15:37 |
| Cook, Merrick A | 7/22/02 | 14:48 | 7/22/02 | 23:02 | 7/22/02 | 23:08 |
| Corcoran, Brian P | 7/23/02 | 14:48 | 7/23/02 | 07:16 | 7/23/02 | 07:23 |
| Corrigan, William J | 7/22/02 | 14:48 | 7/22/02 | 14:56 | 7/22/02 | 14:57 |
| Corsetti, Anthony A | 7/24/02 | 14:48 | 7/24/02 | 15:41 | 7/24/02 | 15:49 |
| Costantino, Ralph W | 8/19/02 | 14:48 | 8/19/02 | 14:52 | | 00:00 |
| C , Kenneth M | 7/22/02 | 14:48 | 7/22/02 | 23:09 | 7/22/02 | 23:10 |
| C. ner, Patrick R | 7/23/02 | 14:48 | 7/23/02 | 07:49 | 7/23/02 | 07:49 |
| Springer, Stephen J. | 1/13/03 | 14:48 | 1/13/03 | 13:32 | | 00:00 |
| Davis, Ronald T | 8/28/02 | 14:48 | 8/28/02 | 15:26 | | 00:00 |
| Deandrade, Alyssa B | 7/24/02 | 14:48 | 7/24/02 | 23:23 | 7/24/02 | 23:36 |
| DeAngelis, Guy S | 7/23/02 | 14:48 | 7/23/02 | 07:14 | 7/23/02 | 07:15 |
| DeCesare, Jason F | 7/22/02 | 14:48 | 7/22/02 | 19:11 | 7/22/02 | 19:36 |
| DeLomba, Gerald E | 7/23/02 | 14:48 | 7/23/02 | 22:57 | 7/23/02 | 23:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DePina, David L | 7/22/02 | 14:48 | 7/22/02 | 16:25 | 7/22/02 | [illegible] |
| DeSautels, Curt D | 7/22/02 | 14:48 | 7/22/02 | 16:19 | 7/22/02 | 16:22 |
| Deschamps, Jose I | 7/22/02 | 14:48 | 7/22/02 | 17:35 | 7/22/02 | 17:36 |
| Desmarais, James F | 8/13/02 | 14:48 | 8/13/02 | 11:10 | | 00:00 |
| DosReis, Joseph R | 7/22/02 | 14:48 | 7/22/02 | 14:53 | 7/22/02 | 14:54 |
| Edmonds, Derrek J | 7/23/02 | 14:48 | 7/23/02 | 07:12 | 7/23/02 | 07:13 |
| [illegible], John E | 8/4/02 | 14:48 | 8/4/02 | 06:54 | | 00:00 |
| Enright, Edward R | 7/23/02 | 14:48 | 7/23/02 | 07:18 | 7/23/02 | 07:19 |
| Farrell, Mark V | 7/24/02 | 14:48 | 7/24/02 | 07:03 | 7/24/02 | 07:54 |
| Figueiredo, Michael J | 9/13/02 | 14:48 | 9/13/02 | 23:46 | | 00:00 |
| Firth, Robert A | 12/11/02 | 14:48 | 12/11/02 | 16:15 | | 00:00 |
| Flynn, Peter E | 10/22/02 | 14:48 | 10/22/02 | 08:26 | | 00:00 |
| Frolich, Andrew J | 7/24/02 | 14:48 | 7/24/02 | 11:43 | 7/24/02 | 11:45 |
| Galvin, James M | | 14:48 | | 00:00 | | 00:00 |
| Gannon, Bernard E | 8/3/02 | 14:48 | 8/3/02 | 15:57 | | 00:00 |
| Gaspar, James S | | 14:48 | | 00:00 | | 00:00 |
| Gencarella, Stephen J | 7/25/02 | 14:48 | 7/25/02 | 14:55 | 7/25/02 | 15:00 |
| Giusti, Patrizia | 7/22/02 | 14:48 | 7/22/02 | 21:04 | 7/22/02 | 21:50 |
| Glancy, Bruce J | 7/29/02 | 14:48 | 7/29/02 | 13:22 | 7/29/02 | 13:25 |
| Glavin, Tabatha L | 7/25/02 | 14:48 | 7/25/02 | 15:05 | 7/25/02 | 16:20 |
| Gonsalves, William J | 7/30/02 | 14:48 | 7/30/02 | 12:05 | 7/30/02 | 13:13 |
| Gough, Clarence W | 8/5/02 | 14:48 | 8/5/02 | 23:03 | | 00:00 |
| ~~Green, Maurice~~ | ~~1/6/03~~ | ~~14:48~~ | ~~1/6/03~~ | ~~19:54~~ | | ~~00:00~~ |
| Gregory, Thomas J | 8/5/02 | 14:48 | 8/5/02 | 10:35 | | 00:00 |
| Grover, Stephen T | | 14:48 | | 00:00 | | 00:00 |
| Guarniero, Ralph M | 7/24/02 | 14:48 | 7/24/02 | 11:13 | 7/24/02 | 11:15 |
| Guerette, Michelle D | 7/31/02 | 14:48 | 7/31/02 | 08:38 | 8/1/02 | 10:34 |
| | | 14:48 | | 00:00 | | 00:00 |
| Huffman, Marcus | 12/4/02 | 14:48 | 12/4/02 | 23:51 | | 00:00 |
| Iacobucci, Louis F | 7/22/02 | 14:48 | 7/22/02 | 18:54 | 7/22/02 | 19:15 |
| Iannucci, Joseph C | 7/25/02 | 14:48 | 7/25/02 | 23:25 | 7/25/02 | 23:36 |
| Imondi, Michael D | 7/22/02 | 14:48 | 7/22/02 | 23:33 | 7/23/02 | 00:03 |
| Isabella, Dean R | 7/22/02 | 14:48 | 7/22/02 | 23:15 | 7/22/02 | 23:55 |
| J[illegible]ony, Michael V | 7/30/02 | 14:48 | 7/30/02 | 07:07 | 7/30/02 | 07:10 |
| Ja[illegible]y, Kenneth C | 7/23/02 | 14:48 | 7/23/02 | 01:34 | 7/23/02 | 01:34 |
| Kaya, John C | 7/22/02 | 14:48 | 7/22/02 | 22:34 | 7/22/02 | 22:37 |
| Kazandjian, Khatchig M | 7/22/02 | 14:48 | 7/22/02 | 23:06 | 7/22/02 | 23:16 |
| Kells, Robert T Jr. | 7/22/02 | 14:48 | 7/22/02 | 18:35 | 7/22/02 | 18:35 |
| Kemble, Edwin J | 7/24/02 | 14:48 | 7/24/02 | 19:29 | 7/24/02 | 19:42 |
| Kennedy, John J | 7/23/02 | 14:48 | 7/23/02 | 19:03 | 7/23/02 | 19:06 |
| Kessler, Rhonda B | 10/16/02 | 14:48 | 10/16/02 | 15:31 | | 00:00 |
| Khamsyvoravong, Bounheauan | 7/25/02 | 14:48 | 7/25/02 | 15:15 | 7/25/02 | 15:51 |
| King, Raymond | 7/24/02 | 14:48 | 7/24/02 | 22:58 | 7/24/02 | 23:29 |
| Lafazia, Keith A | 7/24/02 | 14:48 | 7/24/02 | 18:11 | 7/24/02 | 18:15 |
| Lagasse, John W | 7/30/02 | 14:48 | 7/30/02 | 07:31 | 7/30/02 | 07:36 |
| Lapatin, David A | 9/9/02 | 14:48 | 9/9/02 | 09:02 | | 00:00 |
| | | 14:48 | | 00:00 | | 00:00 |
| Laranjo, Antonio D | 8/6/02 | 14:48 | 8/6/02 | 14:54 | | 00:00 |
| Larkin, Robert M | 7/23/02 | 14:48 | 7/23/02 | 07:06 | 7/23/02 | 07:06 |
| LeBlanc, Dennis A | | 14:48 | | 00:00 | | 00:00 |
| Lee, Arthur J | 11/18/02 | 14:48 | 11/18/02 | 17:59 | | 00:00 |
| Lee, Timothy M | 7/26/02 | 14:48 | 7/26/02 | 09:18 | 7/26/02 | 09:25 |
| Lennon, Joseph L | 7/22/02 | 14:48 | 7/22/02 | 15:59 | 7/22/02 | 16:00 |
| Lepre, Robert T | 7/24/02 | 14:48 | 7/24/02 | 11:42 | 7/24/02 | 11:45 |
| Logan, Scott D | 7/24/02 | 14:48 | 7/24/02 | 15:30 | 7/24/02 | 15:33 |
| Lonergan, Richard | 9/17/02 | 14:48 | 9/17/02 | 08:27 | | 00:00 |
| Lopardo, Kenneth J | 8/2/02 | 14:48 | 8/2/02 | 23:40 | | 00:00 |
| Malloy, Edmond F | 7/24/02 | 14:48 | 7/24/02 | 15:03 | 7/24/02 | 15:08 |
| Mancini, Mark A | 7/22/02 | 14:48 | 7/22/02 | 15:02 | 7/22/02 | 15:02 |
| Mann, Wayne M | 7/23/02 | 14:48 | 7/23/02 | 07:03 | 7/23/02 | 07:06 |
| M[illegible]tti, John D | 7/23/02 | 14:48 | 7/23/02 | 10:49 | 7/23/02 | 10:50 |
| M[illegible]tti, Taft A | 7/23/02 | 14:48 | 7/23/02 | 07:05 | 7/23/02 | 09:49 |
| Marcoccio, Michael M | 12/4/02 | 14:48 | 12/4/02 | 10:36 | | 00:00 |
| Mastracchio, Tara A | 7/22/02 | 14:48 | 7/22/02 | 23:02 | 7/22/02 | 23:58 |
| McCarthy, Daniel J | 7/24/02 | 14:48 | 7/24/02 | 15:07 | 7/24/02 | 15:12 |
| McCusker, William F | 8/3/02 | 14:48 | 8/3/02 | 07:06 | | 00:00 |
| McGregor, Scott P | 7/23/02 | 14:48 | 7/23/02 | 16:21 | 7/23/02 | 16:40 |
| McKenna, John R | 7/29/02 | 14:48 | 7/29/02 | 15:15 | 7/29/02 | 15:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bibeault, Amy L | 7/24/02 | 14:48 | 7/24/02 | 07:03 | 7/24/02 | 07:07 |
| Merandi, William | 1/8/03 | 14:48 | 1/8/03 | 15:24 | | 00:00 |
| Mills, Richard A | 7/22/02 | 14:48 | 7/22/02 | 22:56 | 7/22/02 | 23:01 |
| Moffett, Shawn M | | 14:48 | | 00:00 | | 00:00 |
| Moran, Ellen C | 8/8/02 | 14:48 | 8/8/02 | 07:25 | | 00:00 |
| M~~rissey, Kurt E | 7/23/02 | 14:48 | 7/23/02 | 06:58 | 7/23/02 | 07:00 |
| I .etta, Mario A | | 14:48 | | 00:00 | | 00:00 |
| Muriel, John M | 7/22/02 | 14:48 | 7/22/02 | 14:56 | 7/22/02 | 14:59 |
| Nadeau, Tami L | 8/4/02 | 14:48 | 8/4/02 | 19:02 | | 00:00 |
| Nadrowski, Stanley J | 7/24/02 | 14:48 | 7/24/02 | 07:02 | 7/24/02 | 07:07 |
| Nolette, James T | 7/24/02 | 14:48 | 7/24/02 | 11:31 | 7/24/02 | 12:02 |
| O'Brien, Dennis P | 7/25/02 | 14:48 | 7/25/02 | 20:14 | 7/25/02 | 20:17 |
| O'Hara, Timothy E | 7/25/02 | 14:48 | 7/25/02 | 18:35 | 7/25/02 | 19:08 |
| Osgood, Franklin | 9/20/02 | 14:48 | 9/20/02 | 13:32 | | 00:00 |
| ~~Paniccia, Robert J~~ | ~~7/24/02~~ | ~~14:48~~ | ~~7/24/02~~ | ~~07:07~~ | ~~7/24/02~~ | ~~07:14~~ |
| Paolo, Gregory D | 7/24/02 | 14:48 | 7/24/02 | 18:13 | 7/24/02 | 18:17 |
| Partridge, Scott A | 9/12/02 | 14:48 | 9/12/02 | 08:55 | | 00:00 |
| Pazzetta, Vincent A | 7/23/02 | 14:48 | 7/23/02 | 14:55 | 7/23/02 | 15:17 |
| Pease, Donald L | | 14:48 | | 00:00 | | 00:00 |
| Pedchenko, William J | 8/2/02 | 14:48 | 8/2/02 | 10:00 | | 00:00 |
| Pelagio, Scott E | 7/23/02 | 14:48 | 7/23/02 | 06:59 | 7/23/02 | 07:02 |
| Perrotti, Lewis A | 7/23/02 | 14:48 | 7/23/02 | 06:09 | 7/23/02 | 06:09 |
| ~~Petrella, Steven~~ | ~~9/19/02~~ | ~~14:48~~ | ~~9/19/02~~ | ~~15:09~~ | | ~~00:00~~ |
| Pickering, Timothy E | 7/22/02 | 14:48 | 7/22/02 | 16:33 | 7/22/02 | 16:33 |
| Pike, Kenneth E | 8/2/02 | 14:48 | 8/2/02 | 01:27 | | 00:00 |
| Purro, Michael S | 7/29/02 | 14:48 | 7/29/02 | 00:44 | 7/29/02 | 01:00 |
| ~~Quinn, Robert P~~ | 7/23/02 | 14:48 | 7/23/02 | 09:50 | 7/23/02 | 09:58 |
| Rawnsley, Martin A | 7/22/02 | 14:48 | 7/22/02 | 15:03 | 7/22/02 | 15:03 |
| Reddy, Patrick G | 7/24/02 | 14:48 | 7/24/02 | 07:30 | 7/24/02 | 08:42 |
| Blessing, Stephen T | 10/18/02 | 14:48 | 10/18/02 | 11:27 | | 00:00 |
| Remolina, Henry | | 14:48 | | 00:00 | | 00:00 |
| Riccio, Kenneth V | 7/24/02 | 14:48 | 7/24/02 | 07:11 | 7/24/02 | 07:16 |
| Rilev, Ronald T | 7/24/02 | 14:48 | 7/24/02 | 15:19 | 7/24/02 | 16:34 |
| R 10, Elizabeth M | 7/24/02 | 14:48 | 7/24/02 | 15:07 | 7/24/02 | 15:16 |
| Romano, Paul W | 7/24/02 | 14:48 | 7/24/02 | 16:19 | 7/24/02 | 16:26 |
| Romano, Shane M | 7/23/02 | 14:48 | 7/23/02 | 00:04 | 7/23/02 | 00:06 |
| Rose, Thomas A | 7/23/02 | 14:48 | 7/23/02 | 07:59 | 7/23/02 | 08:11 |
| Rotella, Christopher J | 10/16/02 | 14:48 | 10/16/02 | 15:42 | | 00:00 |
| Ryan, Edward R Jr | 8/18/02 | 14:48 | 8/18/02 | 23:16 | | 00:00 |
| Ryan, James F | 7/23/02 | 14:48 | 7/23/02 | 07:11 | 7/23/02 | 07:16 |
| Salisbury, William H | 8/5/02 | 14:48 | 8/5/02 | 15:43 | | 00:00 |
| Santos, David R | 7/22/02 | 14:48 | 7/22/02 | 23:53 | 7/23/02 | 01:49 |
| Saraiva, Carlos A | | 14:48 | | 00:00 | | 00:00 |
| Sauro, Anthony V | 8/4/02 | 14:48 | 8/4/02 | 14:59 | | 00:00 |
| Scanlon, Andrew P | 7/22/02 | 14:48 | 7/22/02 | 15:04 | 7/22/02 | 15:05 |
| Schlageter, Margaret M | 10/15/02 | 14:48 | 10/15/02 | 11:10 | | 00:00 |
| Simoneau, Dennis W | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:48 |
| Sisson, Lincoln P | 1/20/03 | 14:48 | 1/20/03 | 12:32 | | 00:00 |
| Slater, Gary M | 7/29/02 | 14:48 | 7/29/02 | 08:29 | 7/29/02 | 08:34 |
| Smith, George P | 7/25/02 | 14:48 | 7/25/02 | 23:09 | 7/26/02 | 01:58 |
| Soares, Manuel J | 7/22/02 | 14:48 | 7/22/02 | 20:16 | 7/22/02 | 20:23 |
| Sobanski, Wladyslaw | | 14:48 | | 00:00 | | 00:00 |
| Sousa, Scott A | 7/24/02 | 14:48 | 7/24/02 | 10:16 | 7/24/02 | 10:17 |
| Teixeira, Anthony | 7/24/02 | 14:48 | 7/24/02 | 08:02 | 7/24/02 | 09:02 |
| Tella, Michele A | 7/23/02 | 14:48 | 7/23/02 | 15:16 | 7/23/02 | 15:23 |
| Valente, Jeffrey T | 7/22/02 | 14:48 | 7/22/02 | 14:54 | 7/22/02 | 14:56 |
| Villella, Joseph C | 7/22/02 | 14:48 | 7/22/02 | 19:23 | 7/22/02 | 19:44 |
| Wajda, Elizabeth A | 8/7/02 | 14:48 | 8/7/02 | 23:52 | | 00:00 |
| Walker, Michael | 8/2/02 | 14:48 | 8/2/02 | 15:46 | | 00:00 |
| Washburn, James E | 7/24/02 | 14:48 | 7/24/02 | 23:07 | 7/24/02 | 23:35 |
| Y :hik, Robert | 7/31/02 | 14:48 | 7/31/02 | 17:41 | 7/31/02 | 18:25 |
| Za...gna, Arthur R | 8/1/02 | 14:48 | 8/1/02 | 07:03 | | 00:00 |
| Zeitountzian, Sarkis | 8/8/02 | 14:48 | 8/8/02 | 09:30 | | 00:00 |
| Ziegelmayer, Alan S | 7/29/02 | 14:48 | 7/29/02 | 09:49 | 7/29/02 | 09:59 |
| Zienowicz, Paul F | 7/28/02 | 14:48 | 7/28/02 | 07:03 | 7/28/02 | 07:38 |
| Zonfrilli, Alfred P | 7/24/02 | 14:48 | 7/24/02 | 09:07 | 7/24/02 | 09:12 |
| Hartnett, Philip R. | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:58 |
| O'Mara, Kerion M. | 8/29/02 | 14:48 | 8/29/02 | 09:42 | | 00:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pearson, George A. | 2/6/03 | 14:48 | 2/6/03 | 10:06 | | 00:00 |
| Clements, Robert S. | | 14:48 | | 00:00 | | 00:00 |
| Carroll, William J. | | 14:48 | | 00:00 | | 00:00 |
| Cornell, Patricia L. | 11/15/02 | 14:48 | 11/15/02 | 01:17 | | 00:00 |
| Colon, Francisco, Jr. | 7/23/02 | 14:48 | 7/23/02 | 20:05 | 7/23/02 | 20:05 |
| Fanning, Daniel T. | 7/22/02 | 14:48 | 7/22/02 | 16:03 | 7/22/02 | 16:04 |
| on, Carl, Jr. W | 7/22/02 | 14:48 | 7/22/02 | 15:25 | 7/22/02 | 15:25 |
| Verdi, Thomas A. | 7/22/02 | 14:48 | 7/22/02 | 17:20 | 7/22/02 | 17:25 |
| San Lucas, Luis F | 7/22/02 | 14:48 | 7/22/02 | 15:14 | 7/22/02 | 15:14 |
| Badessa, Robert A. | | 14:48 | | 00:00 | | 00:00 |
| Renzi, Paul A. | 10/23/02 | 14:48 | 10/23/02 | 18:23 | | 00:00 |
| Miele, Robert T. | | 14:48 | | 00:00 | | 00:00 |
| Matos, Emililo | | 14:48 | | 00:00 | | 00:00 |
| Sarandrea, Joseph | 7/23/02 | 14:48 | 7/23/02 | 07:04 | 7/23/02 | 07:13 |
| Coughlin, John Jr. | 8/28/02 | 14:48 | 8/28/02 | 18:57 | | 00:00 |
| Sweeney, Michael J. | 8/6/02 | 14:48 | 8/6/02 | 12:34 | | 00:00 |
| Donnelly, F. Joseph | 2/7/03 | 14:48 | 2/7/03 | 13:26 | | 00:00 |
| Persson, Roy Jr. F. | | 14:48 | | 00:00 | | 00:00 |
| Drohan. Robert J. | 7/24/02 | 14:48 | 7/24/02 | 08:20 | 7/24/02 | 08:21 |
| O'Connell, Daniel J. | 7/22/02 | 14:48 | 7/22/02 | 14:59 | 7/22/02 | 14:59 |
| Dorley, Maxwell | 7/23/02 | 14:48 | 7/23/02 | 23:05 | 7/23/02 | 23:20 |
| Baez, Anibal | 7/22/02 | 14:48 | 7/22/02 | 15:58 | 7/22/02 | 16:07 |
| Marchant, David | 7/30/02 | 14:48 | 7/30/02 | 14:58 | 7/30/02 | 15:13 |
| Caraccia, Michael A | 7/23/02 | 14:48 | 7/23/02 | 13:50 | 7/23/02 | 14:10 |
| Della Ventura, Frank | 8/23/02 | 14:48 | 8/23/02 | 09:05 | | 00:00 |
| Morrison, George | 7/24/02 | 14:48 | 7/24/02 | 06:24 | 7/24/02 | 06:32 |
| Salinaro, Louis | 7/25/02 | 14:48 | 7/25/02 | 06:24 | 7/25/02 | 06:27 |
| Brown, Robert Jr | 7/22/02 | 14:48 | 7/22/02 | 23:03 | 7/22/02 | 23:04 |
| Cameron, Mark | 9/13/02 | 14:48 | 9/13/02 | 13:12 | | 00:00 |
| Day, Mary | 8/8/02 | 14:48 | 8/8/02 | 09:40 | | 00:00 |
| Edes,David, II | 7/23/02 | 14:48 | 7/23/02 | 08:22 | 7/23/02 | 08:27 |
| Ferrell, Jesse L | 8/1/02 | 14:48 | 8/1/02 | 12:42 | | 00:00 |
| Garcia, Fausto G | 7/23/02 | 14:48 | 7/23/02 | 08:11 | 7/23/02 | 08:34 |
| G lves,Stephen G | 1/16/03 | 14:48 | 1/16/03 | 17:35 | | 00:00 |
| Ke....edy, Paul J | 7/23/02 | 14:48 | 7/23/02 | 14:26 | 7/23/02 | 14:37 |
| Harris Tonya | 8/7/02 | 14:48 | 8/7/02 | 10:06 | | 00:00 |
| Laorenza, Guido | 7/23/02 | 14:48 | 7/23/02 | 07:52 | 7/23/02 | 07:54 |
| Latimer, Donals | 11/18/02 | 14:48 | 11/18/02 | 22:32 | | 00:00 |
| Lynch, Jerome | 8/13/02 | 14:48 | 8/13/02 | 23:48 | | 00:00 |
| | 7/22/02 | 14:48 | 7/22/02 | 17:03 | 7/22/02 | 17:13 |
| Melaragno, Robert | 11/14/02 | 14:48 | 11/14/02 | 19:20 | | 00:00 |
| Mellor, John | 8/3/02 | 14:48 | 8/3/02 | 04:22 | | 00:00 |
| Patino, Maribel | 10/9/02 | 14:48 | 10/9/02 | 13:58 | | 00:00 |
| Rawnsley, Thomas | 7/25/02 | 14:48 | 7/25/02 | 12:26 | 7/25/02 | 12:35 |
| Reall, Lawrence Jr | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:49 |
| Sacco, Mark | 1/6/03 | 14:48 | 1/6/03 | 17:40 | | 00:00 |
| Santopadre, Nancy | 2/6/03 | 14:48 | 2/6/03 | 16:02 | | 00:00 |
| Silva-Rocha, Debra | | 14:48 | | 00:00 | | 00:00 |
| Small, Gregorio v | | 14:48 | | 00:00 | | 00:00 |
| Soto, John | 7/23/02 | 14:48 | 7/23/02 | 07:11 | 7/23/02 | 07:17 |
| Wells, Roy | 9/26/02 | 14:48 | 9/26/02 | 08:41 | | 00:00 |
| Wheeler, Micheal | 9/5/02 | 14:48 | 9/5/02 | 22:29 | | 00:00 |
| Ziegelmayer, Kevin | 7/25/02 | 14:48 | 7/25/02 | 16:26 | 7/25/02 | 17:36 |
| Rocchio, Peter | 7/23/02 | 14:48 | 7/23/02 | 20:51 | 7/23/02 | 21:06 |
| Coogan, Chris | | 14:48 | | 00:00 | | 00:00 |
| Allin, Douglas R | 7/25/02 | 14:48 | 7/25/02 | 15:08 | 7/25/02 | 16:24 |
| Campbell, Paul R | 7/23/02 | 14:48 | 7/23/02 | 07:06 | 7/23/02 | 07:26 |
| Campbell, Stephen M | 10/2/02 | 14:48 | 10/2/02 | 10:02 | | 00:00 |
| Clift, James E | 10/22/02 | 14:48 | 10/22/02 | 16:15 | | 00:00 |
| DeCarlo, Robert R | 7/22/02 | 14:48 | 7/22/02 | 20:36 | 7/22/02 | 20:36 |
| Du 'ski, Robert S | 7/22/02 | 14:48 | 7/22/02 | 15:19 | 7/22/02 | 15:28 |
| Fe des, Richard II | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:53 |
| Ferreira, Jeffrey S | | 14:48 | | 00:00 | | 00:00 |
| Fitzgerald, Paul C | 7/23/02 | 14:48 | 7/23/02 | 10:01 | 7/23/02 | 10:16 |
| Green, Terrence L | 8/7/02 | 14:48 | 8/7/02 | 19:21 | | 00:00 |
| Harris, Michael M | 7/23/02 | 14:48 | 7/23/02 | 11:42 | 7/23/02 | 11:53 |
| Kerr, Tara A | 11/26/02 | 14:48 | 11/26/02 | 07:58 | | 00:00 |
| Lanni, Kevin M | | 14:48 | | 00:00 | | 00:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lawton, Andrew P | 8/6/02 | 14:48 | 8/6/02 | 16:20 | | 00:00 |
| Ludovici, Nicholas A | | 14:48 | | 00:00 | | 00:00 |
| Marsella, Richard D | 7/22/02 | 14:48 | 7/22/02 | 15:03 | 7/22/02 | 15:08 |
| Mattera, William C | 7/24/02 | 14:48 | 7/24/02 | 15:07 | 7/24/02 | 15:12 |
| McGann, Timothy C | 7/24/02 | 14:48 | 7/24/02 | 03:23 | 7/24/02 | 03:23 |
| M' 'ally, Brian T | 7/22/02 | 14:48 | 7/22/02 | 19:07 | 7/22/02 | 19:08 |
| .or, James F | 7/22/02 | 14:48 | 7/22/02 | 15:02 | 7/22/02 | 15:02 |
| Moffett, Casey W | 8/19/02 | 14:48 | 8/19/02 | 17:23 | | 00:00 |
| O'Connor, John J III | 7/23/02 | 14:48 | 7/23/02 | 07:09 | 7/23/02 | 08:00 |
| Pereira, George C | 7/22/02 | 14:48 | 7/22/02 | 17:11 | 7/22/02 | 17:15 |
| Pino, Ronald | 7/23/02 | 14:48 | 7/23/02 | 16:38 | 7/23/02 | 16:41 |
| Reposa, John M Jr | 7/24/02 | 14:48 | 7/24/02 | 15:15 | 7/24/02 | 15:21 |
| Ruggiero, Richard F | 10/31/02 | 14:48 | 10/31/02 | 08:22 | | 00:00 |
| Silvestri, David N | 8/7/02 | 14:48 | 8/7/02 | 07:19 | | 00:00 |
| Simoneau, Jason | 7/23/02 | 14:48 | 7/23/02 | 07:20 | 7/23/02 | 07:21 |
| Sollitto, Vincent J | 7/31/02 | 14:48 | 7/31/02 | 23:12 | 7/31/02 | 23:37 |
| Sullivan, Stephen E | 7/24/02 | 14:48 | 7/24/02 | 15:06 | 7/24/02 | 15:09 |
| Tarlaian, Richard D | 7/22/02 | 14:48 | 7/22/02 | 19:34 | 7/22/02 | 19:35 |
| Tejada, David | 7/28/02 | 14:48 | 7/28/02 | 22:57 | 7/28/02 | 23:08 |
| Thornton, Brian G | 7/29/02 | 14:48 | 7/29/02 | 08:35 | 7/29/02 | 08:58 |
| Young, Cornel | 7/25/02 | 14:48 | 7/25/02 | 08:28 | | 00:00 |
| Zabinski, Robert A | 7/29/02 | 14:48 | 7/29/02 | 08:12 | 7/29/02 | 08:19 |
| Zincone, Thomas J | 8/2/02 | 14:48 | 8/2/02 | 16:34 | | 00:00 |
| Amoroso, Joseph M | 7/23/02 | 14:48 | 7/23/02 | 09:26 | 7/23/02 | 09:28 |
| Berarducci, Stephen P | | 14:48 | | 00:00 | | 00:00 |
| Bianco, Maria | 7/23/02 | 14:48 | 7/23/02 | 07:29 | 7/23/02 | 07:29 |
| Conti, James E | 7/26/02 | 14:48 | 7/26/02 | 22:07 | 7/26/02 | 22:45 |
| Dasilva, Antonio | 8/7/02 | 14:48 | 8/7/02 | 17:55 | | 00:00 |
| Leste, Edward M | 7/29/02 | 14:48 | 7/29/02 | 10:57 | 7/29/02 | 11:04 |
| Long, Michael J | 7/23/02 | 14:48 | 7/23/02 | 07:02 | 7/23/02 | 07:06 |
| Masse, Thomas F | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:48 |
| Perez, Oscar L | 9/5/02 | 14:48 | 9/5/02 | 22:26 | 9/17/02 | 19:08 |
| V'''lla, Frank C | 7/22/02 | 14:48 | 7/22/02 | 20:22 | 7/22/02 | 20:22 |
| \ en, John R | 8/30/02 | 14:48 | 8/30/02 | 15:05 | | 00:00 |
| Avant, Angelo | 7/24/02 | 14:48 | 7/24/02 | 15:05 | 7/24/02 | 15:09 |
| Colanduono, Joseph A | | 14:48 | | 00:00 | | 00:00 |
| Conley, Peter F | 7/22/02 | 14:48 | 7/22/02 | 15:33 | 7/22/02 | 15:33 |
| Connetta, John E | 7/28/02 | 14:48 | 7/28/02 | 09:02 | 7/28/02 | 09:17 |
| Correia, Michael E | 7/24/02 | 14:48 | 7/24/02 | 08:49 | 7/24/02 | 08:53 |
| Costello, Peter J | 7/22/02 | 14:48 | 7/22/02 | 14:49 | 7/22/02 | 14:49 |
| Dwyer, William M | 7/26/02 | 14:48 | 7/26/02 | 15:05 | 7/26/02 | 15:37 |
| Enright, Robert M | 7/23/02 | 14:48 | 7/23/02 | 08:07 | 7/23/02 | 08:19 |
| Ferland, Wayne H | 7/23/02 | 14:48 | 7/23/02 | 08:01 | 7/23/02 | 08:06 |
| Gannon, Daniel E | 7/25/02 | 14:48 | 7/25/02 | 11:17 | 7/25/02 | 11:43 |
| Hampton, Anthony R | | 14:48 | | 00:00 | | 00:00 |
| Hassett, James K | 8/27/02 | 14:48 | 8/27/02 | 07:38 | | 00:00 |
| Iadevaia, Patricia M | 10/15/02 | 14:48 | 10/15/02 | 09:31 | | 00:00 |
| Lussier, David | 7/22/02 | 14:48 | 7/22/02 | 15:12 | 7/22/02 | 15:15 |
| Moody, Frank | | 14:48 | | 00:00 | | 00:00 |
| Rocha, Freddy E | 8/26/02 | 14:48 | 8/26/02 | 09:39 | | 00:00 |
| Spiver, Allen E | 7/23/02 | 14:48 | 7/23/02 | 11:56 | 7/23/02 | 11:59 |
| St. Lawrence, John E | 7/22/02 | 14:48 | 7/22/02 | 16:02 | 7/22/02 | 16:02 |
| Stravato, Louis D | | 14:48 | | 00:00 | | 00:00 |
| Zammarelli, Frank L | | 14:48 | | 00:00 | | 00:00 |
| Zuena, Fabio | 7/24/02 | 14:48 | 7/24/02 | 15:09 | 7/24/02 | 15:14 |
| San Antonio, George | 7/30/02 | 14:48 | 7/30/02 | 16:53 | 7/30/02 | 16:59 |
| RICHARDSON, Joseph COMM | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 16:20 |
| Bogda, Edward | 7/26/02 | 14:48 | 7/26/02 | 16:44 | 7/26/02 | 16:49 |
| Brito, Napoleon | 8/8/02 | 14:48 | 8/8/02 | 07:23 | | 00:00 |
| Brothers, Michael | 7/22/02 | 14:48 | 7/22/02 | 14:59 | 7/22/02 | 15:00 |
| ( ian, Daniel | 7/24/02 | 14:48 | 7/24/02 | 15:06 | 7/24/02 | 15:27 |
| Carr, James | 7/24/02 | 14:48 | 7/24/02 | 08:12 | 7/24/02 | 08:14 |
| Carvalho, John | 7/31/02 | 14:48 | 7/31/02 | 22:09 | 7/31/02 | 23:39 |
| Casbarro, Steven | 7/23/02 | 14:48 | 7/23/02 | 09:03 | 7/23/02 | 09:04 |
| Cassidy, Glenn | 7/22/02 | 14:48 | 7/22/02 | 15:36 | | 00:00 |
| Castillo, Jose | 7/22/02 | 14:48 | 7/22/02 | 15:51 | 7/22/02 | 16:03 |
| Clark, Thomas | 10/16/02 | 14:48 | 10/16/02 | 09:07 | | 00:00 |
| Costa, John | 7/24/02 | 14:48 | 7/24/02 | 13:27 | 7/24/02 | 13:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dean, George | | 14:48 | | [illegible] | | [illegible] |
| DeCristofano, Albert | 7/22/02 | 14:48 | 7/22/02 | 18:40 | 7/22/02 | 18:43 |
| DeFrances, Louis | 7/26/02 | 14:48 | 7/26/02 | 08:08 | 7/26/02 | 08:11 |
| Del Rio, Louis Jr. | 8/6/02 | 14:48 | 8/6/02 | 14:58 | | 00:00 |
| Etchells, Alfred | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:49 |
| Famiglietti, Daniel | 8/1/02 | 14:48 | 8/1/02 | 21:14 | | 00:00 |
| [illegible]ta, Pasquale | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 15:54 |
| Hames, Martin | | 14:48 | | 00:00 | | 00:00 |
| Hull, Darren | 7/24/02 | 14:48 | 7/24/02 | 07:35 | 7/24/02 | 07:36 |
| Hutchinson, William | 7/29/02 | 14:48 | 7/29/02 | 12:50 | 7/29/02 | 13:19 |
| Katsetos, Niko | 1/10/03 | 14:48 | 1/10/03 | 08:49 | | 00:00 |
| Keegan, John | 7/23/02 | 14:48 | 7/23/02 | 08:32 | 7/23/02 | 08:34 |
| | | 14:48 | | 00:00 | | 00:00 |
| Lima, Alfred | 7/24/02 | 14:48 | 7/24/02 | 10:06 | 7/24/02 | 10:10 |
| Luna, Ernesto | | 14:48 | | 00:00 | | 00:00 |
| Mackin, John | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 16:06 |
| Mangan, Michael | 8/29/02 | 14:48 | 8/29/02 | 10:03 | | 00:00 |
| Matracia, Micheal | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:49 |
| McCarthy, Michael | 7/23/02 | 14:48 | 7/23/02 | 10:45 | 7/23/02 | 10:47 |
| McNulty, Patrick | 7/27/02 | 14:48 | 7/27/02 | 15:33 | 7/27/02 | 17:04 |
| Morgan, David | 1/6/03 | 14:48 | 1/6/03 | 14:25 | | 00:00 |
| Murphy, Daniel | 7/22/02 | 14:48 | 7/22/02 | 16:21 | 7/22/02 | 16:21 |
| Nichols, Patricia | 11/6/02 | 14:48 | 11/6/02 | 14:45 | | 00:00 |
| O'Rourke, Paul | 7/23/02 | 14:48 | 7/23/02 | 14:18 | 7/23/02 | 14:19 |
| Panzarella, Michael | 7/22/02 | 14:48 | 7/22/02 | 23:58 | 7/23/02 | 00:01 |
| Ricci, John | | 14:48 | | 00:00 | | 00:00 |
| Rodriguez, Cynthia | 8/27/02 | 14:48 | 8/27/02 | 08:30 | | 00:00 |
| Searles, Edwin | | 14:48 | | 00:00 | | 00:00 |
| Sarrasin, Joseph | 7/24/02 | 14:48 | 7/24/02 | 10:49 | 7/24/02 | 10:52 |
| Shea, Stephen | 7/28/02 | 14:48 | 7/28/02 | 07:05 | 7/28/02 | 07:21 |
| Simoneau, Kenneth | 7/23/02 | 14:48 | 7/23/02 | 09:50 | 7/23/02 | 09:51 |
| Sion, Gregory | 7/23/02 | 14:48 | 7/23/02 | 10:25 | 7/23/02 | 10:26 |
| Soares, Roderick | 7/24/02 | 14:48 | 7/24/02 | 16:38 | 7/24/02 | 16:43 |
| S[illegible]akos, George | 7/22/02 | 14:48 | 7/22/02 | 16:11 | 7/22/02 | 16:11 |
| | | 14:48 | | 00:00 | | 00:00 |
| Tucker, Keith | 7/24/02 | 14:48 | 7/24/02 | 12:12 | 7/24/02 | 12:21 |
| Vanderhorst, Gregorio | 8/7/02 | 14:48 | 8/7/02 | 18:04 | | 00:00 |
| Vieira, Michael | 8/28/02 | 14:48 | 8/28/02 | 10:53 | | 00:00 |
| Vinacco, Kenneth | 1/6/03 | 14:48 | 1/6/03 | 13:16 | | 00:00 |
| Williamson, Hugh | | 14:48 | | 00:00 | | 00:00 |
| Yang, Pao | 12/11/02 | 14:48 | 12/11/02 | 08:11 | | 00:00 |
| Zacks, Harold | 7/25/02 | 14:48 | 7/24/02 | 16:11 | 8/7/02 | 08:39 |
| Cooley,Nurys | 10/15/02 | 14:48 | 10/15/02 | 12:33 | | 00:00 |
| Bennet, R (INACTIVE) | 8/6/02 | 14:48 | 8/6/02 | 07:43 | | 00:00 |
| VIN Station | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 15:15 |
| Yee, Peter | 7/24/02 | 14:48 | 7/24/02 | 23:21 | 7/24/02 | 23:37 |
| Acampora, Joseph | 7/24/02 | 14:48 | 7/24/02 | 22:59 | 7/24/02 | 23:36 |
| Carroll, Sean M | 7/28/02 | 14:48 | 7/28/02 | 19:47 | 7/28/02 | 20:40 |
| Courville, Steven E | 8/8/02 | 14:48 | 8/8/02 | 18:10 | | 00:00 |
| Fallon, Michael J | 7/28/02 | 14:48 | 7/28/02 | 23:50 | 7/29/02 | 00:31 |
| Ramage,David | 7/23/02 | 14:48 | 7/23/02 | 19:05 | 7/23/02 | 19:08 |
| Henderson, John | 8/21/02 | 14:48 | 8/21/02 | 18:13 | | 00:00 |
| Difillippo Jeanna A. | 7/22/02 | 14:48 | 7/22/02 | 23:44 | 7/23/02 | 00:12 |
| Petrocchi, Scott T | 7/22/02 | 14:48 | 7/22/02 | 22:58 | 7/22/02 | 23:01 |
| O, Jin | 7/25/02 | 14:48 | 7/25/02 | 23:23 | 7/26/02 | 01:40 |
| O'Donnell, William | 7/23/02 | 14:48 | 7/23/02 | 22:56 | 7/23/02 | 22:59 |
| Solitro, Michael | | 14:48 | | 00:00 | | 00:00 |
| Lough, John J | 7/22/02 | 14:48 | 7/22/02 | 23:02 | 7/22/02 | 23:04 |
| Marshall, Wayne D | 7/22/02 | 14:48 | 7/22/02 | 14:48 | 7/22/02 | 14:49 |
| Pitrone, Marsha | 7/24/02 | 14:48 | 7/24/02 | 23:04 | 7/24/02 | 23:24 |
| Lo[illegible] Fernando | 7/22/02 | 14:48 | 7/22/02 | 22:58 | 7/22/02 | 23:00 |
| To[illegible] Kevin | 7/24/02 | 14:48 | 7/24/02 | 23:53 | 7/25/02 | 00:29 |
| Regine, Edward A | 7/22/02 | 14:48 | 7/22/02 | 23:29 | 7/22/02 | 23:31 |
| DeAngelis,Frank | 7/22/02 | 14:48 | 7/22/02 | 23:08 | 7/23/02 | 00:22 |
| Sousa, Richard | 8/26/02 | 14:48 | 8/26/02 | 13:34 | | 00:00 |
| Boranian, Charles | 7/23/02 | 14:48 | 7/23/02 | 13:08 | 7/23/02 | 13:22 |
| ANTONSON, Lori COMM | 7/24/02 | 14:48 | 7/24/02 | 14:59 | 7/24/02 | 15:31 |
| ARIAS, Carolyn | 7/22/02 | 14:48 | 7/22/02 | 14:49 | 7/22/02 | 14:49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BUCCI, Agostino COMM | 7/23/02 | 14:48 | 7/23/02 | [illegible] | | [illegible] |
| BUONANNO, Douglas COMM | 7/26/02 | 14:48 | 7/26/02 | 06:53 | 7/26/02 | 07:35 |
| LONG, Patricia COMM | 7/23/02 | 14:48 | 7/23/02 | 23:10 | 7/23/02 | 23:12 |
| LENNON, Mary COMM | 7/22/02 | 14:48 | 7/22/02 | 15:29 | 7/22/02 | 15:29 |
| LAMOTHE, Alfred COMM | 11/7/02 | 14:48 | 11/7/02 | 15:05 | | 00:00 |
| SNEAD, Walter COMM | 7/22/02 | 14:48 | 7/22/02 | 22:54 | 7/23/02 | 03:39 |
| [illegible]EY, Joseph COMM | 8/27/02 | 14:48 | 8/27/02 | 23:00 | | 00:00 |
| SEARS, David COMM | 7/26/02 | 14:48 | 7/26/02 | 00:23 | 7/26/02 | 00:27 |
| Comerford, Michael | 7/22/02 | 14:48 | 7/22/02 | 23:10 | 7/23/02 | 00:32 |
| Wigginton, Kenneth | 7/25/02 | 14:48 | 7/25/02 | 08:18 | 7/25/02 | 08:26 |
| Otrando, Michael | 7/22/02 | 14:48 | 7/22/02 | 22:58 | 7/22/02 | 23:05 |
| Lepore, Brian | 7/22/02 | 14:48 | 7/22/02 | 23:52 | 7/23/02 | 00:11 |
| Calcagni, Eileen | | 14:48 | | 00:00 | | 00:00 |
| Buote, Sondra | | 14:48 | | 00:00 | | 00:00 |
| AUTIELLO, Robert COMM | 11/18/02 | 14:48 | 11/18/02 | 14:13 | | 00:00 |
| BIANCA, David COMM | 2/16/03 | 14:48 | 2/16/03 | 12:57 | | 00:00 |
| CALCAGNI, Edmund COMM | 1/10/03 | 14:48 | 1/10/03 | 18:26 | | 00:00 |
| COSENZA, Frank COMM | 8/2/02 | 14:48 | 8/2/02 | 09:46 | | 00:00 |
| CUNHA, Michael COMM | | 14:48 | | 00:00 | | 00:00 |
| GOMES, Russell COMM | | 14:48 | | 00:00 | | 00:00 |
| GRIMALDI, Michael COMM | 7/26/02 | 14:48 | 7/26/02 | 09:00 | 7/26/02 | 09:11 |
| KAZARIAN, Lori COMM | 7/24/02 | 14:48 | 7/24/02 | 01:12 | 7/24/02 | 01:14 |
| KEARNEY, Maurice COMM | | 14:48 | | 00:00 | | 00:00 |
| LACAS, George COMM | 8/21/02 | 14:48 | 8/21/02 | 12:10 | | 00:00 |
| NEVES, Paul COMM | | 14:48 | | 00:00 | | 00:00 |
| NEWELL, William COMM | 9/7/02 | 14:48 | 9/7/02 | 09:36 | | 00:00 |
| OATES, Emily COMM | 8/16/02 | 14:48 | 8/16/02 | 05:03 | | 00:00 |
| PERIQUITO, Sue COMM | 8/3/02 | 14:48 | 8/3/02 | 16:58 | | 00:00 |
| PINNEY, Ramonita COMM | | 14:48 | | 00:00 | | 00:00 |
| PITOCCO, Anthony COMM | | 14:48 | | 00:00 | | 00:00 |
| REIS, David COMM | 9/17/02 | 14:48 | 9/17/02 | 23:41 | | 00:00 |
| SAMBAIN, Lisa COMM | 1/9/03 | 14:48 | 1/9/03 | 08:05 | | 00:00 |
| SPARDELLO, Gary COMM | 12/25/02 | 14:48 | 12/25/02 | 01:25 | | 00:00 |
| V[illegible]NZUELA, Candida COMM | | 14:48 | | 00:00 | | 00:00 |
| W[illegible]DMAN, Howard COMM | 7/23/02 | 14:48 | 7/23/02 | 21:27 | 7/23/02 | 21:50 |
| XIONG, Ger COMM | | 14:48 | | 00:00 | | 00:00 |
| YA, Ive Khun COMM | | 14:48 | | 00:00 | | 00:00 |
| CONTI, John COMM | | 14:48 | | 00:00 | | 00:00 |
| MILLARD, Ann-Marie COMM | 7/25/02 | 14:48 | 7/25/02 | 06:50 | 7/25/02 | 06:52 |
| LEITE, Paul COMM | 12/21/02 | 14:48 | 12/21/02 | 17:04 | | 00:00 |
| GIARDILLO, Anthony COMM | 7/24/02 | 14:48 | 7/24/02 | 15:07 | 7/24/02 | 15:09 |
| | | 14:48 | | 00:00 | | 00:00 |
| MAINE, Keith COMM | 7/24/02 | 14:48 | 7/24/02 | 19:02 | 7/24/02 | 19:31 |
| TORRES, Yuberkis COMM | | 14:48 | | 00:00 | | 00:00 |
| VILLANOVA, Rafael COMM | 8/30/02 | 14:48 | 8/30/02 | 11:06 | | 00:00 |
| Ferreira, Jason M | 7/27/02 | 14:48 | 7/27/02 | 15:39 | 7/27/02 | 16:16 |
| Cardarelli, Kris | 8/23/02 | 14:48 | 8/23/02 | 14:51 | | 00:00 |
| Marble, Roseann | 9/11/02 | 14:48 | 9/11/02 | 15:14 | | 00:00 |
| dlambert | | 14:48 | | 00:00 | | 00:00 |
| PEIXINHO, Michael VIDEO | 7/23/02 | 14:48 | 7/23/02 | 07:09 | 7/23/02 | 07:09 |
| tes1 | | 14:48 | | 00:00 | | 00:00 |
| PANZARELLA, Michael G VIDEO | 7/25/02 | 14:48 | 7/25/02 | 08:01 | 7/25/02 | 08:02 |
| SIMONEAU, Steven VIDEO | 7/22/02 | 14:48 | 7/22/02 | 15:45 | 7/22/02 | 15:46 |
| JEREJIAN, Gary VIDEO | 7/23/02 | 14:48 | 7/23/02 | 10:35 | 7/23/02 | 10:36 |
| Manning, Sandra | 7/23/02 | 14:48 | 7/23/02 | 09:55 | 7/23/02 | 10:06 |
| Homerston, T | 7/23/02 | 14:48 | 7/23/02 | 16:03 | 7/23/02 | 17:42 |
| Alarie, Michele | 8/8/02 | 14:48 | 8/8/02 | 23:11 | | 00:00 |
| Riccio, Gene | 7/23/02 | 14:48 | 7/23/02 | 09:12 | 7/23/02 | 09:12 |
| Eddy, Dwight | 8/7/02 | 14:48 | 8/7/02 | 06:59 | | 00:00 |
| Haroian, Greg | | 14:48 | | 00:00 | | 00:00 |
| FC[illegible]odge 3 | 7/23/02 | 14:48 | 7/23/02 | 10:04 | 7/23/02 | 10:05 |
| K[illegible]dy, Gloria | 7/25/02 | 14:48 | 7/25/02 | 10:03 | 7/25/02 | 10:38 |
| McCaffery, Kristen | 7/23/02 | 14:48 | 7/23/02 | 23:23 | 7/23/02 | 23:26 |
| Kennedy, Shawn | 8/5/02 | 14:48 | 8/5/02 | 04:55 | | 00:00 |
| Waleryszak, Joseph | 10/23/02 | 14:48 | 10/23/02 | 09:22 | | 00:00 |
| Paolino, Ann | 11/1/02 | 14:48 | 11/1/02 | 08:35 | | 00:00 |
| Migliaccio, Joe | 7/23/02 | 14:48 | 7/23/02 | 08:09 | 7/23/02 | 08:11 |
| Heroux, Raymond | 7/27/02 | 14:48 | 7/27/02 | 15:22 | 7/27/02 | 15:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| [illegible], Bob | 7/22/02 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| McKenna, Robert | 9/3/02 | 14:48 | 9/3/02 | 08:54 | | 00:00 |
| Crepeau, Rodney | | 14:48 | | 00:00 | | 00:00 |
| Massaregli, Nick | | 14:48 | | 00:00 | | 00:00 |