UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET AL. :
PLAINTIFFS :
:
vs. : C.A. No. 04-304S
:
CITY OF PROVIDENCE, ET AL. :
DEFENDANTS :

DEPOSITION OF URBANO PRIGNANO, JR., a Witness in the above-entitled case, taken on behalf of the Plaintiffs, before April C. Costa, a Notary Public in and for the State of Rhode Island, at the offices of Providence City Solicitor's Office, 275 Westminster St., Ste 200, Providence, Rhode Island on February 16, 2006 at 2:00 P.M.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02910
(401) 946-5500

A. I think it was 1986.

Q. After becoming sergeant in 1986, what was the next --

A. Narcotics inspector.

Q. You're going to have to let me finish so that the stenographer can take it down properly.

What was the next rank you obtained after becoming sergeant in 1986?

A. Narcotics inspector.

Q. What was year was that?

A. I think it was 1990.

Q. Following becoming a narcotics inspector in 1990, what rank did you hold?

A. In '94 I became major.

Q. Following becoming major in 1994, what rank did you become?

A. In '95 I became colonel.

Q. When did you leave the employment of the City?

A. January 31st, 2001.

Q. When you were chief what were your duties?

A. Discipline and administrative.

Q. What were your administrative duties?

A. Making sure that the police department operated daily.

Q. Did you have any responsibility among any other