**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR RESPONSE TO DEFENDANT, URBANO PRIGNANO'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, DEFENDANTS' DEAN ESSERMAN, DAVID CICILLINE AND THE CITY OF PROVIDENCE'S MOTION FOR SUMMARY JUDGMENT, DEFENDANT, MARY LENNON'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, DEFENDANT, MAUEL VIEIRA'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MUNICIPAL DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

Now come the Plaintiffs in the above-entitled matter and move this Court for an extension of time up to and including October 23, 2006 within which to file their response to Defendant, Urbano Prignano's Supplemental Memorandum in Support of Motion for Summary Judgment, Defendants' Dean Esserman, David Cicilline and the City of Providence's Motion for Summary Judgment, Defendant, Mary Lennon's Supplemental Memorandum of Law in Support of Motion for Summary Judgment, Defendant, Manuel Vieira's Supplemental Memorandum in Support of Motion for Summary Judgment and Municipal Defendants' Statement of Undisputed Facts.

As reasons therefore, the Plaintiffs state the following:

On July 27, 2006, this Court ordered the Defendants to address several legal issues in memoranda to be filed on September 1, 2006. The Court also ordered the City of Providence to file its Motion for Summary Judgment by that date. Defendants jointly

filed a Motion for Extension up to and including September 14, 2006. Plaintiffs' counsel did not object to the Motion for Extension. The Court granted that extension.

Plaintiffs' counsel has been and continues to work diligently to provide the appropriate responses to all of the above. However, due to the number of Defendants' filings all due on the same date and the complexity of the issues raised, Plaintiffs' counsel requires additional time to research and write the response memoranda. This is the first extension of the deadline that the Plaintiffs have requested in regard to their memoranda. Counsel for Defendants Dean Esserman, David Cicilline, City of Providence, Urbano Prignano and Manuel Vieira have no objection to this Motion. Plaintiffs' counsel has been informed by Attorney Dean Robinson's office, counsel for Defendant Mary Lennon, that Mr. Robinson will be out of the office until Monday, October 2, 2006 for purposes of vacation. Once Plaintiffs' counsel speaks with Mr. Robinson, this Motion will be supplemented with Mr. Robinson's position as to the extension.

Wherefore, Plaintiffs pray that their Motion for an Extension of Time be granted.

Plaintiffs,
By their Attorney:

/s/ Mark A. Fay
Mark A. Fay (Bar #4208)
Murphy & Fay, LLP
127 Dorrance Street
Providence, RI 02903
401-490-3200
401-490-3207 (fax)
mark@murphyandfay.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay