K.M. FEB 02 2006

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| THOMAS WALDEN, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-304S |
| CITY OF PROVIDENCE, ET ALS | : | | |
| JOHN C. CHMURA, ET ALS | : | | |
| VS. | : | C.A. NO.: | 04-553S |
| CITY OF PROVIDENCE, ET ALS | : | | |

**PLAINTIFFS' EXPERT DISCOVERY DISCLOSURES**

1. Edward A. Baker
   8 Heron Drive
   Londonderry, NH 03053

   (Curriculum Vitae attached as Exhibit A)

2. William F. Odom, III
   Managing Director
   Acquisition Data
   12715 Telge Road
   Cypress, TX 77429

   (Curriculum Vitae attached as Exhibit B)

Plaintiffs,
By their attorney

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that I have this 30 day of January, 2006, mailed a copy of the foregoing, first class mail, postage prepaid, to:

Kevin J. McAllister, Esquire
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street, 7th Floor
Providence, RI 02903

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, RI 02903

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02903

George L. Santopietro, Esquire
226 South Main Street
Providence, RI 02903

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
275 Westminster Street
Providence, RI 02903

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, LTD
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865

Kendra Lima

# EXHIBIT A

**Edward A. Baker**
**8 Heron Dr.**
**Londonderry, NH 03053**
**(603) 425-1142**
**eabake@aol.com**

## Objective

To obtain a challenging and satisfying position enabling me to utilize my problem solving skills to their best advantage.

## Summary of Qualifications

- Twenty-eight years in Federal Bureau of Investigation conducting Criminal, Foreign Counter-Intelligence and Counter-Terrorism investigations.
- Established leadership skills.
- Extensive Supervisory and Management experience.
- Self-starter, Team player
- Strong organizational skills

Specialized experience in the following areas:

- Physical and Electronic Surveillance
- Telephone & Data intercepts
- Audio & Video Collection Systems (Digital & Analog)
- Security Access Systems and Alarms
- Threat Assessment
- Crises Management Systems
- Electronic & Physical Countermeasures
- Telephone & Internet Provider Liaison
- Special Weapons and Tactics
- Training Development

## Experience

FEDERAL BUREAU OF INVESTIGATION, (2000-12/31/2004)

**Investigative Technology Supervisor – Technical Squad, Boston, MA**

- Supervise seven Special Agent Technical Investigators, supporting investigations covering Massachusetts, Maine, New Hampshire and Rhode Island.
- Supervise nine Electronic Technicians and five Information Technology Specialists supporting radio, Internet and secure intranet communications.
- Supervised all video and audio collection, internet and radio communications to support the Intelligence Operations Center for the 2004 Democratic National Convention.
- Supervised all aspects of technical support for the EgyptAir 990 investigation.
- Instituted Command Posts and initialized and maintained contact with telephone and Internet service providers during the PENTTBOMB (9/11) investigation.

- Obtained and supervised the installation of over 100 new computers, scanners and peripheral equipment during the first 3 days of the PENTTBOMB investigation.
- Developed and instituted a database to track all technical investigative requests.

**Relief Supervisor-Technical Squad-Boston, MA (1989-2000) (Technically Trained Agent)**

- Install electronic surveillance equipment
- Liaison with telephone service providers
- Maintained Technical database
- Involved in prototyping digital audio collection devices and their testing.
- Developed and conducted training courses at Engineering Research Facility, Quantico, VA for the certification of Technically Trained Agents.

**Special Agent-Boston, MA (1981-1989)**

- Organized first Special Operations Group (Surveillance) in Boston.
- Located and leased undercover off-site for surveillance.
- Developed, purchased, designed video surveillance equipment.
- Conducted White Collar crime as well as governmental fraud investigations resulting in several convictions.
- Wrote Title III affidavit for Labor Fraud case resulting in major convictions.

**Special Agent-Cleveland, OH (1976-1981)**

- Special Weapons And Tactics Team Commander
- Investigated Bombing Matters, Organized Crime and White Collar Crime.

**Honors, Awards**

- 15 Special Incentive Awards
- Numerous commendations and letters

Merrill Lynch & Co (1971-1974)

- Operations Clerk
- Associate Broker

U.S. Army (1968-1971)

- Graduated Infantry Officer Candidate School
- Assigned Military Assistance Command-Vietnam
- Conducted combat operations
- Advised local village officials on home defense and anti-guerilla operations.
- Trained local forces in combat tactics, and basic weapons and marksmanship.

**Honors, Awards**

- Bronze Star
- Combat Infantryman's Badge
- Vietnam Commendation Medal
- Commandant's Award-OCS

**Education**

Siena College, Loudonville, NY
Bachelor Business Administration (BBA), 1975

**Security Clearance**

- Cleared for Top Secret information and granted access to Sensitive Compartmented Information, Current, good until 2006.

EDWARD A. BAKER
SUPERVISORY SPECIAL AGENT (Retired)
FBI BOSTON

Mr. Baker is a 1975 graduate of Siena College, Loudonville, NY, with a Bachelors of Business Administration degree in Accounting.

He is a former U. S. Army Infantry officer, who served as an Advisor in Viet Nam from 1970 – 1971. He entered on duty as an enlistee in April of 1968, attended Basic and Advanced Infantry Training at Fort Dix, NJ. Volunteered for and was accepted to Infantry Officer Candidate School, Ft. Benning, GA in September of 1968. Graduated March 14, 1969 in the top 20% of his class. Was assigned to Ft. Gordon, GA as a Range Officer in Charge, and then attended the Military Assistance Advisor's Course at Ft. Bragg, NC and the Vietnamese Language School at Ft. Bliss, TX, prior to being assigned to Military Assistance Command-Viet Nam (MACV).

He was then assigned as Senior Team Leader, Mobile Advisory Team IV-75, which was attached to Advisory Team 80 (located in the Mekong Delta, IV Corp), An Xuyen (Ca Mau), serving in Quan Long District villages of Hoa Tanh and Tan Loc, as well as with a company of Cambodian refugees assigned to an area of operations bordering the U Minh Forest on the Song Ong Doc River.

He is the holder of a Bronze Star for Meritorious Service in ground combat, Combat Infantryman's Badge, and the Viet Nam Service and Campaign Medals.

He joined the FBI in 1976 and was transferred to Cleveland, Ohio after graduating from the FBI Training Academy, Quantico, VA. While in Cleveland, he worked Organized Crime & White Collar Crime, and was a member of one of the first Special Operations Groups (Surveillance Squad) in the FBI. He was also the Cleveland Special Weapons And Tactics (SWAT) Commander and was a Bomb Investigator.

In 1981, he transferred to Boston and formed the first Boston Special Operations Group as well as working Governmental Crimes, White Collar Crimes and Organized Crime matters.

In 1990, he became certified Technically Trained Agent (TTA).

In February of 2000 he became the Supervisor of the Boston Technical Squad, which was formed in April of 1999.

He has worked actively with the Engineering Research Facility (ERF) in Quantico, VA and was involved in the development of new training methods and techniques as well as the evolution of the FBI's ever changing Technical program.

Mr. Baker and his Squad were responsible for all Court authorized electronic intercept matters for the Boston office, encompassing the states of Massachusetts, Maine, New Hampshire and Rhode Island. He also supervised the Information Technology Specialists and the Electronic Technicians.

# EXHIBIT B

**William F. Odom**
**Managing Director**
**Acquisition Data, Inc., Cypress, Texas**

**(281) 256-4470**
**wodom@acquisitiondata.com**

**PROFESSIONAL SUMMARY**

William Odom is the Managing Director for Acquisition Data, Inc. in Houston specializing in Computer Forensics and Electronic Discovery. William has worked on several high profile projects involved with gathering and protecting electronic evidence. Prior to forming Acquisition Data, William was a Manager with Deloitte & Touche in the Forensic & Investigative Services practice. Prior to joining Deloitte & Touche, William was a Special Agent with the Federal Bureau of Investigation ("FBI") where he received certification through FBI Laboratory as a Computer Forensic Examiner. In addition, he received training in general investigative techniques, computer intrusion and security, national intelligence and counterintelligence matters and defensive tactics. William is also the President of the Texas Gulf Coast Chapter of High Technology Crime Investigation Association ("HTCIA"). In 2003, William founded the International Center for Computer Forensic Accreditation, Standards and Testing ("IC2FAST"). IC2FAST was founded to address the accreditation of computer forensic laboratories.

William has significant experience in the following areas:

- Expert testimony in investigations involving digital evidence
- Training federal, state and local law enforcement in computer forensics and network security
- Acquisition and preservation of electronic evidence
- E-mail recovery and analysis from both user and server based systems
- Recovery of "deleted" files
- Recovery of electronic data from hidden areas of the disk
- Recovery and production of electronic data for litigation matters
- Defeating password protected and encrypted data
- Securing data and computer systems
- Physical security
- Personal protection

William also managed the Computer Forensic Lab for the Houston Office of the FBI. As coordinator of the lab, he was responsible for the daily operations of the lab as well as assignment of the workload to the other field examiners. During his tenure at the FBI, William was involved in computer forensic examinations in nearly all of the 200+ federal matters investigated by the FBI, ranging from white-collar crime to terrorism and national security matters.

**SELECTED EXPERIENCE**

- Testified as an expert witness in both criminal and civil matters in Federal as well as state court systems
- President and Director of IC2FAST
- Executed a civil search warrant for a Fortune 500 corporation and managed the subsequent forensic analysis of electronic evidence related to theft of proprietary information.
- Investigated electronic evidence from large Massachusetts based bank for theft amounting to approximately $1,000,000.
- Managed a litigation matter that involved the imaging and analysis of approximately 130 computers and the recovery of e-mail and electronic documents from 400 backup tapes.
- Managed a litigation matter that involved the production of e-mail and electronic documents from 63 imaged computers.
- Analyzed and recovered deleted data that led the successful recovery of a runaway teenager.
- Traveled to Mexico, Japan, Morocco, England and the Czech Republic to manage computer forensics matters and to recover and preserve electronic evidence.
- Analyzed electronic evidence in Japanese, Chinese, Arabic and Russian.
- Participated in numerous investigations resulting in federal prosecution. Also participated in major investigations including the Oklahoma City and African Embassy bombings.
- Received Top Secret, SCI and Q-clearances.
- Involved in execution of several search warrants as ordered by the court of the Foreign Intelligence Surveillance Act. The nature of these national security matters requires surreptitious entry and security countermeasures.
- Trained law enforcement and private industry, in United States and abroad, on computer forensic and intrusion matters.

**EDUCATION & CERTIFICATIONS**

- University of Southern Mississippi - Bachelor of Science with a double major in both Computer Science & Mathematics in 1990
- Federal Bureau of Investigation – Completed New Agent Training in Quantico, VA in 1996
- Federal Bureau of Investigation – Advanced Computer Intrusion Detection and Countermeasures - 1998
- International Association of Computer Investigative Analysts – Basic Computer Forensic Certification in 1998
- Federal Bureau of Investigation – Basic Computer Forensics Certification in 1998
- Federal Bureau of Investigation – Advanced Computer Forensics Certification in 1999
- International Association of Computer Investigative Analysts – Advanced Computer Forensic Training in 2000
- Federal Bureau of Investigation – Instructor Development Course in 2000
- Federal Bureau of Investigation – Basic and Advanced UNIX Forensics Certification in 2000
- Federal Bureau of Investigation – Macintosh Computer Forensics Certification in 2001
- Federal Bureau of Investigation – IBM AS/400 Computer Forensics Certification in 2001
- Deloitte & Touche – EnCase Enterprise Acquisition Training in 2002
- Acquisition Data – EnCase Training in 2003
- Acquisition Data – Stegonagraphy and Malware Training in 2004
- Acquisition Data – EnCase Certified Examiner (EnCE) in 2004
- Acquisition Data - AccessData Forensic Boot Camp Training in 2004
- Acquisition Data – AccessData Internet Forensics Training in 2005
- Acquisition Data – AccessData Windows Forensics Training in 2005
- Acquisition Data – WetStone Technologies Stegonagraphy Certification in 2005