**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**MOTION IN LIMINE FOR PRE-TRIAL RULING ON DAMAGES**

Now comes Defendant, Mary Lennon, and joins in the Motion in Limine for Pre-Trial Ruling on Damages filed by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on September 7, 2007, I filed the within Motion in Limine for Pre-Trial Ruling on Damages by electronic means to all counsel of record.

/s/ Dean G. Robinson