**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET AL

VS C.A. NO. 04-304S

CITY OF PROVIDENCE, ET AL

JOHN C. CHMURA, ET AL

VS C.A. NO. 04-553S

CITY OF PROVIDENCE, ET AL

**NOTICE TO TAKE DEPOSITION**

**DEPONENT: WILLIAM F. ODOM, III**

**DATE & TIME OF TAKING: WEDNESDAY NOVEMBER 28, 2007 at 9:0 a.m.**

**Please bring documents listed on Exhibit "A" attached.**

TO: All Counsel of Record as listed below

Allied Court Reporters,
115 Phoenix Avenue
Cranston, Rhode Island 02909

Please take note that, pursuant to the provisions of the Federal Rules of Civil Procedure, Defendant City of Providence will take testimony on oral examination of the above-named deponent, at the date and time herein above referred to, before a Notary Public of the State of Rhode Island or some other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at the office of the **Department of Law, City of Providence, 275 Westminster Street, Suite 200, Providence, Rhode Island 02903.**

You are invited to attend and cross examine.

MUNICIPAL DEFENDANTS,
By their Attorney:

JOSEPH M. FERNANDEZ
CITY SOLICITOR

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

**Certificate of Service**

I hereby certify that on t his 14th of November 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Thomas J. Cronin, Esquire
Gunning & LaFazia, Inc.
56 Pine Street 7th Floor
Providence, Rhode Island 02903
tcronin@gunninglafazia.com

George L. Santopietro, Esquire
Coia & Lepore
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coialepore.com

Stephen R. Famiglietti, Esquire
132 Old River Road
Lincoln, Rhode Island 02865
Famcarltd@aol.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following attorney(s) by regular mail, postage prepaid.

Carolyn A. Mannis, Esquire
170 Westminster Street, Suite 800
Providence, Rhode Island 02903

/s/Kevin F. McHugh______________
Kevin F. McHugh

**Exhibit "A"**

1. Any and all reports you prepared for this case.

2. Any and all documents you relied upon in formulating any and all opinions you have formulated regarding this case.

3. Any and all documents you reviewed in preparation for your reports, opinion and testimony in this case.

4. Copies of any and all published articles written or co-written by you.

5. Copies of any and all manuscripts you are currently working on for publication.

6. Copy of your curriculum vitae.