**Exhibit A**

1. Any and all reports you prepared for this case.

2. Any and all documents you relied upon in formulating any and all opinions you have formulated regarding this case.

3. Any and all documents you reviewed in preparation for your reports, opinion and testimony in this case.

4. Copies of any and all published articles written or co-written by you.

5. Copies of any and all manuscripts you are currently working on for publication.

6. Copy of your curriculum vitae.