**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al,**
**Plaintiffs**

**v.** **CASE NUMBER: 04-304S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

***CONSOLIDATED WITH***

**JOHN C. CHMURA, et al**
**Plaintiffs**

**v.** **CASE NUMBER: 04-553S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

**MOTION IN LIMINE OF DEFENDANT URBANO PRIGNANO, JR. TO EXCLUDE ALL EVEIDENCE RELQATING TO INCIDENTS AFTER THE DISCOVERY OF THE TOTAL RECALL SYSTEM**

Now comes Defendant, Urbano Prignano, Jr., and joins in the motion in limine filed on August 16, 2007 by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

URBANO PRIGNANO, Jr.
By his attorneys,

_____________________________
s/Stephen R. Famiglietti
Stephen R. Famiglietti, Esq.
R.I. Bar No. 1305

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648
**Famiglietti & Carlin**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4550 (facsimile transmission)
FamCarLtd@aol.com

**CERTIFICATION**

I hereby certify that on December 22, 2007 copies of the within were forwarded by electronic means to Mark A. Fay, Esq. (mark@murphyandfay.com); Dean G. Robinson, Esq., (drobinson@drglaw.necoxmail.com); George L. Santopietro, Esq. (gsantopi@coilepore.com) and Peter J. Comerford, Esq. (pcomerfo@coialepore.com) ; Kevin McHugh, Esq. (Kevin-mc1950@hotmail.com); Michael Calise, Esq.(mcalise@providenceri.com); and Carolyn A. Mannis Esq. at (carolynmannis@hotmail.com).

/s/ Susan Marcotte Carlin