**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**
**Plaintiffs,**

**v.** **C.A. No. 04-304S**

**CITY OF PROVIDENCE, et al.**
**Defendants.**

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FROM AN ORDER OF THE UNITED STATES DISTRICT COURT**

Thomas Walden et al., Plaintiffs appeal to the United States Court of Appeals for the First Circuit from an order of the District Court for the District of Rhode Island, entered in this case on December 27, 2007, denying Plaintiffs' Motion to Stay Proceedings pending Appeal.

Plaintiffs
By their attorneys,

/s/ Mark A. Fay
Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay