UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

January 4, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Chmura, et al. v. City of Providence, et al.
CA04-553S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Doc.#68, Order entered 11/29/07