**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION IN LIMINE**
**TO EXCLUDE TESTIMONY AND EVIDENCE**
**RELATIVE TO CERTAIN AFFIRMATIVE DEFENSES**
**RELATIVE TO DEFENDANT MARY LENNON**

Plaintiffs hereby move *in limine* to exclude all evidence relative to affirmative defenses that were never raised in her answers to the complaints filed by the Plaintiffs. Specifically, with respect to Defendant Lennon's Answer to the Walden Complaint (C.A. No. 04-304S) the ONLY affirmative defenses raised include 1) failure to state a cause of action, 2) laches, 3) waiver and 4) set-offs. See Lennon Answer to Walden Complaint Attached as Exhibit A.

Therefore, with respect to Defendant Lennon no evidence should be permitted as it relates to the Walden Plaintiffs with respect to issues including but not limited to qualified immunity, public safety exemption and/or the Ordinary Course of Business Exemption/Privilege. See Exhibit A.

With respect to the Chmura Plaintiffs (C.A. No. 04-553S) no evidence should be permitted with respect to the defense of the Ordinary Course of Business Exemption/Privilege. See Lennon Answer to Chmura Second Amended Complaint attached as Exhibit B.

Plaintiffs
By their Attorneys,

/s/ Mark A. Fay
Mark A. Fay #4208
MURPHY & FAY, LLP
127 Dorrance Street
Providence, RI 02903
401-490-3200 Tel.
401-490-3207 Fax

/s/ Carolyn A. Mannis
Carolyn A. Mannis #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002 Tel.
401-275-0175 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay