11/15/04

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THOMAS WALDEN, et al, | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | CASE NUMBER: 04-304S |
| | * | |
| CITY OF PROVIDENCE, et al, | * | |
| Defendants | * | |

**RESPONSE OF DEFENDANT MARY LENNON TO COMPLAINT FILED BY PLAINTIFFS**

Defendant Mary Lennon ("Defendant") responds to the plaintiffs' complaint as follows:

## PARTIES

1-98. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

## JURISDICTION

99. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

100. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

## VENUE

101. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

Exhibit A

## BACKGROUND

102-114. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

## COUNT I

Defendant restates and incorporates by reference her responses to paragraphs 1 through 114 set forth above.

115. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

116. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT II

Defendant restates and incorporates by reference her responses to paragraphs 1 through 116 set forth above.

117. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

118. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT III

Defendant restates and incorporates by reference her responses to paragraphs 1 through 118 set forth above.

119. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

120. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT IV

Defendant restates and incorporates by reference her responses to paragraphs 1 through 120 set forth above.

121. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

122. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT V**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 122 set forth above.

123. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

124. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT VI**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 124 set forth above.

125. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

126. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' complaint fails to state a cause or causes of action against Defendant upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant reserves such further defenses, pleas and/or set-offs as may be currently unknown to her, yet which may appear during the course of discovery, trial or otherwise.

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I hereby certify that a copy of the within Response was sent by regular mail addressed to Mark A. Fay, Esq., Murphy & Fay, LLP, 127 Dorrance Street, 2nd Floor, Providence, Rhode Island 02903 and Carolyn A. Mannis, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island 02903 on this 12 day of November, 2004.

Kathleen Wilson