4/11/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN C. CHMURA, et al, Plaintiffs | * * * | |
| v. | * | CASE NUMBER: 04-553S |
| CITY OF PROVIDENCE, et al, Defendants | * * * | |

**RESPONSE OF DEFENDANT MARY LENNON TO SECOND AMENDED COMPLAINT FILED BY PLAINTIFFS**

Defendant Mary Lennon ("Defendant") responds to the plaintiffs' second amended complaint as follows:

**PARTIES**

1-40. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

**JURISDICTION**

41. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

42. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

**VENUE**

43. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

Exhibit B

## BACKGROUND

44-54. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

## COUNT I

Defendant restates and incorporates by reference her responses to paragraphs 1 through 54 set forth above.

55. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

56. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT II

Defendant restates and incorporates by reference her responses to paragraphs 1 through 56 set forth above.

57. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

58. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT III

Defendant restates and incorporates by reference her responses to paragraphs 1 through 58 set forth above.

59. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

60. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT IV

Defendant restates and incorporates by reference her responses to paragraphs 1 through 60 set forth above.

61. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

62. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT V

Defendant restates and incorporates by reference her responses to paragraphs 1 through 62 set forth above.

63. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

64. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## COUNT VI

Defendant restates and incorporates by reference her responses to paragraphs 1 through 64 set forth above.

65. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

66. Denied as to Defendant Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint against her individually and in her official capacity be dismissed with prejudice and that judgment enter for her attorney fees and costs.

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' complaint fails to state a cause or causes of action against Defendant both individually and in her official capacity upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant pleads immunity as an affirmative defense.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant pleads qualified immunity as an affirmative defense.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs had no reasonable expectation of privacy in the use of work place telephones.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant pleads consent as an affirmative defense.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claim for punitive damages fails to state a claim for which relief may be granted.

**NINTH AFFIRMATIVE DEFENSE**

Defendant pleads the public safety exemption.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' injuries and damages, if any, were caused by a person or persons other than Defendant and/or for whose actions Defendant is not responsible.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant reserves such further defenses, pleas and/or set-offs as may be currently unknown to her, yet which may appear during the course of discovery, trial or otherwise.

**DEFENDANT MARY LENNON CLAIMS A TRIAL BY JURY ON ALL COUNTS AND DEFENSES SO TRIABLE.**

Mary Lennon
By her Attorney,

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on April 8, 2005, I mailed a true copy of the within Response to the following counsel of record:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, Rhode Island 02903

Carolyn A. Mannis, Esq.
170 Westminster Street
Suite 800
Providence, Rhode Island 02903

Kathleen Wilson