**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304S

CITY OF PROVIDENCE, et al.

**MUNICIPAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR MOTION IN LIMINE**

Now come the Municipal Defendants in the above-entitled matter and hereby move for an extension of time up to and including January 14, 2008, within which to file their Motion in Limine. As reasons therefore, the Defendants state the following:

1. The Defendants did not receive the transcript relevant to the arguments contained in their motion until January 2, 2007.

2. The lead counsel for the Municipal Defendants was just recently advised that he was being assigned to handle the prosecutions for the District Court, Sixth Division, on Tuesday, January 8, 2008.

Due to the above circumstances, the Municipal Defendants' counsel needs more time within which to prepare said Motion in Limine.

Wherefore, Defendants pray that their Motion for an Extension of Time be granted.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

**Certificate of Service**

I hereby certify that on this 8th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coialepore.com

Carolyn Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903
carolynmannis@hotmail.com

/s/ Kevin F.McHugh
Kevin F. McHugh