**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al,**
**Plaintiffs**

**v.** **CASE NUMBER: 04-304S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

***CONSOLIDATED WITH***

**JOHN C. CHMURA, et al**
**Plaintiffs**

**v.** **CASE NUMBER: 04-553S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

**MOTION IN LIMINE OF DEFENDANT, URBANO PRIGNANO, JR., JOINING IN THE MUNICIPAL DEFENDANTS' MOTION IN LIMINE TO RESTRICT THE TESTIMONY OF THE PLAINTIFFS' EXPERT WITNESS, WILLIAM F. ODOM III**

Now comes Defendant, Urbano Prignano, Jr., and joins in the motion *in limine* filed on January 14, 2008 by the Municipal Defendants entitled "Municipal Defendants' motion in Limine to Restrict the Testimony of the Plaintiffs' Expert Witness, William F. Odom III; and, hereby adopts by reference the Memorandum of Law filed by the Municipal Defendants'in support of their motion in limine.

URBANO PRIGNANO, Jr.
By his attorneys,

/s/Stephen R. Famiglietti
Stephen R. Famiglietti, Esq.
R.I. Bar No. 1305

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648

**Famiglietti & Carlin**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4550
FamCarLtd@aol.com

**CERTIFICATION**

I hereby certify that on January 14, 2008 copies of the within were forwarded by electronic means to Mark A. Fay, Esq. (mark@murphyandfay.com); Carolyn A. Mannis, Esq. (carolynmannis@hotmail.com)Dean G. Robinson, Esq. (drobinson@dgrlaw.necoxmail.com); George L. Santopietro, Esq. (gsantopi@coialepore.com) and Peter J. Comerford, Esq. (pcomerfo@coialepore.com) ; Kevin McHugh, Esq. (Kevin-mc1950@hotmail.com) and Michael Calise, Esq.(mcalise@providenceri.com).

/s/ Susan Marcotte Carlin