UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al.
Plaintiffs

vs. C.A. NO. 04-304 S

CITY OF PROVIDENCE, et al.
Defendants

**OBJECTION OF THE MUNICIPAL DEFENDANTS, THE CITY OF PROVIDENCE, DAVID N. CICILLINE AND DEAN ESSERMAN, TO THE PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY**

Now come the Defendants, David N. Cicilline, Dean Esserman and the City of Providence by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), and hereby object to the Plaintiffs' Emergency Motion for Discovery.

The Municipal Defendants rely on the accompanying memorandum of law in support of their objection.

MUNICIPAL DEFENDANTS,
David N. Cicilline, Dean Esserman
and the City of Providence

By their Attorneys:

Joseph M. Fernandez,
City Solicitor

/s/ Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Second Floor
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)

Certificate of Service

I hereby certify that on this 14th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coialepore.com

Carolyn Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903
carolynmannis@hotmail.com

/s/ Kevin F.McHugh
Kevin F. McHugh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al.
Plaintiffs

vs. C.A. NO. 04-304 S

CITY OF PROVIDENCE, et al.
Defendants

**MEMORANDUM IN SUPPORT OF OBJECTION OF THE MUNICIPAL DEFENDANTS, THE CITY OF PROVIDENCE, DAVID N. CICILLINE AND DEAN ESSERMAN, TO THE PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY**

Plaintiffs' Emergency Motion is anything but. This case is almost 4 years old. Plaintiffs have had more than adequate time to conduct discovery.

In fact, this Court has liberally granted them extension after extension to conduct discovery. Sometimes, despite having been given an extension, they have not done the discovery, anyway.

Now, at the eleventh hour and on the eve of trial, once again the Plaintiffs are seeking what amounts to another motion for an extension of discovery. In a very clever move, the Plaintiffs have presented a motion for extension of discovery masquerading as an emergency motion.

Given the three and one-half year history of this case, the court should deny the motion. Plaintiffs have failed time and time again to conduct discovery within the time period they were given extensions for. This is just one more example of that.

On page 2 of their motion, the Plaintiffs allege they "recently became aware of the existence of firefighter logs/journals . . . " Among the Plaintiffs are numerous firefighters with many years of seniority. Are the Plaintiffs serious that these people recently became

aware of these logs? Among the Plaintiffs is the president of the Providence Firefighters' Union. Are the Plaintiffs saying the President of the Union only recently "became aware of the logs"?

Moreover, on November 29, 2006, District Judge Smith ruled damages would be calculated based on the number of days, if any, the statute was violated. Yet, the Plaintiffs waited until January 14, 2008 to attempt to procure discovery to prove the same.

The Defendants need time to prepare for trial, as well as to prepare for the First Circuit Appeal the Plaintiffs have filed in this case.

Is it possible that the Plaintiffs waited until less than one month before trial to decide how to prove what days they worked?

Granting this motion would prejudice the Defendants from properly preparing for trial and the First Circuit Appeals, as well as reward the Plaintiffs for sitting on their hands during numerous extensions of discovery they have had granted.

WHEREFORE, the Municipal Defendants request that Plaintiffs' Emergency Motion for Discovery be denied.

MUNICIPAL DEFENDANTS,
David N. Cicilline, Dean Esserman
and the City of Providence

By their Attorneys:

Joseph M. Fernandez,
City Solicitor

/s/ Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael Calise (#6715)
Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Second Floor
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (fax)

**Certificate of Service**

I hereby certify that on this 14th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865
Famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, RI 02903
mark@murphyandfay.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coialepore.com

Carolyn Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903
carolynmannis@hotmail.com

/s/ Kevin F.McHugh
Kevin F. McHugh