**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S OBJECTION**
**TO PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY**

Now comes Defendant, Mary Lennon, and joins in the objection filed by the Municipal Defendants the City of Providence, David N. Cicilline and Dean Esserman to Plaintiffs' Emergency Motion for Discovery, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson

Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on January 15, 2008, I filed the within objection to emergency motion for discovery by electronic means to all counsel of record.

/s/ Dean G. Robinson