**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553

CITY OF PROVIDENCE, ET ALS.

**AMENDED NOTICE OF DEPOSITION**

DEPONENT: KEPPER OF RECORDS/
RHODE ISLAND STATE POLICE

DATE: Wednesday, January 23, 2008

TIME: 10:00 AM

Please take notice that pursuant to the Federal Rules of Civil Procedure, the Plaintiffs will take the deposition of the above-named deponent, upon oral examination, which examination will continue from day to day until completed; the same to commence **at 127 Dorrance Street, 2nd Floor, Providence, Rhode Island 02903**, at the date and time states, before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their Attorneys

/s/ Mark A. Fay_____________

Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay