UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JURY**

**CONSOLIDATED CIVIL CASE:**

C.A. No. 04-304A Thomas Walden, et al. v. City of Providence, et al.
C.A. No. 04-553A John C. Chmura, et al. v. City of Providence, et al.

## TRIAL NOTICE

You are hereby notified that the above-captioned jury case will be empaneled on **TUESDAY, FEBRUARY 5, 2008 AT 9:00 A.M.,** before U.S. Magistrate Judge Lincoln D. Almond. Counsel must be present for empanelment of the jury. After empanelment, counsel must be prepared to begin trial on **MONDAY, FEBRUARY 11, 2008 AT 9:00 A.M.,** unless otherwise noted. It is counsel's responsibility to keep informed of the status of their case. No change in the status of the case will be accepted unless immediately reported to and approved by Judge Almond prior to jury empanelment. Counsel are directed to review all pretrial orders to assure full compliance.

Counsel are reminded that all exhibits should be pre-marked as stated in the applicable Pretrial Order and if any court equipment (i.e., overhead projectors, VCR, etc.) is needed during the trial, counsel are to give Jeannine Noel in the Clerk's Office at least forty-eight hours' notice of what they need.

All counsel must file a complete copy of their voir dire questions and must also file a brief statement of the facts. These documents are to be electronically filed in CM/ECF no later than **January 29, 2008**.

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge
January 24, 2008