Department of Law

January 22, 2003

Guy Lanzi, Chief
Providence Fire Department
325 Washington Street
Providence, Rhode Island 02903

Dear Chief Lanzi:

In follow-up to my discussion with Deputy Richardson and Chief Giannini, I think that it is imperative that the practices surrounding any recordings made on Fire Department telephones be determined immediately. Depending on circumstances (e.g., which telephones are being recorded), the recording may be unlawful. I think the Department must identify which telephone(s) the Department of Communications has in its taping system. Thereafter, depending on circumstances and, if appropriate, they should be discontinued or the users notified.

Very truly yours,

John T. D'Amico, Jr.,
Senior Assistant City Solicitor

JTD/sms

EXHIBIT 1