**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al,**
**Plaintiffs**

**v.** **CASE NUMBER: 04-304S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

***CONSOLIDATED WITH***

**JOHN C. CHMURA, et al**
**Plaintiffs**

**v.** **CASE NUMBER: 04-553S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

**MOTION IN LIMINE OF DEFENDANT, URBANO PRIGNANO, JR., JOINING IN THE MOTION IN LIMINE OF DEFENDANTS, DEAN ESSERMAN, DAVID CICILLINE AND THE CITY OF PROVIDENCE, TO LIMIT THE TESTIMONY OF JOHN T. D'AMICO, JR.**

Now comes Defendant, Urbano Prignano, Jr., and joins in the motion in limine to limit the testimony of John T. D'Amico, Jr., which motion was filed on January 29, 2008, by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

URBANO PRIGNANO, Jr.
By his attorneys,

____________________________
s/Stephen R. Famiglietti
Stephen R. Famiglietti, Esq.
R.I. Bar No. 1305

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648
**Famiglietti & Carlin**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4550 (facsimile transmission)
FamCarLtd@aol.com

**CERTIFICATION**

I hereby certify that on January 29, 2008 copies of the within were forwarded by electronic means to Mark A. Fay, Esq. (mark@murphyandfay.com); Dean G. Robinson, Esq., (drobinson@drglaw.necoxmail.com); George L. Santopietro, Esq. (gsantopi@coilepore.com) and Peter J. Comerford, Esq. (pcomerfo@coialepore.com) ; Kevin McHugh, Esq. (Kevin-mc1950@hotmail.com); Michael Calise, Esq.(mcalise@providenceri.com); and Carolyn A. Mannis Esq. at (carolynmannis@hotmail.com).

/s/ Susan Marcotte Carlin