UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-304-S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |
| JOHN C. CHMURA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-553S |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**PLAINTIFFS PROPOSED VOIR DIRE QUESTIONS AND BRIEF STATEMENT OF FACTS**

## I. Proposed Voir Dire Questions

1. Do you feel that people who sue win too often?

2. Do you have any feelings about the maximum amount you would be willing to award somebody?

3. Do you feel that it is too easy for someone to sue and get big verdicts in our courts?

4. Do you fee that there are too many unjustified lawsuits in our courts?

5. Do you feel that lawsuits have an adverse impact on people or society or the economy in general?

6. Do you have strong feelings either positive or negative about the confidentiality of telephone calls?

7. Do you have any religious, philosophical, or other belief that prevents you from acting as an impartial juror in this case?

8. Is there anyone who, if selected to serve as a juror, has any qualms about attempting to come to a verdict at the end of the case?

9. Do you have any background in computers?

10. Have any of you ever had your telephone calls recorded without your knowledge or consent? If so, please state the details. Would this experience prevent you from being fair and impartial in this case?

11. Have you ever been dissatisfied with a municipal, state or federal government or agency? If so, please state the details. Would this experience prevent you from being fair and impartial in this case?

12. Do you know any of the other members of the jury panel? If so in what way?

13. Have you or any family members ever had any job related dispute? If so, please state the details. Would this prevent you from being fair and impartial in this case?

14. Do you regularly use a telephone as part of your employment?

15. Do you regularly listen to any radio talk program? If so, who is the host of that program?

16. Do you watch court TV or any law-related television programs or series? If so, which ones?

## II. Brief Statement of Facts

Plaintiffs filed this action alleging Defendants violated their statutory and constitutional rights when Defendants procured, installed and maintained a telephone recording system known as the "Total Recall System" at the Providence Public Safety Complex. Prior to its removal on February 10, 2003, the "Total Recall System" recorded 754,672 incoming and outgoing telephone calls. Plaintiffs will prove violations of the Fourth Amendment to the U.S. Constitution, Article I, § 6 of the Rhode Island Constitution, the federal wiretapping statute, 18 U.S.C. § 2511 et seq. and various state laws including the state wiretap act and the right to privacy by all Defendants.

Plaintiffs,
By their Attorneys

/s/ Mark A. Fay____________
Mark A. Fay, Esquire #4208
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

/s/ Carolyn Mannis_________
Carolyn Mannis, Esquire #4275
128 Dorrance Street
Providence, RI 02903
(401) 272-2002
(401) 275-0175 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay