**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

JOHN C. CHMURA, et al
Plaintiffs
v. CASE NUMBER: 04-553S

CITY OF PROVIDENCE, et al,
Defendants

**DEFENDANT MARY LENNON'S MOTION IN LIMINE REGARDING THE TESTIMONY OF JOHN D'AMICO**

Now comes Defendant, Mary Lennon, and joins in the Motion in Limine regarding the testimony of John D'Amico filed by the Municipal Defendants herein, and adopts by reference the Memorandum of Law filed by them in support thereof.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on January 30, 2008, I filed the within motion in limine by electronic means to all counsel of record.

/s/ Dean G. Robinson