**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al,
Plaintiffs

v. CASE NUMBER: 04-304S

CITY OF PROVIDENCE, et al,
Defendants

**AMENDED RESPONSE OF DEFENDANT MARY LENNON TO COMPLAINT FILED BY PLAINTIFFS**

Defendant Mary Lennon ("Defendant") hereby files her amended response to the plaintiffs' complaint as follows:

**PARTIES**

1-98. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

**JURISDICTION**

99. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

100. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

**VENUE**

101. Defendant lacks information sufficient to form a belief as to the allegations of this paragraph, thus leaves the plaintiffs to their proof.

**BACKGROUND**

102-114. Defendant lacks information sufficient to form a belief as to the allegations of these paragraphs, thus leaves the plaintiffs to their proof.

**COUNT I**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 114 set forth above.

115. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

116. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT II**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 116 set forth above.

117. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

118. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT III**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 118 set forth above.

119. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

120. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

**COUNT IV**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 120 set forth above.

121. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

122. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## **COUNT V**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 122 set forth above.

123. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

124. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

## **COUNT VI**

Defendant restates and incorporates by reference her responses to paragraphs 1 through 124 set forth above.

125. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

126. Denied as to Defendant, Mary Lennon; Defendant lacks information sufficient to form a belief as to the allegations as they pertain to the remaining defendants in this paragraph, thus leaves the plaintiffs to their proof.

WHEREFORE, Defendant Mary Lennon demands that plaintiffs' complaint be dismissed with prejudice and that judgment enter for her attorney fees and costs.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' complaint fails to state a cause or causes of action against Defendant both individually and in her official capacity upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant pleads immunity as an affirmative defense.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant pleads qualified immunity as an affirmative defense.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs had no reasonable expectation of privacy in the use of work place telephones.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant pleads consent as an affirmative defense.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claim for punitive damages fails to state a claim for which relief may be granted.

**NINTH AFFIRMATIVE DEFENSE**

Defendant pleads the public safety exemption.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' injuries and damages, if any, were caused by a person or persons other than Defendant and/or for whose actions Defendant is not responsible.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant reserves such further defenses, pleas and/or set-offs as may be currently unknown to her, yet which may appear during the course of discovery, trial or otherwise.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605

**CERTIFICATION**

I certify that on January 30, 2008, I filed the within amended response by electronic means to all counsel of record.

/s/ Dean G. Robinson