**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, ET ALS.

VS. C.A. NO.: 04-304S

CITY OF PROVIDENCE, ET ALS.

JOHN C. CHMURA, ET ALS.

VS. C.A. NO.: 04-553S

CITY OF PROVIDENCE, ET ALS.

**PLAINTIFFS' MOTION TO CONTINUE TRIAL**

Plaintiffs hereby move this Honorable Court for a one week extension from February 11, 2008 to February 19, 2008 for the beginning of trial.

As grounds therefore, Plaintiffs rely on their Memorandum of Law filed contemporaneously herewith.

Plaintiffs
By their Attorneys,

/s/ Mark A. Fay
Mark A. Fay #4208
MURPHY & FAY, LLP
127 Dorrance Street
Providence, RI 02903
401-490-3200 Tel.
401-490-3207 Fax

/s/ Carolyn A. Mannis
Carolyn A. Mannis #4275
128 Dorrance Street, Suite 400
Providence, RI 02903
401-272-2002 Tel.
401-275-0175 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay
Mark A. Fay