04-00304
USDC RI
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

RECEIVED
FEB 26 2008
Property of U.S. District Court
District of Rhode Island

---

Nos. 08-1021
[redacted]

THOMAS WALDEN, ET AL.,

Plaintiffs, Appellants,

v.

CITY OF PROVIDENCE, BY AND THROUGH ITS
TREASURER STEVEN T. NAPOLITANO, ET AL.,

Defendants, Appellees,

---

JOHN C. CHMURA, ET AL.,

Defendants, Appellees

---

RHODE ISLAND STATE POLICE, ET AL.,

Movants,

---

VICNCENT A. CIANCI, JR., INDIVIDUALLY AND IN HIS
FORMER OFFICIAL CAPACITY AS THE FORMER MAYOR FOR
THE CITY OF PROVIDENCE,

Defendant.

No. 08-1040

JOHN C. CHMURA, ET AL.,

Plaintiffs, Appellants,

v.

CITY OF PROVIDENCE, BY AND THROUGH ITS
TREASURER STEVEN T. NAPOLITANO, ET AL.,

Defendants, Appellees,

---

VINCENT A. CIANCI, JR., INDIVIDUALLY AND IN HIS CAPACITY AS FORMER MAYOR,

Defendant.

---

Before

Lynch, Circuit Judge,
Selya, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: January 29, 2008

Plaintiffs-appellants seek interlocutory review of the district court's pretrial determination that an award of damages under the federal wiretapping statute is discretionary. They allege that they will be subject to 'irreparable harm' without a stay of proceedings because they will have to elect between the available state and federal statutory remedies at the close of trial, and might thereby forfeit review of the district court's determination that federal damages in a liquidated amount are non-mandatory.

Plaintiffs-appellants' contentions of irreparable harm are unsound. Any election of remedies at the close of trial can be made subject to whatever objections are needed to preserve issues as to the alternative not taken.

This interlocutory appeal was not certified by the district court, and it does not meet the criteria of the collateral order doctrine. The absence of irreparable harm is alone fatal to collateral-order review. Accordingly, this appeal, Docket No. 08-1021, is **dismissed**. The appeal from the district court's denial of the motion for a stay, Docket Nos. 08-1039, 08-1040 is thus moot, and is also **dismissed**.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 02/21/08

[cc: Dean Robinson, Esq., Mark A. Fay, Esq., Michael Calise, Esq., Susan M. Carlin, Esq., Peter J. Comerford, Esq., Thomas J. Cronin, Esq., Stephen R. Famiglietti, Esq., Carolyn A. Mannis, Esq., Kevin J. McAllister, Esq., Kevin F. McHugh, Esq., George L. Santopietro, Esq., George J. West, Esq.]