UNITED STATES DISTRICT COURT
IN THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS WALDEN, ET AL., Plaintiffs, | ) |
| VS. | ) C.A. NO. 04-304S |
| CITY OF PROVIDENCE, ET AL., Defendants. | ) |
| JOHN C. CHMURA, ET AL., Plaintiffs, | ) |
| VS. | ) C.A. NO. 04-553S |
| CITY OF PROVIDENCE, ET AL., Defendant. | ) |

DEPOSITION OF MARY FRANCES LENNON, taken on behalf of the Plaintiffs, in the above-entitled causes, pursuant to notice, before Nancy L. Simoes, R.P.R., a Notary Public in and for the State of Rhode Island, at the Law Offices of City of Providence Law Department, 275 Westminster Street, Providence, Rhode Island, on February 24, 2006, scheduled at 2:30 P.M.

Attachment "C"

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920

Q. All right. Where did that meeting take place?
A. At the Communications Department.
Q. Who else was present other than yourself and Chief Esserman?
A. No other parties present.
Q. Again, this meeting took place prior to the meeting with Mayor Cicilline; correct?
A. Correct.
Q. What was the conversation you had with Dean Esserman at that point?
A. The conversation was just an overview of my job responsibilities, an overview of the operations of the Communications Center.
Q. If I have got it right, he just asked you for the overview, and you told him what your job responsibilities were and all of that?
A. Uh-huh, uh-huh.
Q. After that, after you told him that, was there any more conversation after that?
A. No.
Q. Did you ever receive any documentation from Dean Esserman in regard to this resignation/termination -- strike that -- Chief Esserman?
A. No.
Q. Other than Chief Esserman, did you meet with anyone

that was pretty much.

Did you tell Mr. Richardson at that time you didn't think that was fair?

A. I don't recall.

Did he indicate to you at that time that he also had been given the same ultimatum, for lack of a better phrase?

MR. MCHUGH: Objection, form.

MR. ROBINSON: Objection.

A. I don't recall.

Q. Did you ever have any conversations with Chief Esserman about this problem with the management of the Communications?

MR. WEST: Objection.

MR. MCHUGH: Objection.

MR. ROBINSON: Objection to form.

A. Prior?

Q. Prior to termination?

A. Yes.

Q. How many times did you speak with Chief Esserman about this prior to your termination?

A. I believe once.

Q. Do you remember when that -- was it a meeting, was it over the phone?

A. It was a meeting.