**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al.**
**Plaintiffs,**

**v.** **C.A. No. 04-304S**

**CITY OF PROVIDENCE, et al.**
**Defendants.**

**PLAINTIFFS' OBJECTION TO**
**MOTION TO QUASH OR IN THE ALTERNATIVE,**
**FOR A PROTECTIVE ORDER**
**RELATIVE TO DEAN ESSERMAN**

Plaintiffs hereby object to Defendants' Motion to Quash the subpoena which commands a party Defendant, namely the Chief of Police for the City of Providence, Dean Esserman to testify at trial. The motion alternatively seeks a protective order pursuant to Rules 45 and 26 or the Federal Rules of Civil Procedure to which the Plaintiffs argue should be denied.

In support of their objection and arguments, Plaintiffs rely on the accompanying memorandum of law.

Plaintiffs
By their attorneys,

/s/ Mark A. Fay______

Mark A. Fay, #4208
Murphy & Fay, LLP
127 Dorrance St., 2nd Floor
Providence, RI 02903
401-490-3200

401-490-3207 (Fax)

/s/ Carolyn A. Mannis
Carolyn A. Mannis, #4275
128 Dorrance Street
Providence, RI 02903
401-272-2002
401-275-0175 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2008 I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Dean G. Robinson, Esquire
670 Willett Avenue
East Providence, RI 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
gsantopi@coilepore.com

Kevin F. McHugh, Esquire
Michael A. Calise, Esquire
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
kevin_mc1950@hotmail.com

Susan Marcotte Carlin, Esquire
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
famcarltd@aol.com

/s/ Mark A. Fay

Mark A. Fay