**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS WALDEN, et al,**
**Plaintiffs**

**v.** **CASE NUMBER: 04-304S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

***CONSOLIDATED WITH***

**JOHN C. CHMURA, et al**
**Plaintiffs**

**v.** **CASE NUMBER: 04-553S**

**CITY OF PROVIDENCE, et al,**
**Defendants**

**MOTION IN LIMINE OF DEFENDANT URBANO PRIGNANO, JR.**

Now comes Defendant, Urbano Prignano, Jr., and joins in the motion in limine of the Municipal Defendants to quash the subpoena issued by plaintiffs to Andrew Rosenberg and adopts by reference the Memorandum of Law filed by them in support thereof.

URBANO PRIGNANO, Jr.
By his attorneys,

/s/Stephen R. Famiglietti
Stephen R. Famiglietti, Esq.
R.I. Bar No. 1305

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648

**Famiglietti & Carlin**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4550
FamCarLtd@aol.com

**CERTIFICATION**

I hereby certify that on March 11, 2008 copies of the within were forwarded by electronic means to Mark A. Fay, Esq. (mark@murphyandfay.com); Dean G. Robinson, Esq., (drobinson@dgrlaw.necoxmail.com); George L. Santopietro, Esq. (gsantopi@coilepore.com) and Peter J. Comerford, Esq. (pcomerfo@coialepore.com) ; Kevin McHugh, Esq. (Kevin-mc1950@hotmail.com) and Michael Calise, Esq.(mcalise@providenceri.com); and to Carolyn A. Mannis, Esq., (carolynmannis@hotmail.com).

/s/ Susan Marcotte Carlin
Susan Marcotte Carlin