UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| | : | |
| v. | : | C.A. No. 04-304A |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

| | | |
|---|---|---|
| JOHN CHMURA, et al. | : | |
| | : | |
| v. | : | C.A. No. 04-553A |
| | : | |
| CITY OF PROVIDENCE, et al. | : | |

**ORDER**

Immediately prior to returning their verdict, the jury delivered a final note to the Court which reads as follows:

> We the jury would like to see all the information contained in the Total Recall System destroyed.

The parties shall, on or before April 9, 2008, file position statements with the Court which address what action, if any, the Court should take in response to the request made in the jury's final note.

SO ORDERED.

ENTER:

/s/ Jeannine Noel
Deputy Clerk

BY ORDER:

/s/ Lincoln D. Almond
United States Magistrate Judge
March 27, 2008