**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

**NOTICE OF APPEAL**

Notice is hereby given that the Defendants in the above named case, David N. Cicilline, Dean Esserman and the City of Providence, by and though its Treasurer, Stephen T. Napolitano ("Municipal Defendants"), hereby appeal to the United States Court of Appeals for the First Circuit from the judgments and amended judgments entered in this action on March 27, 2008 and April 3, 2008 respectively, from the opinion and order denying summary judgment entered in this action on July 6, 2007, and from the District Court's failure to rule upon the Municipal Defendants' motion for Judgment as a Matter of Law under Rule 50 of the Federal Rules of Civil Procedure. The Municipal Defendants also appeal all adverse orders and rulings made by the District Court in this action.

Municipal Defendants,

By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor

/s/ Michael A. Calise
Michael A. Calise (#6715)
Assistant City Solicitor

City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com
mcalise@providenceri.com

Certificate of Service

I hereby certify that on this 25th day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Susan M. Carlin, Esq.
Stephen R. Famiglietti, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
famcarltd@aol.com

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd floor
Providence, Rhode Island 02903
mark@murphyandfay.com

Carolyn A. Mannis, Esq.
170 Westminster Street, Suite 800
Providence, Rhode Island 02903
carolynmannis@hotmail.com

Dean G. Robinson, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915
drobinson@dgrlaw.necoxmail.com

George L. Santopietro, Esq.
Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, Rhode Island 02903
gsantopi@coilepore.com
pcomerfo@coialepore.com

/s/ Kevin F. McHugh
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Mary Lennon ("Lennon") hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this action on March 27, 2008, from the amended judgment entered in this action on April 3, 2008, from the opinion and order denying summary judgment entered in this action on July 6, 2007, and from the District Court's failure to rule upon Lennon's motion for Judgment as a Matter of Law under Rule 50 of the Federal Rules of Civil Procedure. Lennon also appeals all adverse orders and rulings made by the District Court in this action.

Mary Lennon
By her attorney,

/s/ Dean G. Robinson
Dean G. Robinson, Esq. (#3852)
670 Willett Avenue
East Providence, RI 02915
(401) 383-6540
FAX: (401) 433-1605
drobinson@dgrlaw.necoxmail.com

**CERTIFICATION**

I certify that on April 25, 2008, I filed the within notice of appeal by electronic means to all counsel of record.

/s/ Dean G. Robinson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS WALDEN, et al.

v. C.A. NO. 04-304A

CITY OF PROVIDENCE, et al.

Consolidated with:

JOHN C. CHMURA, et al.

VS. C.A. NO. 04-553A

CITY OF PROVIDENCE, et al.

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant in the above named case, Manuel Vieira, hereby appeals to the United States Court of Appeals for the First Circuit from the judgments entered in this action on March 27, 2008 and April 3, 2008, from the opinion and order denying summary judgment entered in this action on July 6, 2007, and from the District Court's failure to rule upon the Defendant's motion for Judgment as a Matter of Law under Rule 50 of the Federal Rules of Civil Procedure. The Defendant also appeals all adverse orders and rulings made by the District Court in this action.

Defendant,
Manuel Vieira,
By His Attorneys,

/s/Peter J. Comerford, #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax
E-mail pcomerfo@coialepore.com

Certificate of Service

I hereby certify that on this 25th day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic means upon counsel of record.

/s/ Peter J. Comerford