UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 28, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA04-304A **CCA# ______________**
Thomas Walden, et al v. City of Providence, et al.
(Consolidated with CA04-553A John Chmura, et al. v. City of Providence, et al.)

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By______________________
Jeannine Noel
Deputy Clerk

Encl: **Civil case file**
**Certified Docket**