UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al. | : | |
| v. | : | C.A. No. 04-304A |
| CITY OF PROVIDENCE, et al. | : | |

| | | |
|---|---|---|
| JOHN CHMURA, et al. | : | |
| v. | : | C.A. No. 04-553A |
| CITY OF PROVIDENCE, et al. | : | |

## SECOND AMENDED JUDGMENT

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:**

Thomas Walden, et al. v. City of Providence, et al.
C.A. No. 04-304A

In accordance with the Court's decision on March 17, 2008 granting Defendant's Motion for Judgment as a Matter of Law, judgment shall enter in favor of Defendant Urbano Prignano, Jr. and against Plaintiffs on all counts.

In accordance with the jury's verdict on March 26, 2008, judgment shall enter as follows:

**Counts I and II**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff. Punitive Damages are also awarded against Defendants Manuel Vieira and Mary Lennon each in the amount of $1.00 per Plaintiff.

**Count IV**
In favor of Plaintiff and against Defendants Manuel Vieira and the City of Providence in the nominal amount of $1.00 per Plaintiff.

In favor of Defendant Mary Lennon and against Plaintiffs.

**Count V**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff.

**Count VI**
In favor of Plaintiffs and against Defendants Manuel Vieira and the City of Providence with the following awarded as statutory damages pursuant to R.I. Gen. Laws § 12-5.1-13:

| | |
|---|---|
| Thomas Walden | $ 8,100.00 |
| Robert J. Barrett | $ 8,700.00 |
| William R. Kenyon, Jr. | $ 9,500.00 |
| Philip E. Payne | $ 6,600.00 |
| Paul A. Doughty | $ 5,300.00 |
| Frank Reddington | $ 7,400.00 |
| Joseph Mellor | $ 4,100.00 |
| Patrick Leonard | $ 1,000.00 |
| Joseph Molis | $ 1,400.00 |
| E. Christopher Petit | $ 1,000.00 |
| Donald J. Dubuque | $ 9,100.00 |
| Robert Reilly | $ 9,200.00 |
| Paul Buteau | $ 5,800.00 |
| Matthew L. Randall | $ 9,300.00 |
| Edward S. Kennedy | $ 8,600.00 |
| Donald Rathbone | $ 7,900.00 |
| Peter K. McMichael, Jr. | $ 2,800.00 |
| Frederick A. Robinson, Jr. | $ 7,500.00 |
| Ernest E. Young IV | $ 7,400.00 |
| Craig Martin | $ 6,900.00 |
| Paul M. Picozzi | $ 7,400.00 |
| Ernest Robert | $ 6,600.00 |
| Michael Bates | $ 8,100.00 |
| Paul A. Wentworth | $ 8,000.00 |
| William J. Higginson, Jr. | $ 5,900.00 |
| Michael C. Segee | $ 8,500.00 |
| Donna Luce | $ 4,000.00 |

| | |
|---|---|
| Bonnie Benson | $ 1,000.00 |
| Gerald P. Carvalho | $ 1,000.00 |
| Joseph W. Bretanha | $ 9,200.00 |
| Roger D. Richards, Jr. | $ 8,000.00 |
| Steven G. Ruhle | $ 8,700.00 |
| Daniel J. Brodeur | $ 9,000.00 |
| Joseph R. Vingi, Jr. | $ 8,500.00 |
| Kenneth G. Greenwell | $ 8,700.00 |
| Christopher P. O'Halloran | $ 9,000.00 |
| James J. Rock | $ 9,800.00 |
| William L. Serbst, III | $ 8,700.00 |
| Daniel V. Rinaldi | $ 9,200.00 |
| Robert Cataldo | $ 1,000.00 |
| Peter J. Celani | $ 9,100.00 |
| Vincent P. Clements | $ 9,200.00 |
| John J. Hannon | $ 9,800.00 |
| Robert D. Crellin | $ 8,000.00 |
| Christopher S. Wagner | $ 2,300.00 |

In favor of Defendant Mary Lennon and against Plaintiffs.

John Chmura, et al. v. City of Providence, et al.
C.A. No. 04-553A

In accordance with the Court's decision on March 17, 2008, granting the Defendant's Motion for Judgment as a Matter of Law, judgment shall enter in favor of Defendant Urbano Prignano, Jr. and against Plaintiffs on all counts.

In accordance with the jury's verdict on March 26, 2008, judgment shall enter as follows:

**Counts I and II**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff. Punitive Damages are also awarded against Defendants Manuel Vieira and Mary Lennon each in the amount of $1.00 per Plaintiff.

**Count IV**
In favor of Plaintiff and against Defendants Manuel Vieira and the City of Providence in the nominal amount of $1.00 per Plaintiff.

In favor of Defendant Mary Lennon and against Plaintiffs.

**Count V**
In favor of Plaintiffs and against Defendants in the nominal amount of $1.00 per Plaintiff.

**Count VI**
In favor of Plaintiffs and against Defendants Manuel Vieira and the City of Providence with the following awarded as statutory damages pursuant to R.I. Gen. Laws § 12-5.1-13:

| | |
|---|---|
| Andrea Baker | $ 10,500.00 |
| Jamie Araujo | $ 11,500.00 |
| Theresa J. Mancini | $ 13,800.00 |
| Arleen Ann Pullon | $ 13,100.00 |
| Melissa Melvin | $ 11,300.00 |
| Eugenia M. Pattek | $ 13,700.00 |
| Laurie Gannon | $ 11,800.00 |
| Robin Owens | $ 13,100.00 |
| Donna M. Pietrunti | $ 12,800.00 |
| Maria Bianco (Drohan) | $ 15,600.00 |
| Emilia Grover | $ 11,800.00 |
| Julia D. Goins | $ 10,200.00 |
| Susan Harrington | $ 11,700.00 |
| Margaret Burns | $ 11,200.00 |
| Debra L. Silva-Rocha | $ 13,600.00 |
| Sandra Manning | $ 12,900.00 |
| Yvonne Giragosian | $ 10,500.00 |
| John C. Chmura | $ 1,000.00 |
| Maribel Patino | $ 10,300.00 |

In favor of Defendant Mary Lennon and against Plaintiffs.

ENTER:

/s/ Martha Saucier
Deputy Clerk
May 15, 2008