UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, ET ALS | : | |
| VS | : | C.A. No.: 04-304S |
| CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, its Treasurer, ET ALS | : | |

| | | |
|---|---|---|
| JOHN C. CHMURA, ET ALS | : | |
| VS | : | C.A. NO.: 04-553S |
| CITY OF PROVIDENCE, by and through STEVEN T. NAPOLITANO, its Treasurer, ET ALS | : | |

**ENTRY OF APPEARANCE**

I, Kevin J. Holley, hereby enter my appearance on behalf of the defendant, Joseph Richardson.

/s/ Kevin J. Holley
Kevin J. Holley (#4639)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-2622

DATED: July 18, 2008.