UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

THOMAS WALDEN, ET ALS :

VS : C.A. No.: 04-304S

CITY OF PROVIDENCE, by :
and through STEVEN T. :
NAPOLITANO, its :
Treasurer, ET ALS :

JOHN C. CHMURA, ET ALS :

VS : C.A. NO.: 04-553S

CITY OF PROVIDENCE, by :
and through STEVEN T. :
NAPOLITANO, its :
Treasurer, ET ALS :

**WITHDRAWAL OF APPEARANCE**

I, Thomas J. Cronin, hereby withdraw my appearance on behalf of the defendant, Joseph Richardson.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

DATED: July 18, 2008.